UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.D. WEIS & COMPANY, INC.

Plaintiff,

-v-

THE CHILDREN'S PLACE RETAIL STORES, INC.

Defendant.

Case No. _____

**Rule 7.1 Statement**

08 CIV. 4245
JUDGE CONNER

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

R.D. WEIS & COMPANY, INC.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: May 5 2008

Signature of Attorney

Attorney Bar Code: MP 1182

Form Rule7_1.pdf   SDNY Web 10/2007