## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

R.D. WEIS & COMPANY, INC.,

          Plaintiff,

         v.

THE CHILDREN'S PLACE RETAIL
STORES, INC.,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 08-4245

## MEMORANDUM IN SUPPORT OF THE MOTION OF THE CHILDREN'S PLACE RETAIL STORES, INC., A DELAWARE CORPORATION TO DISMISS THE COMPLAINT OF R.D. WEIS & COMPANY, INC.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (NY No. 733925)
John T. Dorsey (DE No. 2988) (*Pro Hac Vice Pending*)
Sharon M. Zieg (DE No. 4196) (*Pro Hac Vice Pending*)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel for The Children's Place Retail Stores, Inc.*

## **TABLE OF CONTENTS**

**Page**

PRELIMINARY STATEMENT ........................................................................... 1

FACTUAL AND PROCEDURAL BACKGROUND.................................................. 3

ARGUMENT ................................................................................................ 4

    A.   The Complaint must be Dismissed for Failure to State a Claim....................... 4

    B.   The Complaint must be Dismissed for Failure to Include Hoop as a Party........ 7

CONCLUSION.............................................................................................. 11

# TABLE OF AUTHORITIES

## Cases

Callano v. Oakwood Park Homes Corp.,
219 A.2d 332, 335 (N.J. App. Div. 1966).................................................................. 6

Corcoran v. GATX Corp. & GATX Tech. Servs. Corp.,
2008 NY Slip Op 2241, 1 (N.Y. App. Div. 4th Dep't 2008).................................... 6

Cortec Industries, Inc. v. Sum Holding L.P.,
949 F.2d 42, 48 (2d Cir. 1991) ............................................................................. 6, 7

CP Solutions PTE, Ltd. v. GE Co.,
244 F.R.D. 137, 143 (D. Conn. 2007) ....................................................................... 8

Dunn v. Std. Bank London Ltd.,
2006 U.S. Dist. LEXIS 3115 (S.D.N.Y. Jan. 30, 2006) .............................. 7, 8, 9, 10

Herbert Constr. Co. v. Greater N.Y. Sav. Bank (In re 455 CPW Assocs.),
1999 U.S. Dist. LEXIS 13306, *15 (S.D.N.Y. Aug. 30, 1999)................................ 5

Longo v. Shore & Reich, Ltd.,
25 F.3d 94, 98 (2d Cir. 1994) .................................................................................... 5

Reddington v. Staten Island Univ. Hosp.,
511 F.3d 126, 132 (2d Cir. 2007) .............................................................................. 5

Starkey v. Estate of Nicolaysen,
796 A.2d 238, 242-43 (N.J. 2002) ............................................................................. 5

## Statutes

N.J. Stat. § 12A:2-201 (2008) .................................................................................... 7

NY CLS UCC § 2-201 (2008) .................................................................................... 7

## Rules

Fed. R. Civ. P. 12(b)(6)..................................................................................... 3, 5, 10

Fed. R. Civ. P. 12(b)(7)......................................................................................... 3, 10

Fed. R. Civ. P. 19 ........................................................................................................ 3, 10

Fed. R. Civ. P. 19(a) ..................................................................................................... 7, 8

Fed. R. Civ. P. 19(b) ....................................................................................................... 9

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| R.D. WEIS & COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-4245 |
| | ) | |
| THE CHILDREN'S PLACE RETAIL | ) | |
| STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM IN SUPPORT OF THE MOTION OF THE CHILDREN'S PLACE RETAIL STORES, INC., A DELAWARE CORPORATION TO DISMISS THE COMPLAINT OF R.D. WEIS & COMPANY, INC.

The Children's Place Retail Stores, Inc., a Delaware corporation ("TCP") submits this Memorandum of Law in support of its Motion to Dismiss the Complaint of the above-captioned Plaintiff, R.D. Weis & Company, Inc. (the "Motion").

### PRELIMINARY STATEMENT

Plaintiff's Complaint (defined below) must be dismissed for failing to state a cause of action against TCP for which relief can be granted. Plaintiff's allegations against TCP are based upon a supposed quasi-contract between the Plaintiff and TCP. Plaintiff's Complaint alleges that TCP and Plaintiff entered into a verbal agreement to purchase carpeting for various Disney Stores around the country. Yet, the allegations made in the Complaint are not sufficient to establish the existence of a quasi-contract. Indeed, Plaintiff inexplicably fails to bring to the Court's attention the only contract that purports to provide for the goods and services for which they seek to recover, a contract between Plaintiff and Hoop Retail Stores, LLC ("Hoop"), not TCP. Hoop is a wholly-owned subsidiary of TCP currently under bankruptcy protection in the

1

United States Bankruptcy Court for the District of Delaware. In an attempt to avoid trying to collect from a bankrupt company, Plaintiff instead seeks to create liability as to TCP out of whole cloth. As explained below, however, Plaintiff's attempt fails on its face.

In addition to failing to alert the Court that Plaintiff's written contract was with Hoop, not TCP, it also fails to tell the Court that all of the invoices submitted by Plaintiff for the work performed were submitted to Hoop, not TCP. Given the existence of a written contract with Hoop, and the fact that Plaintiff submitted all of its invoices to Hoop, Plaintiff's quasi-contract claim must fail. Under applicable law, a party may not recover under a quasi-contract theory when there is a written contract covering the same subject matter.

Even if Plaintiff could allege facts sufficient to establish the existence of a quasi-contract with TCP, which it cannot, the Complaint would still have to be dismissed since the purported quasi-contract would violate the statute of frauds. The Uniform Commercial Code, under any state law that might be applicable, clearly provides that any contract for the sale of goods in excess of $500 must be in writing. Plaintiff's Complaint seeks damages well in excess of this amount for the good and services purportedly sold to TCP, yet it does not allege the existence of any written contract. Instead, the Complaint vaguely alleges that the "exchange of electronic mail, documents, and purchase and sales information, and the mutual acceptance of the terms and conditions of the contractual agreement" created an enforceable contract, yet Plaintiff does not allege facts sufficient to overcome the statute of frauds requirement for a writing. Therefore, the Complaint must be dismissed for failure to state a claim.

Finally, even if the Plaintiff could convince the Court that either a written or quasi-contract existed between TCP and Plaintiff, and that the statute of frauds did not somehow bar its claim, the Complaint would still have to be dismissed for failure to name an indispensable

party. As stated above, the only written agreement relating to the sale of goods and services is between Plaintiff and Hoop. The Complaint fails to even mention the existence of this agreement with Hoop. Clearly, Plaintiff is trying to avoid the need to name Hoop, a company in bankruptcy, which would require seeking to lift the automatic stay imposed in all bankruptcy proceedings. Plaintiff, however, cannot so easily seek to avoid becoming entangled in the bankruptcy proceedings. Thus, even if Plaintiff can avoid dismissal for failing to state a cause of action against TCP, it cannot avoid naming Hoop as a party to this proceeding. Plaintiff's agreement with Hoop, if enforceable, would preclude a quasi-contractual recovery from TCP. If Hoop cannot be named, then this action must be dismissed.

Therefore, pursuant to Federal Rule Civil Procedure 12(b)(6), 12(b)(7), and 19, this Court should dismiss the Complaint for failure to state a claim upon which relief can be granted, or alternatively, failure to include Hoop, an indispensable party, as a defendant in this action.

## FACTUAL AND PROCEDURAL BACKGROUND

TCP is the ultimate parent of Hoop Holdings, LLC and Hoop (collectively, the "Debtors"). The Debtors were organized in August 2004 to own and operate the Disney Store business. The Children's Place Services Company, LLC ("TCP Services") performs certain services, including accounting, legal and facilities management on behalf of, among others, both TCP and Hoop. TCP Services is a separate and distinct legal entity from TCP, the named defendant in the action. The principal place of business for Hoop, TCP Services, and TCP is Secaucus, New Jersey.

On or about November 15, 2007, Plaintiff executed a contract under which Plaintiff was to provide the goods and services to Hoop (the "Contract") (a copy of the Contract

is attached as <u>Exhibit A</u>).  Specifically, the Contract called for Plaintiff to sell and install carpeting in various retail locations around the country.  Although Hoop is listed as the counterparty and only other signatory to the Contract, Hoop, apparently never executed the Contract.[1]

On March 26, 2008, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "<u>Chapter 11 Cases</u>") in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").  TCP is not a debtor in the Chapter 11 Cases. On April 23, 2008, the Bankruptcy Court approved the sale of certain of the Disney Store locations to T2 Acquisition, LLC, a Delaware Limited Liability Company.  <u>In re Hoop Holdings, LLC</u>, Case No. 08-10544 (BLS) (Bankr. D. Del. April 23, 2008) (sale order transferring certain of the Debtors' retail stores to T2 Acquisition) [Docket No. 319] (the "<u>Sale Order</u>") (a copy of the Sale Order is attached as <u>Exhibit B</u>).

As evidenced by Schedule F of Hoop's Summary of Schedules [Docket No. 399] (the "<u>Schedules</u>") (a copy of Schedule F is attached as <u>Exhibit C</u>), Hoop admits that $186,590.97 is owed to Plaintiff under the Contract.  On May 5, 2008, Plaintiff filed its complaint (the "<u>Complaint</u>" or "<u>Action</u>").  In the Complaint, Plaintiff seeks to recover alleged damages under theories of breach of contract, quasi-contract, and *quantum meruit* for non-payment of money owed to Plaintiff for selling and installing the carpet.

## <u>ARGUMENT</u>

**A.    The Complaint must be Dismissed for Failure to State a Claim**

The Complaint fails to state a claim by its failure to properly allege the existence of a valid contract between TCP and Plaintiff, let alone identify a single writing signed by TCP.

---

[1]    Upon information and belief, TCP believes that discovery upon Plaintiff or the Debtors may yield a copy of the Contract that was signed by Hoop.

In order to survive a motion to dismiss under Rule 12(b)(6),[2] a party alleging a breach of contract must at least plead the existence of an enforceable contract.  Herbert Constr. Co. v. Greater N.Y. Sav. Bank (In re 455 CPW Assocs.), 1999 U.S. Dist. LEXIS 13306, *15 (S.D.N.Y. Aug. 30, 1999) (dismissing the complaint after examining the complaint and documents incorporated by reference and determining that "a mere conclusory allegation in the Complaint that the mortgage was a ... contract was insufficient to survive a motion under Rule 12(b)(6)").  In order for a quasi-contract claim to survive a motion to dismiss, Plaintiff must at least allege "(1) the performance of services in good faith, (2) the acceptance of the services by the person to whom they are rendered, (3) an expectation of compensation therefor, and (4) the reasonable value of the services."  Longo v. Shore & Reich, Ltd., 25 F.3d 94, 98 (2d Cir. 1994) (applying New York law); Starkey v. Estate of Nicolaysen, 796 A.2d 238, 242-43 (N.J. 2002) (applying the same standard under New Jersey law).

In its Complaint, Plaintiff vaguely alleges the existence of a contractual agreement evidenced by "written and electronic correspondence" without specifically alleging the existence of a signed writing by TCP.  Instead, Plaintiff relies on vague, bald allegations to establish a contract, or failing that, a quasi-contract between itself and TCP.

Plaintiff fails to allege facts sufficient to establish a quasi-contractual recovery against TCP.  Notwithstanding the fact that an agreement was negotiated between itself and Hoop, Plaintiff makes no attempt to explain how TCP, and not Hoop, accepted Plaintiff's

---

[2]    See Reddington v. Staten Island Univ. Hosp., 511 F.3d 126, 132 (2d Cir. 2007) ("To survive dismissal, the plaintiff must provide the grounds upon which [her] claim rests through factual allegations sufficient 'to raise a right to relief above the speculative level.'").  Even if the Complaint is construed in favor of Weis, its bald, contradicted assertions that a contractual agreement exists between Weis and TCP are not sufficient to overcome dismissal under Rule 12(b)(6). See Reddington, 511 F.3d at 132 (A court will construe "the complaint liberally, accepting all factual allegations in the complaint as true, and drawing all reasonable inferences in the plaintiff's favor"; nonetheless, "bald assertions and conclusions of law will not suffice").

performance.  Unable to produce a signed writing by TCP, Plaintiff nonetheless alleges that invoices were sent to TCP.[3]  In fact, all of the invoices (the "Invoices") relating to the sale of the carpet provide that the goods and services were "sold to Hoop Retail Stores", and were submitted to Hoop, not TCP (copies of the Invoices are attached as Exhibit D).[4]  Not only are the allegations untrue, but they contradict the terms of the Contract between Plaintiff and Hoop, which provide that Hoop would accept its performance, and that the invoices were to be sent directly to Hoop.  Contract, §§ 3, 5.1, 6.6.

Given the existence of the Contract with Hoop and that the Invoices were sent to Hoop, Plaintiffs purported quasi-contract claim against TCP must fail.  Where there exists a valid, enforceable contract, a party cannot bring a quasi-contract claim.  Corcoran v. GATX Corp. & GATX Tech. Servs. Corp., 2008 NY Slip Op 2241, 1 (N.Y. App. Div. 4th Dep't 2008) ("[U]njust enrichment, is grounded in quasi contract and, where a valid and enforceable contract exists governing a particular subject matter, it precludes recovery in quasi contract for events arising out of the same subject matter.") (internal quotations omitted); see also Callano v. Oakwood Park Homes Corp., 219 A.2d 332, 335 (N.J. App. Div. 1966) ("A plaintiff is not entitled to employ the legal fiction of quasi-contract-contract to 'substitute one promisor or debtor for another.'") (internal citations omitted).

Moreover, in order for a party to establish a breach of contract in the context of the sale of goods over $500, Article 2 of the Uniform Commercial Code requires that the party seeking to enforce a contract must have a signed writing *by the party against whom enforcement*

---

[3]     The allegations in Plaintiff's Complaint, if true, suggest only that TCP Services, not TCP, may have been acting on behalf of Hoop with respect to the Contract between Hoop and Plaintiff.

[4]     Referring to the Contract with Hoop and the Invoices does not change the nature of this Motion to one for summary judgment rather than one for dismissal under Fed. R. Civ. P. 12(b)(6).  Cortec Industries, Inc. v. Sum Holding L.P., 949 F.2d 42, 48 (2d Cir. 1991) (holding that the lower court was

*is sought.* N.J. Stat. § 12A:2-201 (2008) ("Except as otherwise provided in this section a contract for the sale of goods for the price of $500 or more is not enforceable by way of action or defense unless there is some writing sufficient to indicate that a contract for sale has been made between the parties and signed by the party against whom enforcement is sought or by his authorized agent or broker.") (emphasis added); see also NY CLS UCC § 2-201 (2008) (same).[5]

The Complaint, seeking $616,462.95 in damages, includes a claim for the sale of goods far in excess of the $500 value threshold specified in Section 2-201 of the Uniform Commercial Code. Accordingly, Plaintiff's failure to provide as part of its Complaint a signed writing by TCP, the party against whom enforcement is sought, is fatal.

**B.      The Complaint must be Dismissed for Failure to Include Hoop as a Party**

To the extent that this Court does not dismiss the Complaint for failure to state a claim against TCP, the Action should be dismissed for failure to join a necessary party. Federal Rule of Civil Procedure 19(a) (the "Rules"), in pertinent part, provides,

> A person who is subject to service of process and whose joinder will not deprive the court of subject-matter jurisdiction must be joined as a party if:
>
> (A) in that person's absence, the court cannot accord complete relief among existing parties....

Fed. R. Civ. P. 19(a); Dunn v. Std. Bank London Ltd., 2006 U.S. Dist. LEXIS 3115, *5 (S.D.N.Y. Jan. 30, 2006) (finding that a court must first "determine whether an absent party is a 'necessary' party under Rule 19(a)").

---

correct in considering certain documents that were integral to the plaintiff's case where the plaintiff had actual notice of the information in the motion and relied on those documents in framing the complaint).
[5]      TCP includes citations to both New York and New Jersey law. The law of New York is included in this memorandum because the case was filed there. The law of New Jersey is included in this memorandum because TCP's principal place of business is New Jersey and any alleged quasi-contract would likely arise under New Jersey law.

Courts have found that a non-party is a necessary party under Rule 19(a), and thus, must be present where such non-party's rights and responsibilities under a contract are the central issue in the case. See Dunn, 2006 U.S. Dist. LEXIS 3115, *10 ("If the resolution of a plaintiff's claim would require the definition of a non-party's rights under a contract, it is likely that the non-party is necessary under Rule 19(a).... Moreover, it is difficult to see how plaintiffs could be accorded complete relief if the sole named party with which they contracted is absent from the action."); CP Solutions PTE, Ltd. v. GE Co., 244 F.R.D. 137, 143 (D. Conn. 2007) ("[C]ourts generally hold that a party to a multi-party contract, whose rights, obligations, and liabilities thereunder would be affected if the relief sought were granted, is an indispensable party.").

Hoop is without a doubt a necessary party to the Action.[6] As in Dunn, Hoop is a necessary party that must be added for the case to proceed, and no attempt has been made to explain its absence. Inexplicably, Plaintiff fails to even mention the existence of the Contract with Hoop, or mention that all of the Invoices for the work performed were submitted to Hoop, not TCP.[7] Contrary to Plaintiff's assertions, only Hoop accepted performance by Plaintiff, which fact is attested to by Plaintiff's own pleadings and evidence. For example, the Contract explicitly names Hoop as the proposed counterparty and provides that Plaintiff is to provide invoices to Hoop, not TCP. Contract, § 5.1. The Contract also provides that all notices are to be provided to Hoop, not TCP. Contract, § 22. In addition, each of Plaintiff's Invoices clearly indicates that the invoiced materials were "sold to" Hoop. See Exhibit D. Thus, Hoop is a necessary party because it is the party that contracted with Plaintiff and accepted Plaintiff's performance.

---

[6]    Here, there is no question that Hoop is subject to service of process.

8

If a necessary party cannot be joined under Rule 19(a), the court must consider whether the case can be allowed to continue without such party:

> If a person who is required to be joined if feasible cannot be joined, the court must determine whether, in equity and good conscience, the action should proceed among the existing parties or should be dismissed. The factors for the court to consider include: (1) the extent to which a judgment rendered in the person's absence might prejudice that person or the existing parties; (2) the extent to which any prejudice could be lessened or avoided ...; (3) whether a judgment rendered in the person's absence would be adequate; and (4) whether the plaintiff would have an adequate remedy if the action were dismissed for nonjoinder.

Fed. R. Civ. P. 19(b); Dunn, 2006 U.S. Dist. LEXIS 3115, *6 ("Where a court makes a threshold determination that a party is necessary under Rule 19(a) and joinder of the absent party is not feasible for jurisdictional or other reasons, the court must then determine whether the party is 'indispensable' under Rule 19(b)."). In Dunn, after finding that the plaintiffs failed to name the entities that actually employed them, the court determined that the case could not proceed without the indispensable party. 2006 U.S. Dist. LEXIS 3115, *10. The Dunn court considered the first and second factors, stating that "[i]t is difficult to see how plaintiffs could be accorded complete relief if the sole named party with which they contracted is absent from the action." Id. The Dunn court considered the third factor to be especially important: [b]ecause there is no indication that either of the defendants was actually a party to the contracts on which plaintiffs premise their action, no adequate judgment could be rendered in [the indispensable party's] absence." Id. Finally, the Dunn court found that plaintiffs would still have an adequate remedy in state court where the defendants were subject to jurisdiction. Id.

Just as in Dunn, Hoop is an indispensable party without which the case cannot proceed. Hoop is not even named though it is the party that is potentially liable under the

---

[7]    In addition, Plaintiff also fails to include in its Complaint the fact that Hoop, as part of its

Contract.  Indeed, it is the only party named in the Contract which Plaintiff seeks to enforce.

Because TCP never signed and is not a party to the Contract, there is no way for this Court to

grant protective or limited relief short of requiring the joinder of Hoop or the dismissal of the

Complaint.  TCP will be greatly prejudiced by having to defend this Action without the presence

of the party who is potentially liable.  In addition, TCP may be unable to obtain adequate

discovery of Hoop by virtue of the automatic stay imposed by the Bankruptcy Code.

   Assuming Plaintiff was able to overcome the motion to dismiss for failure to state

a claim, which it cannot, Hoop must be joined as a party for this Action to proceed.  If for some

reason Hoop cannot be joined, then the Action must be dismissed for failure to name an

indispensable party.  Hoop's absence is inequitable here where Plaintiff attempts to establish

liability on a quasi-contractual basis without producing a single writing signed by TCP.

---

bankruptcy schedules, admits to owing Plaintiff $186,590.97.  See Exhibit C.

10

## **CONCLUSION**

For the foregoing reasons, TCP respectfully submits that the Complaint should be dismissed pursuant to Rule 12(b)(6), 12(b)(7), and 19 for failure to state a claim upon which relief can be granted and failure to join an indispensable party.

Respectfully submitted,

Dated:  July 7, 2008

_____/s/_____

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady (NY Bar # 733925)
John T. Dorsey (DE No. 2988) (*Pro Hac Vice Pending*)
Sharon M. Zieg (DE No. 4196) (*Pro Hac Vice Pending*)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for The Children's Place Retail Stores, Inc.

## CERTIFICATE OF SERVICE:

I hereby certify that on July 7, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Matthew Persanis, Esq.
ELEFANTE & PERSANIS, LLP
Scarsdale, New York 10583
(914) 725-4000

/s/
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady (NY No. 733925)
John T. Dorsey (DE No. 2988) (*Pro Hac Vice Pending*)
Sharon M. Zieg (DE No. 4196) (*Pro Hac Vice Pending*)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for The Children's Place Retail Stores, Inc.

**AFFIDAVIT**:

True and correct copies of the original documents referenced below are attached to the Memorandum as Exhibits.

Exhibit A:     *Product Supplier Agreement* (including Exhibits A, B, and C thereto)
Exhibit B:     *Sale Order*
Exhibit C:     *Schedule F of Hoop's Summary of Schedules*
Exhibit D:     *Invoices for Stores* (6309, 6360, 6374, 6387, 6422, 6426, 6429, 6432, 6436, 6441, 6444, 6466, 6469, 6472, 6473, 6474, 6481, 6482, 6488, 6500, 6507, 6508, 6511, 6514, 6531, 6547, 6549, 6556, 6566, 6568, 6559, 6573, 6574, 6575, 6583, 6595, 6603, 6615, 6619, 6630, 6637)

Dated:  July 7, 2008                    _____/s/_____
                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                        Robert Brady (NY No. 733925)
                                        John T. Dorsey (DE No. 2988) (*Pro Hac Vice Pending*)
                                        Sharon M. Zieg (DE No. 4196) (*Pro Hac Vice Pending*)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 571-6600
                                        Facsimile: (302) 571-1253

                                        Counsel for The Children's Place Retail Stores, Inc.

# EXHIBIT A

PRODUCT SUPPLIER AGREEMENT
CON-_____

THIS PRODUCT SUPPLIER AGREEMENT ("Agreement") is entered into as of Wednesday, November 07, 2007, by and between RD Weis Companies, with a principal place of business at 200 William Street, Port Chester, NY 10573, (the "Supplier") and Hoop Retail Stores, LLC, a Delaware limited liability company, including its parent and other subsidiaries of its parent, having a principal place of business at 915 Secaucus Road, Secaucus, New Jersey 07094, ("Hoop").

WHEREAS, Hoop desires to procure certain products and services from Supplier from time to time; and

WHEREAS, Supplier desires to provide such products and services to Hoop on the terms set forth below;

FOR AND IN CONSIDERATION of the promises and mutual agreements herein, Supplier and Hoop agree as follows:

1.  **Term**

    The initial term of this Agreement shall be One (1) year. The Agreement may be renewed for additional one year periods thereafter upon the mutual written agreement of Supplier and Hoop.

2.  **Products**

    2.1. Supplier shall provide the products for Hoop specified in **Exhibit A** attached hereto. It being understood that there may be multiple Exhibit A's executed pursuant to this Agreement and any such new Exhibit A will automatically become part of this Agreement. In the event of a conflict between any term of this Agreement and Exhibit A, the terms in Exhibit A shall prevail. Changes concerning any aspect of the Products, including without limitation description and delivery timeframes, shall be valid only if made in writing and if such writing is executed by authorized representatives of both parties.

3.  **Delivery & Acceptance.**

    Delivery dates, location for delivery and acceptance criteria for the Products are set out in the Exhibit A as mutually agreed by the parties. Supplier shall deliver all Products, upon completion, to the Hoop designated representative and location for testing and acceptance. Supplier shall confirm such delivery in a written delivery notice, which shall include the following: Product description, delivery mode, delivery date and quantity delivered ("Delivery Notice"). The Hoop designated representative shall review the Delivery Notice against the actual delivered Product(s) and if such matches, then countersign the Delivery Notice. Acceptance criteria for Products shall be as mutually agreed by the parties as set out in Exhibit A. Upon completion review, Hoop shall issue to Supplier a notice of acceptance or rejection of the Products. In the event of rejection, Hoop shall provide a reason for rejection to Supplier in reasonable detail. Supplier shall use all reasonable efforts to correct any deficiencies or non-conformities and resubmit the rejected items as promptly as possible but no longer than thirty (30) days after Supplier's receipt of Hoop's rejection notice. In the event Hoop does not accept such corrected Products, Hoop may, in its sole discretion and in addition to any other available remedies, either (a) grant Suppler a further fifteen (15) days (or such longer period as Hoop may, in its sole discretion, decide) in which to correct any problems in such Products; or (b) deem Suppliers failure to provide to Hoop an acceptable Product to be a default, and immediately terminate this Agreement without further opportunity to cure.

4.  **Purchase Orders.**

    If requested by Hoop, Supplier acknowledges that no services will be rendered or product produced and/or delivered in the absence of an approved Hoop Purchase Order. Hoop reserves the right to withhold payment of invoices that do not correspond to an approved Hoop Purchase Order.

5.  **Invoice Taxes and Audits**

    5.1. <u>Fees and Payment Terms</u>. Hoop shall purchase Products at the prices negotiated by the parties ("Fees") for each order pursuant to the terms set forth in **Exhibit A**. It being understood that there

1

may be multiple Exhibit A's executed pursuant to this Agreement and any Exhibit A may be updated or amended in the future by the parties executing a new Exhibit A (each  "Exhibit A") and any such new Exhibit A will automatically become part of this Agreement.  The Fees shall cover all of the Products delivered under this Agreement and shall also cover Hoop's ownership of the Products and any assignments thereto hereunder.  Hoop shall have no obligation to pay for any Products until an invoice for the item containing all information required by Hoop for payment ("Valid Invoice") is received. All accurate and undisputed Valid Invoices that Supplier submits to Hoop in accordance with the terms of this Agreement shall be paid by Hoop under the terms of this Agreement.  Hoop shall pay the amounts due and owing to Supplier hereunder within forty five (45) days of receipt of Valid Invoices issued by Supplier, provided however, that if Hoop pays the amounts due and owing to Supplier pursuant to such invoice within fifteen (15) days of receipt of Valid Invoices issued by Supplier, then Hoop will receive a 2% discount on the amount due and owed pursuant to such Valid Invoice. Invoices will NOT be sent prior to acceptance by Hoop or a representative on behalf of Hoop.  Supplier shall send invoices to:  Hoop Retail Stores, LLC, Attn: Accounts Payable, 915 Secaucus Road, Secaucus, NJ   07094. Each invoice shall specifically refer to this Agreement as contract number [CON-____] and shall include the following:  Products' delivery location and date, Hoop representative's name and contact details and respective Purchase Order number (as applicable).  Any extraneous terms on invoices shall be void and or no effect.  Hoop shall have no obligation to make payments on those invoices received by Hoop more than sixty (60) days after having accepted the Products.

5.2.  <u>Taxes</u>

   5.2.1.  Each party shall be responsible for any personal property taxes on property it owns or leases, for franchise and privilege taxes on its business, and for taxes based on its income and receipts.

   5.2.2.  Supplier shall be responsible for any national, state and local sales, use, excise, ad valorem, value-added, services, consumption, and other taxes and duties on any goods or services used or consumed by it in providing the Products.

   5.2.3.  Hoop shall be responsible for any national, state and local sales, use, excise, ad valorem, value-added, and other similar taxes and duties imposed on the provision of the Services or sale of the Products to Hoop.

   5.2.4.  Supplier shall separately itemize on the applicable invoice to Hoop any taxes that under this Section 3.3 are the responsibility of Hoop and which Supplier has the legal obligation to collect and remit to the appropriate jurisdiction. With respect to such taxes, Supplier shall be responsible for the timely filing of returns and the timely remission of the tax.

5.3.  <u>Records and Audits</u>.  Supplier shall maintain complete and accurate accounting records in accordance with sound accounting practices and all applicable laws so as to substantiate Supplier's Fees and charges under each invoice.  With respect to Services provided under the Design Attachment, such records shall include payroll records, job cards, attendance cards and job summaries.  Supplier shall preserve such records for a period of at least two (2) years after completion of the pertinent work.  Hoop shall have access to such records for purposes of audit through an accounting firm selected and paid for by Hoop.  Any such review of Supplier's records shall be conducted at reasonable times, and no more than once annually, during normal business hours.

5.4.  <u>Tax Form</u>.  Supplier shall complete, execute, and deliver to Hoop a Request for Taxpayer Identification and Certification Form (W-8 if Supplier is a non-US entity) prior to, or concurrent with, the execution of this Agreement by Supplier.  Failure to comply with this requirement shall constitute a material breach of this Agreement, and Hoop shall have the right to terminate this Agreement with no further obligations to the Supplier and to seek damages caused by said failure.

5.5.  <u>Financial Information</u>.  Supplier shall promptly furnish to Hoop, at Supplier's expense, upon Hoop's request, the most recent audited annual financial statements and unaudited periodic financial statements of Supplier and such other information regarding Supplier as Hoop may reasonably request.

6. **Relationship Management**

6.1. <u>Relationship Mangers</u>.   Each party shall assign a relationship manager ("Relationship Manager") who shall be responsible for such party's overall activities and the performance of this Agreement.  The selection of, and any change to Supplier's Relationship Manager shall be subject to Hoop prior approval, which approval shall not be unreasonably withheld or delayed.  Supplier's Relationship Manager shall have sufficient skill, training, and experience, and authority within Supplier's organization, to be in a position to promptly address Hoop concerns regarding the performance of the Services & Products and compliance with the terms of the Agreement.  The Hoop Relationship Manager shall be Supplier's primary point of contact for escalations, and contract and business issues.

6.2. <u>Bi-Weekly Meetings</u>.  If requested by the Hoop Relationship Manager, the Relationship Managers shall, meet at least once every two (2) weeks regarding the work in progress.  The meeting shall include a report from the appropriate personnel at the Supplier regarding: (i) overview of the status of Products during the reporting period;(ii)  issues to be resolved; (iii)  issues resolved; and (iv) any other information that Hoop or Supplier may, from time to time, reasonably request in writing that they deem appropriate.

6.3. <u>Monthly Performance Reviews</u>.  If requested by the Hoop Relationship Manager, the Supplier shall cooperate with Hoop in developing and conducting a monthly performance review.   Hoop and Supplier shall be entitled to designate specific members of its staff to attend the monthly performance reviews; provided, however, the Hoop account manager and the Supplier regional vice president shall be required to attend all monthly performance reviews in person at the Hoop site designated by Hoop prior to such meeting.   In addition, as part of the monthly performance reviews, Supplier shall report to Hoop on Supplier observed opportunities for the introduction of best practices into Hoop's business processes.

6.4. <u>Reports</u>.  In order to monitor the status, performance, costs, and quality of the Services & Products provided to Hoop, Supplier shall provide Hoop with written reports as reasonably requested by Hoop.   If requested, such report shall, at a minimum,   include the following information:

  - period covered by the report;
  - parties involved from Supplier and Hoop;
  - issues to be resolved;
  - issues resolved;
  - root cause analysis;
  - approvals completed and pending;
  - summary of project status as of reporting date;
  - price / rate (old v new, as appropriate);
  - other reasonable requests for information which Hoop may require.

All reports shall be comprised of one (1) hard copy and (1) electronic copy to be delivered to Hoop's Relationship Manager.

6.5. <u>Hoop Manager</u>.  Hoop shall also assign a Project Manager, who will be responsible for Hoop's day-to-day activities. The Hoop Manager shall be the only individual authorized to approve changes or additional fees or charges, on behalf of Hoop, which approval must be in writing.

6.6. <u>Hoop Designee.</u>  Any third party outsourcing vendor, contractor, agent, or other person or entity designated by Hoop in writing (a "<u>Hoop Designee</u>") shall be entitled to enforce and/or perform any responsibilities, obligations, or other provisions attributed to Hoop under this Agreement.  Hoop shall provide the Supplier Relationship Manager with written notice of a Hoop Designee, including, the general scope and nature of the authority of such Hoop Designee (the "<u>Designee Authority Letter</u>").    Supplier shall fully cooperate, communicate, coordinate with, and respond to all the requests of any Hoop Designee within the general scope and nature of the authority of such Hoop Designee. Such cooperation will include Supplier's reasonable participation at meetings with third party vendors covering technical, operational, or planning matters relating to Supplier's services & products and such other supplier's services.  Supplier will share with such vendor(s) Hoop Data which relates to such vendor's Services & Products, and which Hoop has requested or approved to be provided to such other vendor(s).  In addition, Supplier will provide such Hoop Designee

appropriate information in the possession of Supplier relating to the Services. Supplier shall be entitled to reasonably rely on such Hoop Designee, provided, however, that prior Hoop approval shall be required for any work effort requested by any Hoop Designee that is reasonably anticipated to result in fees and/or expenses not already documented in an Exhibit and / or Purchase Order executed by Hoop and Supplier. Hoop shall be entitled to amend and / or terminate its use of any Hoop Designee at any time upon advance notice to Supplier. Hoop will require each Hoop Designee to enter into an agreement containing appropriate confidentiality and non-use provisions with respect to Supplier Confidential Information. Hoop shall remain responsible to Supplier for any and all performance required under this Agreement by Hoop.

6.7. <u>Multi-Vendor Environment.</u>  Supplier acknowledges that it will be delivering the Services & Products in a multi-vendor environment. Effective operation of such an environment requires not only the cooperation among all suppliers, including the Supplier, but also collaboration in addressing Service and Product related issues that may cross over from one Service and Product area to another ("<u>Cross Over Issues</u>"). As part of the Services & Products, Supplier will actively provide and support tasks associated with operating and maintaining a collaborative approach to Cross Over Issues.

## 7.   Price Protection.

The fees due by Hoop hereunder shall be equal to or less that those fees that Supplier offers to its other customers for comparable Products or Services.

## 8.   Termination and Survivability.

8.1. <u>Termination.</u>  Hoop may terminate this Agreement at any time, with or without cause ("<u>Termination for Convenience</u>"). Such termination shall be effective immediately. Supplier may terminate this Agreement only in the event of a material breach of Hoop obligations hereunder and Hoop failure to cure such breach within thirty (30) days after receiving written specific notice of the breach being asserted. There are no fees or monetary obligations associated with Termination for Convenience under this Agreement.

8.2. <u>Transition Period.</u>  Supplier acknowledges that after the expiration or termination of this Agreement, Hoop may need Supplier to continue delivering certain Products for a limited transitional period (the "<u>Transition Period</u>"). In the event that Hoop determines that Supplier's services are required during the Transition Period, (i) Hoop and Supplier shall mutually agree on the length of the Transition Period (which in no event shall exceed 60 days unless otherwise agreed to by both parties), and (ii) Hoop must approve in writing (x) the type of services Supplier shall provide to Hoop during the Transition Period and (y) the compensation Hoop shall pay to Supplier for such services provided by Supplier during the Transition Period. Notwithstanding the terms and conditions herein, for any services provided by Supplier during the Termination Period and/or Transition Period, the provisions of this Agreement shall continue in full force and effect until such services are completed.

8.3. <u>Survivability.</u>  The following provisions shall survive any expiration or termination of this Agreement: Section 1 (Term), 8 (Termination), 9 (Remedies), 10 (Warranties), 11 (Intellectual Property Rights), 13 (Indemnification), 14 (Limitation on Liability), 15 (Independent Contractor), 16 (Non-exclusive Relationship, 17 (No Use of Hoop Name, Logo or Trademark), 19 (Confidentiality), 20 (Limitation of Proceedings), 21 (Governing Law), 22 (Notices), 25 (Severability), 26 (Headings), and 28 (Complete Agreement).

## 9.   Remedies.

In the event that Supplier breaches any representations or warranties hereunder or fails to comply with any term or requirement of this Agreement, including but not limited to timely delivery of Products, Hoop may in addition to any other remedies, at its sole option and without any liability to Supplier: (a) terminate or cancel this Agreement in its entirety or as it relates to any specific Products, Services or Products; (b) reject the Products, in whole or in part; (c) withhold any payments due Supplier; (d) recover actual, damages, including without limitation lost profits, costs to cover, and reasonable attorney's fee; (e) request Supplier to deliver conforming Product within no longer than twenty (20) days or alternatively, refund Hoop the fees paid for such nonconforming Products; and/or (f) offset any amounts due Supplier by actual loss(es) incurred by Hoop. Remedies set out in this Section 7 are not

4

exclusive. Hoop's remedies hereunder are cumulative and not exclusive and are in addition to any other remedies of Hoop available hereunder or under any statute or law or otherwise. Hoop will have the right to enforce this Agreement and any of its provisions by injunction, specific performance or other equitable relief without prejudice to any other rights and remedies that Hoop may have for a breach of this Agreement.

10. **Warranties.**

10.1. Supplier represents and warrants that:

10.1.1.    all Products are merchantable and fit for the use and purpose for which they are intended and that they are free from any defects or matter injurious to persons or real property;

10.1.2.    Supplier will not disclose nor has disclosed to any third party, nor has used nor will use for its own benefit, any Hoop trade secrets or information which may reasonably be believed to be confidential to Hoop (e.g., designs);

10.1.3.    all Products and deliverables meet all applicable industry and regulatory requirements as well as all Hoop requirements and the Products' and deliverables' quality standards conform with all written proposals and descriptions as well as any drawings, specifications, samples, models or the like that Supplier may have provided to Hoop concerning this matter (including without limitation descriptions or demonstrations of the Product provided by Supplier to Hoop prior to the execution of this Agreement);

10.1.4.    Supplier represents and warrants that: Supplier has and shall comply with all local, foreign, domestic and other laws, rules, regulations and requirements, including but not limited to: (a) the Immigration Reform & Control Act ("IRCA"), wage and hour, child labor, OSHA, and all other labor laws; (b) price discrimination laws; (c) laws relating to standards for weights, measures, sizes, quantities and ingredients; (d) trademark, trade dress, copyright, patent, unfair competition and all other intellectual property laws; (e) environmental laws, regulations and rulings including the California Safe Drinking Water and Toxic Enforcement Act (Proposition 65); (f) the Child Safety Protection Act, Fair Packaging and Labeling Act, Textile Fiber Products Identification Act, Federal Hazardous Substances Act, Flammable Fabrics Act, Food, Drug and Cosmetic Act, and Consumer Product Safety Act. If applicable, Supplier shall supply a MSDS ("Material Safety Data Sheet") for all chemical substances provided under this Agreement. Further, Supplier represents and warrants that the fees due and payable under this Agreement are sufficient to allow Supplier to comply with all applicable laws or regulations governing the labor, Services or Products to be procured under this Agreement.;

10.1.5.    Supplier will deliver Products and deliverables in accordance with the terms of this Agreement, including without limitation those set forth in Exhibit A and any other Exhibits and any other warranties implied by law.

10.1.6.    that the Products and use thereof do not infringe on any third party patent, copyright, trade secret, trade name, trademark or service mark, or other proprietary or property rights.

10.1.7.    that it holds clear and free title to all Products supplied to Hoop under this Agreement.

10.2. Supplier agrees that, without limitation of Hoop's other remedies, if Products fail to comply with the warranties set out in this Agreement, such failure shall constitute a material breach and Hoop may exercise its termination rights under this Agreement. The warranties shall survive and be explicitly extended beyond delivery as to each Product for a period of one year from delivery date of said Product unless a different warranty period is agreed to by the parties in a writing executed by authorized representatives of each party.

10.3. Supplier shall re-perform any work not in compliance with this warranty, provided Supplier is advised in writing of such nonconformance within ninety (90) days after the Products are provided. Spare parts and supplies used by Supplier in providing the Products are also warranted for the same period to be free from defects in materials and workmanship and shall be replaced without cost to Hoop during the warranty period. Supplier shall provide, at its expense, such "tools of the trade" as are reasonably required to render the Services for Hoop hereunder. If goods may be provided hereunder, Supplier further warrants that all such goods are merchantable and fit for the

5

use and purpose for which they are intended and that they are free from any defects or matter injurious to persons or property.

**11. Intellectual Property Rights.**

11.1. The Products shall be the sole and exclusive property of Hoop free from any claim, lien for balance due or rights of retention thereto on the part of Supplier.  Hoop shall own title to the Products and Supplier shall have no right to disclose or use any of the Products for any purpose whatsoever.  As used in this Agreement, Products shall include, without limitation, all designs, copyrightable works, ideas, inventions, technology and other creations, and any related work-in-progress, improvements or modifications to the foregoing, that are created, developed or conceived (alone or with others) in connection with Supplier's activities for Hoop (i) during the term of this Agreement, and (ii) if based on Confidential Information of Hoop, after termination of this Agreement.  Products shall include, without limitation, all Products and all works identified in an Exhibit to this Agreement, in any Supplier proposal concerning this matter, and all materials delivered to Hoop in connection with this Agreement.  The Products shall not include and the assignment obligations in Section B below shall not apply to: (1) any designs, copyrightable works, inventions, technology or other prior creations that were created by Supplier prior to commencement of Supplier's supplier arrangement with Hoop ("Background Technology") that are specifically listed in the relevant Exhibit or work order and any software, materials or other technology which are owned or controlled by a third party ("Third Party Technology") that Supplier may have used to create the Products or that may be embedded in the Products and necessary for Hoop utilization of the Products and which are also listed in the relevant Exhibit or work order. Supplier represents and warrants that it has included in the relevant Exhibit or work order, as applicable, a complete list of all Background Technology and Third Party Technology that will be used in connection with the Products, or that are or shall be incorporate into, or that are necessary or desirable for the use and exploitation of, any Products.  Supplier hereby grants to Hoop (or, with respect to third party materials, represents and warrants that it has secured on behalf of Hoop) a perpetual, worldwide, royalty-free, transferable, irrevocable and nonexclusive license to copy, distribute, display and perform (whether publicly or otherwise), prepare derivative works of and otherwise modify, make, have made, sell, offer to sell, import and otherwise use (and have other exercise such right on behalf of Hoop) the Background Technology, Third Party Technology or any other confidential or proprietary information or materials of Supplier or any third party (collectively, "Supplier Proprietary Materials") to the extent included or embodied in the Products or the extent necessary in order to make full use or exploitation of such Products.

11.2. Supplier hereby irrevocably assigns and agrees to assign to Hoop, without additional consideration, all worldwide right, title and interest in and to all Products whether currently existing or created or developed later, including, without limitation, all copyrights, trademarks, trade secrets, patents, industrial rights and all other intellectual property and proprietary rights related thereto, whether existing now or in the future, and agrees that such assignment shall be effective as soon as is possible under any applicable law, statue or regulation.  Supplier shall (even after termination of Supplier's work on behalf of Hoop) execute such written instruments and do such other acts as may be necessary in the opinion of Hoop to obtain a patent, register a copyright or otherwise evidence or enforce Hoop's rights in and to the Products (and Supplier hereby irrevocably appoints Hoop and any of its officers as its attorney in fact to undertake such acts in its name).

11.3. Supplier also hereby irrevocably transfers and assigns to Hoop, and waives and agrees never to assert, any and all "Moral Rights" (as defined below) Supplier may have in or with respect to any Products or any Supplier Proprietary Materials included or embodied in the Products or necessary for full use or exploitation of the Products, even after termination of Supplier's work on behalf of Hoop.  "Moral Rights" means any rights to claim authorship of the Products, to object to or prevent any modification of a Deliverable, to withdraw from circulation or control the publication or distribution of any Deliverable, and any similar right, existing under judicial or statutory law of any country in the world, or under any treaty, regardless of whether or not such is called or generally referred to as a "moral right".

11.4. To the extent that any third-party releases or consents may be required in connection with Supplier's work concerning the Products, Supplier shall so secure and maintain as effective for the duration of this Agreement and for any amount of time thereafter that Hoop may reasonably

6

anticipate using the deliverable(s) such releases and consents at Supplier's expense. Upon Hoop's request, Supplier shall provide to Hoop copies of such releases and consents.

11.5. In addition, Supplier hereby grants to Hoop, its successors and assigns, a royalty-free, worldwide, nonexclusive right and license under any patents owned by Supplier, or with respect to which Supplier has a right to grant such rights and licenses, to the extent required by Hoop to exploit the Products and exercise its full rights in the Products, including (without limitation) the right to make, use and sell products and services based on or incorporating such Products.

11.6. In providing Products under this Agreement, Supplier shall avoid designing or developing any items that infringe any patents or other intellectual property rights of any third party. If Supplier becomes aware of any such possible infringement as concerns the Products, Supplier shall immediately notify Hoop in writing.

## 12. Insurance.

12.1. Supplier shall maintain in effect at all times during the rendering of services all the insurance specified below with insurers having an A.M. Best rating of A-X or better and under forms of policy satisfactory to Hoop:

12.1.1. Commercial General Liability Insurance with at least $5,000,000 Combined Single Limit Bodily Injury and Property Damage Limits written on an Occurrence basis. Hoop will be notified immediately if and when 50% of any aggregate limit is eroded.

12.1.2. Owned, Non-Owned and Hired Automobile Liability Insurance with at least $2,000,000 Combined Single Limit Bodily Injury and Property Damage Limits.

12.1.3. Full statutory coverage for Workers' Compensation and Employers Liability with limits of a least $1,000,000 and Disability Insurance for all its employees as required by law. These policies will contain waivers of the insurer's subrogation rights against Hoop where permitted by law.

12.1.4. Errors and Omissions or Professional liability coverage with a limit of at least $2,000,000 per each claim and $2,000,000 annual aggregate. Supplier agrees to maintain continuous coverage in effect at least three years beyond the termination of services under any contract of agreement through continuous renewal of the same policy or purchase of extended discovery period or retroactive insurance.

12.1.5. Fidelity Coverage, naming The Hoop as obligee or loss payee, insuring loss(es) due to the dishonest acts, including but not limited to Computer Fraud, of Supplier's employees with limits of at least $500,000.

12.1.6. All Risk Property insurance policy coverage in amounts adequate to cover Hoop property in Supplier's care, custody and control.

12.2. Hoop, its officers, directors, employees, representatives, its subsidiary and affiliated companies shall be named as an "Additional Insured" under Commercial General Liability Insurance. The Hoop, its officers, directors, employees, representatives, its subsidiary and affiliated companies or anyone acting on their behalf shall be named as a "Loss Payee" under All Risk Property insurance shown. All policies maintained by Supplier shall be written as primary policies, not contributing with and not supplemental to coverage Hoop may carry. Certificates of insurance evidencing all these coverages and providing Hoop with thirty (30) days written notice of cancellation, intent to non-renew, or adverse material change shall be included in this Agreement as a reference document as Attachment 10.2 ("Certificate of Insurance"). Supplier shall ensure and further warrants that said policies are maintained and current during the term of this Agreement and, if a policy may be near to expiration, then Supplier shall notify Hoop in writing at least ten (10) days prior to the expiration of the term of each said policy.

12.3. None of the requirements contained herein as to types, limits and approval of insurance coverage to be maintained by Supplier are intended to and shall not in any manner limit or qualify the liabilities and obligations assumed by Supplier under this Agreement. Receipt of any certificate showing less coverage than requested is not a waiver of Supplier's obligation to fulfill its

7

requirements. Supplier may utilize reasonable deductibles given its size and financial stability. Supplier will be responsible to pay any loss amount, which lies within its deductible, up to the maximum amount of the deductible.

12.4. Any and all sub-Suppliers or sub-contractors used by Supplier as concerns Supplier's performance under this Agreement must comply with the insurance requirements and limits specified above and confirmation of such requirement is the Suppliers obligation.

## 13. Indemnification.

Supplier shall defend, indemnify and hold Hoop its corporate affiliates and their respective officers, directors, agents and employees (the "Indemnified Parties") harmless, at Supplier's expense, from any proceeding brought against Indemnified Parties for any violation of legally protected rights of any third parties, including but not limited to, U.S. patents, copyright, trade secret, unfair competition, or any and all other claims arising out of the assignment of or use by Hoop of the Products, and any other information furnished by or created by Supplier in providing Products or performing Services pursuant to this Agreement. Supplier shall have no duty, however, to indemnify Hoop for claims relating to third party intellectual property if Supplier has made Hoop aware of such third party rights, and Hoop has, in a signed and dated writing executed by an authorized representative of Hoop, acknowledged receipt of this information and directed Supplier to continue to use such third party intellectual property in connection with the Products. Supplier's agreement to defend and its obligation to indemnify Hoop extends to all other damages including indirect and punitive awarded in any such proceedings, as well as reasonable attorneys' fees. Hoop will provide reasonable information and assistance to Supplier at Supplier's expense in defense of such claim. In addition, Supplier shall indemnify, defend and hold the Indemnified Parties harmless from any and all losses arising from or in connection with death or bodily injury caused by the tortious conduct of Supplier; loss or damage to tangible property for which Supplier is legally liable or responsible; and Supplier breach of its confidentiality obligations under this Agreement.

## 14. Limitation of Liability

EXCEPT AS PROVIDED IN THIS AGREEMENT NEITHER PARTY SHALL BE LIABLE TO THE OTHER PARTY OR TO ANY THIRD PARTY FOR ANY CONSEQUENTIAL DAMAGES ARISING OUT OF OR RELATED TO THIS AGREEMENT, EVEN IF THE PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. NOTWITHSTANDING THE FOREGOING, THIS SECTION DOES NOT LIMIT LIABILITY FOR SUPPLIER'S INDEMNIFICATION OBLIGATIONS.

## 15. Independent Contractor

In connection with this Agreement, Supplier is an independent contractor and as such will not have any authority to bind or commit Hoop. Nothing herein shall be deemed or construed to create a joint venture, partnership or agency relationship between the parties for any purpose.

## 16. Non-Exclusive Relationship

The relationship between the parties pursuant to this Agreement is non-exclusive. Therefore, nothing in this Agreement shall be construed to create an exclusive relationship between Hoop and Supplier or limit Hoop's ability to seek and contract with third parties for products similar to or exactly alike the Products, during and after the duration of this Agreement.

## 17. No Use of The Children's Place or Hoop Name, Logo or Trademark.

Supplier shall not use The Children's Place's Retail Stores, Inc. corporate name or any The Children's Place's Retail Stores, Inc., The Children's Place Services Company, LLC, Hoop Retail Stores, LLC or Disney Store brand, trademark or logo ("The Children's Place's Intellectual Property") for any purpose, including by way of illustration but not of limitation, advertising, press releases, publicizing, marketing or selling the Products provided hereunder, except in connection with the prosecution or defense of claims, lawsuits or governmental or regulatory audits or investigations, or except as may otherwise be required by law. In that event, Supplier shall provide Hoop with notice of such request in a timely manner sufficient to allow Hoop an opportunity to object prior to such disclosure. Supplier is specifically prohibited from using The Children's Place or Disney Store name, any The Children's Place Intellectual

Property during any discussions with its potential customers or in any press release or marketing materials.

18. **Tools and Materials**

Supplier shall provide, at its expense, such "tools of the trade" as are reasonably required to deliver Products to Hoop. All such tools of the trade shall be, and shall remain, the sole and exclusive property of Supplier, and Hoop shall have no interest therein or claims thereto.

19. **Confidentiality.**

19.1. <u>No Publicity</u>. Neither party shall disclose any of the terms of this Agreement at any time without the prior written approval of the other party, except for (a) as may be required by law or by any competent authority, or (b) such limited disclosure in confidence as may be reasonably necessary to either party's bankers, investors or potential investors, attorneys and accountants.

19.2. <u>Confidential Information</u>. The parties acknowledge that they have received or may receive confidential information relating to, by way of illustration but not of limitation, the other party's product(s), business and financial information and plans, budgets, sales and marketing plans and information, promotions, supplier lists, customer lists, findings and results of services performed by Supplier for Hoop, manuals, handbooks, software and its source code, computer hardware, trade secrets, business forecasts, techniques, sketches, drawings, specifications and designs ("<u>Confidential Information</u>"). Except as (a) permitted or required in carrying out this Agreement, or (b) required by law or by any competent authority, the receiving party shall not use the Confidential Information or disclose the Confidential Information to any third party, either during the term of this Agreement or thereafter, without the prior written consent of the disclosing party.

19.3. <u>Limitations</u>. Confidential Information shall not include, and the terms of Sections 19.1 and 19.2 shall not apply to, any information which:

19.3.1. is or falls into the public domain without fault of the receiving party; or

19.3.2. the receiving party can show was in its possession prior to receipt thereof from the disclosing party; or

19.3.3. the receiving party receives from a third party with no obligation of confidence to the disclosing party; or

19.3.4. the disclosing party discloses to a third party with no obligation of confidence to the disclosing party; or

19.3.5. the receiving party independently develops without benefit of any Confidential Information

19.3.6. Survival. The obligations set out in this Article 16 shall survive the termination of this Agreement.

20. **Limitation of Proceedings; Fees.**

20.1. <u>Limitation of Proceedings</u>. No claim, action, suit or arbitration of any kind may be commenced against Hoop more than one (1) year after Products were delivered.

20.2. <u>Fees</u>. If Hoop seeks to enforce any of its rights and obligations hereunder by legal proceedings and prevails, Hoop shall be entitled to recover from Supplier any and all costs and expenses incurred by Hoop, including, but not limited to all attorneys' fees, court costs, and expert fees.

21. **Governing Law.**

Supplier expressly agrees that any and all disputes, claims or litigation arising from or related in any way to this Agreement shall be resolved exclusively by the courts of the State of New Jersey. Supplier waives any objections against and expressly agrees to submit to the personal jurisdiction of the Municipal and/or Superior Courts of the State of New Jersey, County of Hudson, and the U.S. District Court for Hudson county New Jersey. Supplier hereby waives the right to raise any objection or defense

it may have based upon an inconvenient forum. This Agreement is to be construed in accordance with and governed by the internal laws of the State of New Jersey, without giving effect to any choice of law rule that would cause the application of the laws of any jurisdiction other than the internal laws of the State of New Jersey to the rights and duties of the parties. The United Nations Convention on Contracts for the International Sale of Goods shall not apply to this Agreement.

22. **Notices.**

Any notice, request, demand or other communication required or permitted hereunder shall be in writing, shall reference this Agreement and shall be deemed to be properly given: (a) when delivered personally; (b) when sent by facsimile, with written confirmation of receipt by the sending facsimile machine; (c) five (5) business days after having been sent by registered or certified mail, return receipt requested, postage prepaid; or (d) two (2) business days after deposit with a private industry express courier, with written confirmation of receipt. All notices shall be sent to the following addresses (or to such other address or person as may be designated by a party by giving written notice to the other party pursuant to this Section):

|  |  |
|---|---|
| If to Supplier: | Randall D. Weis<br>President, Founder<br>RD Weis Companies<br>200 William Street<br>Port Chester, NY 10573 |
| If to Hoop: | General Counsel, Corporate Legal Department<br>Hoop Retail Stores, LLC<br>915 Secaucus Road<br>Secaucus , NJ 07094<br>Fax:  201.558.2840 |

23. **Force Majeure.**

A delay by either party in the performance of its obligations under the Agreement shall not be deemed a default of the Agreement to the extent that such delay is attributable to a Force Majeure Event and could not have prevented by the non-performing party by means of the exercise of reasonable precautions or can not reasonably be circumvented by the non-performing party including through the use of alternate sources or work-around plans. If a Force Majeure Event prevents, hinders or delays for more than thirty (30) consecutive days delivery of the Products that Hoop reasonably believes to be necessary for the performance of critical functions, Hoop may procure such Products from an alternate source of at reasonable charges and Supplier shall promptly reimburse Hoop for such charges. If such delay continues for more than thirty (30) consecutive days, Hoop may terminate the affected part of the Agreement or the entire Agreement, Hoop's discretion, without owing any fees to the Supplier. The term "Force Majeure Event" shall mean an act of war or terrorism, a riot, civil disorder, or rebellion, a fire, flood, earthquake, or similar act of God or a strike, lockout or similar labor dispute that is beyond the reasonable control of the affected party.

24. **Assignment**

Neither party shall assign, transfer or delegate its rights or obligations under this Agreement without the prior written consent of the other party, which consent shall not be unreasonably withheld. Notwithstanding anything to the contrary set forth in this Agreement, Hoop may assign the Agreement (without obtaining Supplier's prior written consent) to any of its respective current or future worldwide divisions, subsidiaries and/or affiliated companies.

25. **Severability**

Any invalidity, in whole or in part of any provision of this Agreement shall not affect the validity of any other of its provisions.

26. **Headings**

The headings of Sections of this Agreement are for convenience of reference only and shall not in any way affect the interpretation of the Agreement or otherwise be given any legal effect. In the event of any purported conflict between the heading and the content of a Section, the latter shall control.

27. **Waivers.**

No waiver by either party, whether express or implied, of any provision of this Agreement shall constitute a continuing waiver of such provision or waiver of any other provision of this Agreement. Further, no waiver by either party, whether express or implied, of any breach or default by the other party shall constitute a waiver of any other breach or default of the same or any other provision of this Agreement.

28. **Complete Agreement.**

This Agreement and all Exhibits, and any subsequent modifications or amendments executed by authorized representatives of each party set forth the entire understanding between the parties hereto and supersede all prior agreements, arrangements and communications, whether oral or written, with respect to the subject matter hereof. No other agreements, representations, warranties or other matters, whether oral or written, shall be deemed to bind the parties hereto with respect to the subject matter hereof. The parties acknowledge that they are entering into this Agreement solely on the basis of the agreements and representations contained herein, and for each party's respective purposes and not for the benefit of any third party. This Agreement may not be modified or amended except by the mutual written agreement of the parities signed by respective duly authorized representatives of each party. These terms and conditions shall be binding on the Supplier and its subsidiary and affiliated companies. Acceptance is expressly limited to the terms herein (regardless of whether or when Supplier may have submitted or may submit its own terms or other documentation) and any additional terms or modifications submitted by Supplier shall be void unless specifically agreed to beforehand and in writing Hoop. In the event of a conflict between this Agreement and the terms set forth in a Supplier invoice, the terms of this Agreement shall prevail.

We, the undersigned, acting as authorized representatives of Hoop and Supplier, respectively, hereby acknowledge and accept the terms and conditions detailed above as of the date last signed below. We have read and understand this agreement and consulted with respective legal counsels concerning its terms.

| RD WEIS COMPANIES | HOOP RETAIL STORES, LLC |
|---|---|
| By: *Randall M* | By: _____ |
| Name: *Randall S. Weis* | Name: _____ |
| (Print or Type) | (Print or Type) |
| Title: *President* | Title: _____ |
| Company Name: *R.D Weis & Co., INC* | Date: _____ |
| Date: *11-15-07* | |

11

<u>EXHIBIT A</u>

<u>**Products & Services Price Schedule & Specific Business Terms**</u>

1. <u>**Products Price Schedule**</u>

   1.1. RD Weis Companies will be responsible for providing Hoop with Pixie Dust (Strike Off # CC280812-07) listed below during the term of this agreement. RD Weis Companies will provide a non-exclusive Warehousing and Distribution Service to Hoop. RD Weis Companies will provide necessary resources and expertise to support store construction schedule throughout all agreed Hoop Retail (Disney) Store locations.

   | Flooring | DSY Part # | Unit Cost per sq yd |
   |---|---|---|
   | Pink & Green Refresh Disney Carpet w/ Attached Cushion | Milliken Floor Covering Pixie Dust Strike Off # CC280812-07 | $  26.06 |

   Pricing reflects FOB Suppliers Warehouse

   1.2. Supplier agrees to sell to Hoop all quantities of Product that Hoop shall order from Supplier from time to time; provided, however, that Hoop shall be under no obligation to purchase any Product from Supplier during the Term and any and all such purchases shall be made by Hoop Relationship Manager acting in its sole and absolute discretion. Any quantity estimates or purchase forecasts provided to Supplier by Hoop Relationship Manager are for planning purposes only and do not constitute an order for Products. Supplier bears sole responsibility for managing Supplier's inventory of Products and Hoop Relationship Manager shall have no liability with respect thereto (whether on termination of this agreement or otherwise).

   1.3. Except for delays caused by Hoop, TIME IS OF THE ESSENCE WITH RESPECT TO DELIVERY UNDER EACH PURCHASE ISSUE HEREUNDER.  See projected store list in **Exhibit B** and estimated required delivery date.  This projections and required delivery dates are subject to change. Products shall not, without Hoop consent, be shipped to any Site ahead of schedule.

   1.4. Supplier shall perform to requirements and due dates as specified in this contract and on purchase orders issued by Hoop Retail Stores, LLC.  Failure to meet any of the required dates is detrimental to our business and shall penalized by 25% of the total purchase order value

   1.5. Supplier shall supply each Product at the prices specified above.  All prices provided shall be in U.S. dollars.  Payment shall be made in U.S. dollars unless otherwise mutually agreed upon by Hoop and Supplier.  Subject to the terms and conditions of this Agreement, Supplier's price for each Product shall remain fixed for the Term.  No extra charges of any kind shall be allowed unless specifically provided herein or agreed to in writing by Hoop.

1

2.  **Warranties & Returns**

RD Weis Companies represents, agrees and warrants that:

2.1.  all Products shall be free of any claim of any nature by any third person and that Supplier shall convey clear title to Products to Hoop.

2.2.  all Products supplied to Hoop under this Agreement shall be of merchantable quality free from all defects in design, workmanship, materials or matter injurious to persons or real property, and shall be fit for the particular purposes for which they are purchased and in compliance with all applicable laws, rules and regulations.

2.3.  all Products supplied to Hoop under this Agreement shall be free from manufacturing defects within 15 year from the original date of purchase and the product will not wear more than 10 percent by abrasion within 10 years of installation.

2.4.  Supplier will not disclose nor has disclosed to any third party, nor has used nor will use for its own benefit, any Hoop trade secrets or information which may reasonably be believed to be confidential to Hoop (e.g., designs);

2.5.  all Products and deliverables meet all applicable industry and regulatory requirements as well as all Hoop requirements and the Products' and deliverables' quality standards conform with all written proposals and descriptions as well as any drawings, specifications, samples, models or the like that Supplier may have provided to Hoop concerning this matter (including without limitation descriptions or demonstrations of the Product provided by Supplier to Hoop prior to the execution of this Agreement);

2.6.  supplier has and shall comply with all local, foreign, domestic and other laws, rules, regulations and requirements, including but not limited to: (a) the Immigration Reform & Control Act ("IRCA"), wage and hour, child labor, OSHA, and all other labor laws; (b) price discrimination laws; (c) laws relating to standards for weights, measures, sizes, quantities and ingredients; (d) trademark, trade dress, copyright, patent, unfair competition and all other intellectual property laws; (e) environmental laws, regulations and rulings including the California Safe Drinking Water and Toxic Enforcement Act (Proposition 65); (f) the Child Safety Protection Act, Fair Packaging and Labeling Act, Textile Fiber Products Identification Act, Federal Hazardous Substances Act, Flammable Fabrics Act, Food, Drug and Cosmetic Act, and Consumer Product Safety Act. If applicable, Supplier shall supply a MSDS ("Material Safety Data Sheet") for all chemical substances provided under this Agreement. Further, Supplier represents and warrants that the fees due and payable under this Agreement are sufficient to allow Supplier to comply with all applicable laws or regulations governing the labor, Services or Products to be procured under this Agreement.;

2.7.  a Product that fails shall be considered Supplier's responsibility until adequate evidence to the contrary is accepted by Hoop.

2.8.  Should a third party warranty or liability claim be raised, it shall be Supplier's, not Hoop, obligation to prove that the Products were free of defects. Upon notice from Hoop that a Product failed within the warranty timeframe, in addition to any rights or remedies Hoop may have under this Agreement, or law, Supplier shall at the option of Hoop either (i) replace or repair the defective Products (with respect to repair, during which time the warranty period shall toll) or (ii) reimburse Hoop for all direct or indirect costs (including but not limited to the purchase price and freight charges) incurred by Hoop as result of such failure. Warranty failures that shall be returned to Supplier shall be at Supplier's expense, including but not limited to all freight charges. Any Products that replace defective Products pursuant to this Section 2 (Warranties & Returns) shall be subject to a warranty as herein provided.

2.9.  supplier will deliver Products and deliverables in accordance with the terms of this Agreement, including without limitation those set forth in Exhibit A and any other Exhibits and any other warranties implied by law.

2.10. that the Products and use thereof do not infringe on any third party patent, copyright, trade secret, trade name, trademark or service mark, or other proprietary or property rights.

2.11. that it holds clear and free title to all Products supplied to Hoop under this Agreement.

3. **Purchase Order Requirements**

3.1. Supplier acknowledges that no services will be rendered or product produced and/or delivered in the absence of an approved Hoop Purchase Order. Hoop reserves the right to withhold payment of invoices that do not correspond to an approved Hoop Purchase Order.

3.2. This Agreement shall apply to any Purchase Order whether or not the terms and conditions of this Agreement are expressly referenced therein. In the event that the provisions of this Agreement conflict with any Purchase Order issued by Hoop or any Hoop Entity to Supplier, the provisions of this Agreement shall govern. No terms or conditions not set forth in this Agreement or a Purchase Order, including, without limitation, Supplier's standard printed terms and conditions, on Supplier's order acknowledgment or otherwise, shall have any application to this Agreement, any Purchase Order, or any transactions occurring pursuant thereto, unless this Agreement shall be specifically amended in writing by the parties. Supplier shall have the right to reject any Purchase Order containing additional provisions or conditions not acceptable to The Children's Place. Supplier's acceptance of a Purchase Order shall constitute Supplier's agreement with all such additional provisions and conditions therein.

3.3. In addition to its other rights under this Agreement, Hoop reserves the right to cancel all or any part, of any Purchase Order for Hoop convenience by written notice to Supplier. Upon such termination for convenience, Hoop shall not incur any further cost or liability to Hoop except for Products delivered previously pursuant to the terms of this Agreement.

4. **Specifications, Standards & Descriptions**

4.1. <u>Specifications</u>.   Supplier shall manufacture, and deliver the Products in strict conformance with the specifications, samples, data sheets or other descriptions including the performance specifications (collectively, the "Specifications") approved or adopted by Hoop. Any change to a Product's Specification shall become effective only upon Hoop prior approval. Supplier shall maintain all required regulatory listings simultaneously with the commencement of this Agreement. Supplier shall maintain component specifications and reliability requirements on all components used in Hoop current Products, regardless of manufacturing location, and any component substitution shall be approved in writing in advance by Hoop Relationship Manager.

4.2. <u>Inspection of Products</u>. Hoop shall have the right prior to acceptance to inspect and test Products or request Supplier to inspect and test to determine conformance with the warranties set forth herein. If conducted by Hoop inspection and testing shall be done within a reasonable time after delivery.

4.3. <u>Evaluation of Products</u>. Supplier shall, at the request of Hoop, provide Hoop an opportunity to evaluate Products offered by Supplier from time to time. Hoop shall be entitled to evaluate (and use in connection with such evaluation) any such Products for a period of up to ninety (90) days at any Site designated by Hoop. Supplier shall provide Hoop with such Products for evaluation and use at no cost for such Products.

4.4. <u>Nonconforming Products</u>. The inspection and test by Hoop or Supplier shall not relieve Supplier from its obligations with respect to nonconforming Products or as otherwise provided in this Agreement.  If any Product in Hoop sole discretion is found to be nonconforming, Hoop may at its option, shall in addition to any rights it may by law or contained in this Agreement require Supplier (i) to provide Hoop with a complete fund or credit of the price of such nonconforming Product or (ii) replace such nonconforming Product at no cost to Hoop. In addition, Supplier shall assume title and risk of loss of all nonconforming Product and shall promptly reimburse Hoop for all costs incurred by Hoop as a result of such rejection of nonconforming Products. Payment for the

Products delivered shall not constitute acceptance of the Products and shall not relieve Supplier of is warranty or other obligations hereunder.

5. **Packing & Marking**

   5.1. The Products shall be delivered to Hoop (Disney Store) Locations assembled, completed, and/or ready for use on the scheduled delivery date.  If so requested by Hoop, Supplier shall package Products in accordance with instructions from Hoop as provided in the applicable Purchase Order. Otherwise Supplier shall ship Products in a manner consistent with general industry practice for shipping of this kind of equipment.

6. **Handling Conditions for Dangerous Goods:**

   6.1. Supplier is responsible to inform in writing if any of their products is considered as dangerous material or with special handling requirement "Hazardous Material". Supplier will be responsible to include technical declarations (Material Safety Data Sheet) of each product in specific. Supplier will be responsible that the packaging, identification, numbers, declaration, etc., all comply with the CFR ("Code of Federal Regulations") requirements and any other requirements under the federal laws, state laws or local laws of the "United States of America" "Canada" or "Puerto Rico".  The Children's Place reserves the right to collect from Supplier all costs that are caused due to the transportation of dangerous materials that are packed incorrectly; that would include removal or elimination if needed in the case that the shipper refuses to accept a new article.

7. **Delivery & Acceptance**

   7.1. Products shall be shipped FOB Suppliers warehouse (INCOTERMS 2000) designated in the applicable Purchase Order, unless otherwise specified, in writing, by Hoop.

   7.2. Product and Materials will be accepted at destination by GC (General Contractor) or other trade contracted by Hoop, for items supplied by Hoop.  A packaging list and Bill of Lading will be utilized to receive products and materials.  The packing list should include Quantity and Unit of Measurement.  The GC (General Contractor) or other trade contracted by Hoop will be responsible for checking in and safeguarding any product and materials supplied by Hoop, and identifying damages. Any concealed damage is the responsibility of the supplier to replace at no cost to Hoop. Hoop will take ownership upon Acceptance by GC (General Contractor) or other trade contracted by Hoop.

   7.3. Products shall not, without Hoop consent, be shipped to any Site ahead of schedule.  If any Products are shipped ahead of schedule, such Products may be returned at Supplier's expense.

   7.4. Except for delays caused by Hoop, TIME IS OF THE ESSENCE WITH RESPECT TO DELIVERY UNDER EACH PURCHASE ISSUE HEREUNDER. If for any reason Supplier anticipates difficulty in complying with a required delivery date or meeting any other requirements in a Purchase Order Supplier shall immediately notify Hoop.  If Supplier does not comply with Hoop delivery schedule, in addition to such other rights and remedies it may have, Hoop may, in its sole discretion, (i) require delivery by the fastest way to meet the delivery schedule, (ii) submit a revised delivery schedule or (iii) terminate the Purchase Order and/or this Agreement immediately without liability to Supplier other than liability that survives termination of this Agreement.  Supplier shall be liable to Hoop for all costs incurred by Hoop as a result of such delay or termination. In the event Hoop requires by the fastest way to meet the delivery schedule or submits a revised delivery schedule, or if Hoop otherwise directs, Supplier to ship by a method other than that indicated on the Purchase Order, Supplier shall prepay any additional transportation charges incurred as a result thereof.

   7.5. It is the responsibility of the Product or material supplier and the Transportation Provider to file any freight claims.

4

8.  **Payment Terms**

Hoop will pay Supplier for the work in accordance with the following payment schedule.

8.1.  Supplier will provide an invoice that matches the purchase order for each individual order. After acceptance by GC (General Contractor) or other trade contracted by Hoop, the terms of payment are 2% discount for invoices paid within fifteen (15) days, or otherwise net forty-five (45) days from receipt of invoice. Invoices should NOT be sent prior to product inspection and acceptance by Hoop or a representative on behalf of Hoop.

8.2.  Payment shall not constitute acceptance of Products and shall be subject to adjustment for shortages, defects, non-conformance and other failures of Supplier to meet any terms or conditions of this Agreement.

8.3.  **Exhibit C:** Non-Merchandise Purchase Order Sample

9.  **Other Business Terms**

9.1.  Changes. If the parties agree to a change and such change includes a fee adjustment, only those changes signed by an authorized representative of Hoop shall be valid. Specifically, if Supplier incurs costs based on a change that has not been signed by an authorized representative of Hoop, Hoop will not be responsible for any such costs so incurred.

We, the undersigned, acting as authorized representatives of Hoop and RD Weis Companies, respectively, hereby acknowledge and accept the terms and conditions detailed above as of the date last signed below. We have read and understand this agreement and consulted with respective legal counsels concerning its terms.

| RD WEIS COMPANIES | HOOP RETAIL STORES, LLC |
|---|---|
| By: _Randall D Weis_ | By: _____ |
| Name: _Randall D. Weis_ | Name: _____ |
| (Print or Type) | (Print or Type) |
| Title: _President_ | Title: _____ |
| Company Name: _R.D. Weis & Co. Inc_ | Date: _____ |
| Date: _11-18-07_ | |

**EXHIBIT B**

Hoop Retail Store Schedule and Delivery Dates as of Wednesday, November 07, 2007

| # | Store Number | Name | Address | City | State | Zip | Gross Sq Ft | | Estimated Delivery Date | Preferred Monday Store Set |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6637 | Hilltop Mall | 2235 Hilltop Mall Rd. | Richmond | CA | 94806 | 5000 | 553 | 14-Jan-2008 | 21-Jan-2008 |
| 2 | 6441 | Gwinnett Place | 2100 Pleasant Hill Road | Duluth | GA | 30096 | 4238 | 451 | 14-Jan-2008 | 21-Jan-2008 |
| 3 | 6429 | Oxmoor Center | 7900 Shelbyville Road | Louisville | KY | 40222 | 3952 | 421 | 14-Jan-2008 | 21-Jan-2008 |
| 4 | 6462 | Great Lakes Mall | 7850 Mentor Avenue | Mentor | OH | 44060 | 4020 | 428 | 14-Jan-2008 | 21-Jan-2008 |
| 5 | 6426 | Willow Grove Park | 2500 Moreland Road, Space #1029 | Willow Grove | PA | 19090 | 3830 | 408 | 14-Jan-2008 | 31-Jan-2008 |
| 6 | 6472 | Mall Del Norte | 5300 San Dario, Suite 106B | Laredo | TX | 78041 | 3280 | 349 | 24-Jan-2008 | 31-Jan-2008 |
| 7 | 6569 | Westmoreland Mall | Westmoreland Mall, Rte. 30 East | Greensburg | PA | 15601 | 4484 | 478 | 24-Jan-2008 | 31-Jan-2008 |
| 8 | 6575 | The Esplanade | 1401 West Esplanade Ave. | Kenner | LA | 70065 | 4461 | 478 | 24-Jan-2008 | 31-Jan-2008 |
| 9 | 6549 | Regency Square Mall | 9501 Arlington Expressway, Ste. 155 | Jacksonville | FL | 32225 | 4548 | 475 | 24-Jan-2008 | 31-Jan-2008 |
| 10 | 6432 | Vintage Faire Mall | 3401 Dale Road, Suite 172 | Modesto | CA | 95356 | 2989 | | 14-Jan-2008 | 21-Jan-2008 |
| 11 | 6507 | Genesee Valley Center | 3293 Linden Road | Flint | MI | 48507 | 3750 | | 14-Jan-2008 | 21-Jan-2008 |
| 12 | 6566 | Aurora Mall | 14200 East Alameda Ave | Aurora | CO | 80012 | 4101 | | 14-Jan-2008 | 21-Jan-2008 |
| 13 | 6531 | Northpark Mall | 320 West Kimberly Road | Davenport | IA | 52806 | 3881 | | 14-Jan-2008 | 21-Jan-2008 |
| 14 | 6374 | Hanes Mall | 3320 Silas Creek Parkway, Suite #4424 | Winston-Salem | NC | 27103 | 3555 | | 24-Jan-2008 | 31-Jan-2008 |
| 15 | 6444 | Quaker Bridge Mall | 115 Quaker Bridge Mall | Lawrenceville | NJ | 08648 | 3939 | | 24-Jan-2008 | 31-Jan-2008 |
| 16 | 6500 | Montgomery Mall | 293 Montgomery Mall | North Wales | PA | 19454 | 3600 | | 24-Jan-2008 | 31-Jan-2008 |
| 17 | 6509 | Riverchase Galleria | 3000 Galleria Mall, Ste 30, Hwy 31 South | Birmingham | AL | 35244 | 3451 | | 24-Jan-2008 | 31-Jan-2008 |
| 18 | 6436 | Oxford Valley Mall | 2300 East Lincoln Hwy. | Langhorne | PA | 19047 | 3777 | | 24-Jan-2008 | 31-Jan-2008 |
| 19 | 6466 | The Parks at Arlington | 3811 South Cooper, Suite 1102 | Arlington | TX | 76015 | 3246 | | 24-Jan-2008 | 31-Jan-2008 |
| 20 | 6481 | Wyoming Valley Mall | 204 Wyoming Valley Mall | Wilkes-Barre | PA | 18702 | 3600 | | 24-Jan-2008 | 31-Jan-2008 |
| 21 | 6511 | The Mall at Steamtown | 206 The Mall @ Steamtown | Scranton | PA | 18503 | 3649 | | 24-Jan-2008 | 31-Jan-2008 |
| 22 | 6563 | Harrisburg Mall | Route 83 & Paxton Street | Harrisburg | PA | 17111 | 4108 | | 24-Jan-2008 | 31-Jan-2008 |
| 23 | 6603 | Capital City Mall | 3577 Capital Mall Drive | Camp Hill | PA | 17011 | 5237 | | 24-Jan-2008 | 31-Jan-2008 |
| 24 | 6514 | Mall at Fairfield Commons | 2727 North Fairfield Rd., Space #161 | Dayton | OH | 45431 | 3384 | | 24-Jan-2008 | 31-Jan-2008 |
| 25 | 6619 | Golf Mill Shopping Center | 267 Golf Mill Center | Niles | IL | 60714 | 6007 | | 24-Jan-2008 | 31-Jan-2008 |
| 26 | 6630 | Yorktown Shopping Center | 159 Yorktown Center | Lombard | IL | 60148 | 6432 | | 24-Jan-2008 | 31-Jan-2008 |
| 27 | 6509 | Stratford Square | 212 Stratford Square | Bloomingdale | IL | 60108 | 3752 | | 24-Jan-2008 | 31-Jan-2008 |
| 28 | 6360 | Walden Galleria | 2000 Walden Ave., Space D-110 | Buffalo | NY | 14225 | 3992 | | 24-Jan-2008 | 31-Jan-2008 |
| 29 | 6473 | Park City Center | 743 Park City Center | Lancaster | PA | 17601 | 4900 | | 31-Jan-2008 | 31-Jan-2008 |
| 30 | 6651 | Toronto Eaton Centre | 215 Yonge Street, PO Box 3032 | Toronto, Ontario | ON | M5B 2H6 | 5400 | | 31-Jan-2008 | 31-Jan-2008 |

Hoop will send updated New Store schedule to RD Weis Companies on updated basis

| # | Store Number | Name | Address | City | State | Zip | Gross Sq Ft | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6387 | Carousel Center | 9679 Carousel Center | Syracuse | NY | 13290 | 4069 | | 19-Dec-2007 | 14-Jan-2008 |
| 2 | 6547 | Jefferson Valley Mall | 650 Lee Boulevard | Yorktown Heights | NY | 10598 | 4159 | | 19-Dec-2007 | 14-Jan-2008 |
| 3 | 6574 | Meriden Square | 470 Lewis Avenue | Meriden | CT | 06451 | 4000 | | 26-Dec-2007 | 14-Jan-2008 |
| 4 | 6468 | Holyoke Mall at Ingleside | 50 Holyoke Street | Holyoke | MA | 01040 | 3914 | | 19-Dec-2007 | 14-Jan-2008 |
| 5 | 6474 | Galleria at Crystal Run | 1 N Galleria Drive, Suite 29 | Middletown | NY | 10941 | 3618 | | 19-Dec-2007 | 21-Jan-2008 |
| 6 | 6557 | Springhill Mall | 1136 Spring Hill Mall | West Dundee | IL | 60118 | 4079 | | 19-Dec-2007 | 28-Jan-2008 |
| 7 | 6488 | Coolsprings Galleria | 1800 Galleria Blvd., Suite 1520 | Franklin | TN | 37067 | 3452 | | 28-Dec-2007 | 28-Jan-2008 |
| 8 | 6558 | Hamilton Mall | 150 West Black Horse Pike | Mays Landing | NJ | 08330 | 3723 | | 19-Dec-2007 | 4-Feb-2008 |
| 9 | 6573 | Square One - Saugus | 1277 Broadway | Saugus | MA | 01906 | 5308 | | 19-Dec-2007 | 4-Feb-2008 |
| 10 | 6595 | Boulevard Mall | 1223 Niagara Falls Blvd. | Amherst | NY | 14226 | 4790 | | 14-Jan-2008 | 4-Feb-2008 |
| 11 | 6815 | Broadway Mall | 460 Broadway Mall | Hicksville | NY | 11801 | 6603 | | 14-Jan-2008 | 13-Feb-2008 |
| 12 | 6552 | Fresno Fashion Fair | 687 Shaw Avenue | Fresno | CA | 93710 | 4200 | | 14-Jan-2008 | 13-Feb-2008 |
| 13 | 6556 | Laguna Hills Mall | 24155 Laguna Hills Mall | Laguna Hills | CA | 92653 | 5400 | | 14-Jan-2008 | 25-Feb-2008 |
| 14 | 6566 | Valencia Town Center | 24201 W. Valencia Blvd., Ste. #2105 | Valencia | CA | 91355 | 4359 | | 14-Jan-2008 | 25-Feb-2008 |
| 15 | 6422 | Coronado Center | 6600 Menau Blvd. NE, Space B-10 | Albuquerque | NM | 87110 | 3657 | | 14-Jan-2008 | 25-Feb-2008 |

EXHIBIT C

*Non-Merchandise Purchase Order Sample*

# Non-Merchandise Purchase Order

The Children's Place
915 Secaucus Road, Secaucus, NJ 07094
Phone (201) 558-2400

| | Purchase Order No. | | Store #: | | SHIP ADDRESS |
|---|---|---|---|---|---|

**THIS ORDER IS SUBJECT TO THE ATTACHED TERMS AND CONDITIONS**

| TCP/DSY Accounting String - Completed By Requestor | | | Requestor's Name | | Phone | VENDOR NAME |
|---|---|---|---|---|---|---|

1. SHIP TO ABOVE ADDRESS UNLESS OTHERWISE SPECIFIED

Account:

2. OUR PO # MUST APPEAR ON ALL PACKING SLIPS, MAILING LABELS & INVOICES. SHIPMENTS WITHOUT OUR PO # MAY BE REFUSED

Acct: _____ Cat: _____  | VENDOR #

3. EVERY SHIPMENT MUST CONTAIN A PACKING SLIP. SHIPMENTS NOT CONTAINING A PACKING SLIP MAY BE REFUSED

Amount: $ _____  | Vendor Contact: | Vendor Phone:

4. SHIPMENT MUST NOT BE MADE PRIOR TO DELIVERY DATE WITHOUT APPROVAL FROM THE APPROPRIATE CHILDREN'S PLACE REP

Template: _____
Quantity: _____
Asset Desc (30): _____ Tag (12): _____

5. WHEN SUBMITTING INVOICE FOR PAYMENT, ATTACH A COPY OF THE BOL. THE BOL MUST INCLUDE QUANTITY/NUMBER OF PRODUCT AND UNIT OF MEASUREMENT

In-Service Dt: _____  | Promised Date | Date of PO
Check (X) one:

**F.O.B** | **Terms** 2% Net 15 - 45 | **Shipping to** | □ Sol.Source   □ K2 Logistics   □ Fed Ex   □ Other

| Item # | Qty. | Unit of Measure | Product Description | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | Freight (EST) | $ |
| | | | | Tax (EST) | $ |
| | | | | **Total PO Amount** | $ - |

**UPON COMPLETING THE SHIPMENT OF THIS ORDER, PLEASE SEND YOUR INVOICE WITH A COPY OF PO & BOL TO THE REQUESTOR**

EACH INVOICE SHOULD INCLUDE: CONTRACT # (IF APPLICABLE), PO NUMBER, TCP/DSY SUPPLIER NUMBER, THE DATE AND LOCATION OF SERVICE OF DELIVERY

_____
Authorized Signature

9

# <u>EXHIBIT B</u>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HOOP HOLDINGS, LLC, | ) | Case No. 08-10544 (BLS) |
| a Delaware limited liability company, et al.,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. 91 |

**ORDER PURSUANT TO SECTIONS 105, 363, 365 AND 554 OF THE BANKRUPTCY CODE AND RULES 2002, 6004, 6006, 6007, 9006, AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, (I) AUTHORIZING AND APPROVING DEBTORS' ENTRY INTO (A) THE ASSET PURCHASE AGREEMENT AND (B) THE DESIGNATION RIGHTS AGREEMENT, AND (II) IN CONNECTION THEREWITH, AUTHORIZING DEBTORS TO (A) SELL CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES, (B) ASSUME AND ASSIGN CERTAIN LEASES AND EXECUTORY CONTRACTS, (C) ESTABLISH PROCEDURES FOR SUBSEQUENT ASSUMPTION AND ASSIGNMENT OR REJECTION OF UNEXPIRED LEASES AND EXECUTORY CONTRACTS, (D) SETTLE CERTAIN CLAIMS, AND (E) ABANDON PROPERTY OF NO NET VALUE TO DEBTORS' ESTATE**

Upon consideration of the motion [Dkt. No. 91] (the "Motion")[2] of the above-captioned

debtors and debtors-in-possession (the "Debtors"), for an order, pursuant to sections 105, 363,

365 and 554 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy

Code"), Rules 2002, 6004, 6006, 6007, 9006, and 9019 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and Rule 6004-1 of the Local Bankruptcy Rules for the

District of Delaware (the "Local Rules") (I) authorizing and approving Debtors' entry into (a)

that certain Asset Purchase Agreement, dated April 3, 2008 (the "Asset Purchase Agreement"),

---

[1]    The Debtors are the following three entities:  Hoop Holdings, LLC, a Delaware limited liability company; Hoop Retail Stores, LLC, a Delaware limited liability company; and Hoop Canada Holdings, Inc., a Delaware corporation.  An additional affiliate of the Debtors, Hoop Canada, Inc., a New Brunswick corporation, applied in Canada for protection from its creditors on March 27, 2008, pursuant to the Canadian Companies' Creditors Arrangement Act (the "Canadian Proceeding").  The Canadian Proceeding is being administered in Canada concurrently herewith.

[2]    Unless otherwise indicated, all capitalized terms not expressly defined herein shall have their meanings set forth in the Motion, the Asset Purchase Agreement, and/or the Designation Rights Agreement.  The terms "includes" and "including" shall have the meaning ascribed to them in Section 102(3) of the Bankruptcy Code and shall be subject to the construction ascribed to them in such Section.

by and among T2 Acquisition, LLC, a Delaware Limited Liability Company ("USA Buyer"), T1

WDC, Inc., a corporation incorporated under the laws of the Province of Nova Scotia, Canada

("Canadian Buyer" and, together with USA Buyer, the "Buyer"), The Children's Place Services

Company, LLC, a Delaware limited liability company, Hoop Retail Stores, LLC ("Hoop Retail"

or "USA Seller"), and Hoop Canada, Inc., a New Brunswick corporation (the "Canadian Seller"

and together with the USA Seller, the "Seller"), and (b) that certain Designation Rights

Agreement, dated April 15, 2008 (the "Designation Rights Agreement"), by and between Debtor

Hoop Retail and USA Buyer, and (II) in connection therewith, authorizing Debtors' (a) sale to

USA Buyer of certain assets free and clear of liens, claims, interests, and encumbrances,

including any claims for successor liability, (b) assumption by Debtor Hoop Retail and

assignment to USA Buyer (or USA Buyer's designee) of certain unexpired leases and executory

contracts, (c) establishment of procedures for subsequent assumption by Debtor Hoop Retail and

assignment to USA Buyer (or USA Buyer's designee) of unexpired leases and executory

contracts, or rejection of such leases and contracts, (d) the settlement of certain claims between

the Debtors and affiliates of the Buyer and (e) abandonment of property of no net value to

Debtors' estate, all as more fully described in the Motion; and the Court having considered the

Declaration of Perry Mandarino in Support of First Day Motions [Dkt. No. 3] (the "Mandarino

Declaration"); and the Court having jurisdiction to consider the Motion and the relief requested

therein pursuant to 28 U.S.C. §§ 157 and 1334; and a hearing to consider the Motion and the

transactions contemplated therein (the "Hearing") having been conducted on April 22, 2008; and

due and proper notice of the Motion and the Hearing having been provided to all parties entitled

thereto; and the Court having determined that the relief sought in the Motion and the transactions

contemplated in the Asset Purchase Agreement and the Designation Rights Agreement (together,

2

the "Agreements") represents the sound exercise of Debtors' business judgment and are in the best interests of the Debtors, their estate, and all parties-in-interest; and upon the Motion and all of the proceedings had before the Court; and good and sufficient cause appearing therefor;

IT IS HEREBY FOUND AND DETERMINED:

General Findings

A.       The Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334.

B.       This Order constitutes a final and appealable order within the meaning of 28 U.S.C. § 158(a).

C.       Notwithstanding Bankruptcy Rule 6004(h), the Court finds that there is no just reason for delay in the implementation of this Order and expressly directs entry of judgment as set forth herein.

D.       Debtors have satisfied the disclosure requirements for sale motions as set forth in Local Bankruptcy Rule 6004-1.

E.       Based on the representations of counsel at the Sale Hearing, and as evidenced by the Affidavits and Supplemental Affidavits of Mailing filed with the Court [Dkt. Nos. 210, 211, 212, 213, 216, 234, 244, 246 and 264] (the "Affidavits of Mailing") and the Affidavits of Publication filed with the Court [Dkt. Nos. 292, 293 and 294] (the "Affidavits of Publication"), (i) proper, timely, adequate, and sufficient notice of the Motion, the Agreements, the transactions contemplated therein, and the Hearing has been provided in accordance with sections 105, 363, and 365 of the Bankruptcy Code and Bankruptcy Rules 2002(a), 6004, 6006, 6007, 9006, and 9019; (ii) such notice was good and sufficient; (iii) such notice was in accordance with the *Order (A) Scheduling a Hearing to Consider the Proposed Sale and*

*Approving the Form and Manner of Notice Thereof, (B) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, and (C) Granting Certain Related Relief* [Dkt. No. 72] (the "Scheduling Order"); and (iv) no other or further notice of the Motion or the Hearing is required.

F.     A reasonable opportunity to object or be heard with respect to the Motion and the relief requested therein has been afforded to all interested persons and entities. Specifically, the Motion was served contemporaneously with its filing on the following entities (the "Sale Motion Parties"):  (i) the Office of the United States Trustee for the District of Delaware; (ii) Committee; (iii) counsel to Wells Fargo; (iv) Counsel to Buyer; (v) counsel to TCP; (vi) all known secured creditors of the Debtors; (vii) all known non-Seller parties to the Acquired Agreements, Acquired Car Leases, Acquired Leases, and Remaining Leases, under the Asset Purchase Agreement; (viii) all State Taxing Authorities in States in which the Debtors do business; (ix) all State Attorney General's offices in States in which the Debtors do business; (x) the IRS; and (xi) all parties that have requested notice in these Chapter 11 Cases. See Affidavits of Mailing.  The Sale Hearing Notice as well as the Scheduling Order were served upon the following entities:  (i) the Sale Motion Parties; (ii) all additional known non-Seller parties to any leases or contracts to which the Debtors are a party that are not included within the Acquired Agreements, Acquired Car Leases, Acquired Leases, and Remaining Leases; (iii) all known creditors of the Debtors; (iv) all known applicable federal, state and local tax authorities with jurisdiction over the Seller and/or the assets to be acquired by the Buyer; (v) all known federal, state and local environmental authorities in jurisdictions in which Seller operates and/or in which the assets to be acquired by the Buyer are located; and (vi) any known party which has expressed a bona fide interest in writing to the Seller regarding any purchase of the assets to be acquired by

4

the Buyer. Id. Additionally, the Sale Hearing Notice was published in (i) the National Edition of *The Wall Street Journal*, (ii) *The (Toronto) Globe and Mail* and (iii) the *Canadian National Post*, more than 10 days prior to the Sale Hearing.  See Affidavits of Publication.

        G.     The USA Buyer constitutes a good faith purchaser within the meaning of section 363(m) of the Bankruptcy Code and is entitled to all of the protections afforded thereby.

        H.     Neither the USA Buyer nor Debtors have engaged in any conduct that would cause or permit the Agreements or the transactions contemplated therein, to be avoided (or the validity of any sale or transfer affected) pursuant to section 363(n), or any other provisions, of the Bankruptcy Code.

        I.     The relief sought in the Motion is in the best interests of the Debtors, their estate, and all parties-in-interest.

        J.     Debtors have demonstrated (i) good, sufficient, and sound business purpose and justification for the transactions contemplated in the Agreements, including the necessity for conducting a private sale of the Acquired Assets and the Designation Rights without a formal auction process and (ii) compelling circumstances for the sale pursuant to Bankruptcy Code section 363(b).

        K.     The value of the Acquired Assets, Retained Assets, Leases, Remaining Leases, Designation Rights, and Debtors' estate would be manifestly harmed by any delay in any sale, assumption, assignment, or other transactions contemplated in the Agreements.

        L.     Time is of the essence in consummation the transactions contemplated by the Agreements.

        M.     The USA Buyer is not an "insider" of the Debtors as that term is defined in section 101 of the Bankruptcy Code, the USA Buyer constitutes a third-party purchaser

5

unrelated to the Debtors, no common identity of owners, incorporators, stockholders, or directors exists between the USA Buyer and the Debtors, and the USA Buyer is not holding itself out to be a continuation of the Debtors.

      N.    The Agreements were not entered into for the purpose of hindering, delaying, or defrauding Debtors' creditors, and the parties are not entering into the transactions contemplated by the Agreements fraudulently.

      O.    Based on the testimony in the Mandarino Declaration, as well as the evidence proffered or adduced at the Sale Hearing, (i) Buyer has submitted the highest and best possible offer for the Acquired Assets and the Designation Rights because (a) there are substantial impediments to the Debtors' ability to assume and assign the License Agreement and therefore the Buyer may be the only potential purchaser that can buy the Acquired Assets on a "going concern" basis, and (b) a "going concern" sale pursuant to which USA Buyer assumes approximately two-thirds of the Leases, hires approximately two-thirds of the Employees, and assumes the Acquired Contracts, and releases breach of contract claims under the License Agreement of an estimated $50 million or more is necessarily a higher and better offer than any liquidation sale; (ii) the consideration provided for in the Agreements provides fair and reasonable consideration for such assets under all the circumstances; (iii) consummation of the transactions contemplated in the Agreements will provide a greater recovery for Debtors' creditors than would be provided by any other practical alternative; (iv) because the License agreement prohibits the sale of the Disney Merchandise in a manner inconsistent with the License Agreement, any proposed sale of the Inventory and FFE to a third-party liquidator over Disney's objection is likely to result in protracted litigation, leading to the rejection of the leases, and mounting landlord claims and litigation costs, and thus no other party has offered to

purchase the Acquired Assets and Designation Rights for greater economic value to the Debtors or their estate; (v) Debtors, after consulting with their counsel and financial advisors, do not believe any other party will, within the foreseeable future, make an offer for the Acquired Assets and the Designation Rights for greater economic value to Debtors than the offer of the USA Buyer currently under consideration; and (vi) the consideration to be paid to Debtors, coupled with the USA Buyer's assumption of the USA Assumed Liabilities in accordance with the Asset Purchase Agreement, and USA Buyer's agreement to be responsible for the Carrying Costs in accordance with the Designation Rights Agreement, and their release of substantial monetary defaults and related claims asserted or to be asserted against the Debtors, constitute reasonably equivalent value and fair consideration under the Bankruptcy Code and under the laws of the United States, any state, territory, possession, or the District of Columbia

P.    The compromise, settlement, and releases outlined in the Motion and embodied in the Agreements are necessary and appropriate, and the exchange of such releases constitutes an exercise of Debtors' sound business judgment. In the absence of such compromise, settlement, and releases, the transactions contemplated in the Agreements could not be accomplished on terms as favorable to Debtors.

Q.    For purposes of Section 363(b)(1) of the Bankruptcy Code, the Debtors have, in connection with offering a product or service, previously disclosed to one or more individuals a policy prohibiting the transfer of "personally identifiable information" (as defined in 11 U.S.C. § 101(41A)) about individuals to persons that are not affiliated with the Debtors. The sale is consistent with that policy because under the privacy policy and License Agreement, Disney is already entitled to joint ownership of any customer data collected by the

7

Debtors. As the proposed sale is to a subsidiary of Disney, the sale is necessarily consistent with the Privacy Policy.

Findings Related to the License Agreement

      R.    Debtors' authority to operate the Stores using the "Disney Store" name and trademarks owned by DEI and its Affiliates, and to sell the Disney Merchandise that is subject to copyrights and trademarks owned by DEI and its Affiliates, derives solely from the License Agreement, a nonexclusive copyright and trademark license.

      S.    DEI alleges that the License Agreement is nonassignable as a matter of federal copyright and trademark law, and therefore nonassumable by Seller pursuant to Section 365(c)(1) of the Bankruptcy Code.

Findings Related to the Asset Purchase Agreement

      T.    The USA Buyer and Debtors negotiated and entered into the Asset Purchase Agreement without collusion and in good faith.

      U.    Approval of the Asset Purchase Agreement and the consummation of the sale to the USA Buyer at this time are in the best interests of Debtors, their estate, creditors, and other parties-in-interest in these chapter 11 cases.

      V.    It is in the bests interests of the Debtors' estate, necessary and appropriate, and the intent of this Court for the USA Acquired Stores, the USA Acquired Assets, the Designation Rights, and the Remaining Leases (to the extent assumed and assigned) to be transferred to USA Buyer and its designees free of all successor liability, if any, and free of all liability for any of the Debtors' employee obligations. The USA Buyer is not liable for any of Debtors' Retained Liabilities or claims, liabilities (other than the Assumed Liabilities as described in the Asset Purchase Agreement) or causes of action as a successor to Debtors' assets or otherwise under the Asset Purchase Agreement, provided that, as to any Acquired Leases,

Buyer shall be responsible for any year-end adjustments that come due under the terms of such Lease in the ordinary course of business after the date upon which such Lease was assumed and assigned to Buyer, regardless of the date upon which adjustments accrued (the "Year-End Adjustments").

W.    Protection from potential successor liability claims was a material consideration in the negotiated bargain set forth in the Asset Purchase Agreement. Without such protection and assurances, the USA Buyer would have insisted upon a lower purchase price.

X.    The Motion and the Asset Purchase Agreement relate, in substantial part, to the assumption and assignment to USA Buyer of the USA Acquired Stores and all of USA Seller's rights, title, and interest in each of its executory contracts, assets, properties, operations and businesses and other rights and privileges directly used in connection with or related to the USA Acquired Stores, including those USA Acquired Assets outlined in sections 2.1.1 through 2.1.14 of the Asset Purchase Agreement relating to the USA Acquired Stores and operations of the Debtors over which this Court has jurisdiction.

Y.    Notwithstanding the commencement of Debtors' chapter 11 cases or for any other reason, USA Acquired Assets have not been terminated under their terms or under applicable law and remain in full force and effect.

Z.    To the extent any Acquired Asset constitutes an executory contract or unexpired lease, (i) the USA Buyer has demonstrated to the satisfaction of the Court its financial wherewithal and expertise relative to the management and operation of the USA Acquired Assets, as demonstrated, *inter alia,* by evidence that, prior to October 2004, affiliates of the USA Buyer successfully operated the USA Acquired Stores as part of the Disney corporate family of companies and (ii) the USA Buyer's promise to perform under the terms of the applicable USA

9

Acquired Assets constitutes adequate assurance of future performance pursuant to sections 365(b)(3) and 365(f)(2) of the Bankruptcy Code.

AA.    To the extent the Acquired Assets do not constitute an executory contract or unexpired lease, (i) Debtors hold title to the USA Acquired Assets, subject to the Permitted Encumbrances and (ii) Debtors may sell the USA Acquired Assets to the USA Buyer free and clear of all liens, claims, interests and encumbrances because in each case one or more of the standards set forth in Bankruptcy Code section 363(f)(1)-(5) have been satisfied.

BB.    If the sale to the USA Buyer were not free and clear of all liens, claims, interests, and encumbrances or the USA Buyer would, or in the future could, be liable for any of such liens, claims, interests, or encumbrances, the USA Buyer would not have entered into the Asset Purchase Agreement and would not consummate the transactions contemplated thereby, thus adversely affecting Debtors, their estate, creditors, and all parties in interest.

CC.    The USA Buyer intends that the Acquired Leases shall be operated as Disney Stores.

Findings Related to the Designation Rights Agreement

DD.    The USA Buyer and Debtors negotiated and entered into the Designation Rights Agreement without collusion and in good faith.

EE.    Approval of the Designation Rights Agreement and the consummation of the sale of the Designation Rights to the USA Buyer at this time are in the best interests of Debtors, their estates, creditors, and other parties in interest in these chapter 11 cases.

FF.    The USA Buyer is not liable for any of Debtors' liabilities or claims (other than Cure Costs and Carrying Costs as described in the Designation Rights Agreement) or causes

of action as a successor to Debtors' assets or otherwise under the Designation Rights Agreement, except for the Year-End Lease Adjustments.

GG.    It is necessary, appropriate, and in the best interests of Debtors and their estate for subsequent assumption and assignment of any Remaining Lease to USA Buyer or USA Buyer's designees to be free and clear of any claims of defaults and for USA Buyer to be responsible for curing any and all monetary defaults for each Remaining Lease arising prior to the Petition Date and after the USA Closing Date and for thereafter paying obligations as they come due after such assignment, including any Year-End Adjustments, and which may exist at the time of the assignment to the extent such cure is required pursuant to Section 365 of the Bankruptcy Code.

HH.    USA Buyer or its designee is a good faith purchaser entitled to the protections of Section 363(m) of the Bankruptcy Code.

II.    It is in the best interests of Debtors that, in accordance with the provisions of Section 363 of the Bankruptcy Code, the Designation Rights and the Remaining Leases be transferred and assigned free and clear of all Liens, claims, mortgages and encumbrances (with same to attach to the proceeds of the sale, transfer and assignment) except for Permitted Exceptions and Year-End Adjustments.

JJ.    It is in the best interests of Debtors' estate to permit USA Buyer's designees to perform nonstructural alterations and remodeling to the extent necessary to operate their retail operations, subject to the Landlord's consent (which consent shall not be unreasonably withheld), to replace and modify existing signage, and to remove any Disney Licensed Materials notwithstanding any provision in any Lease, any USA Seller REA, or local law to the contrary.

11

KK.    Any extension or renewal option in a Remaining Lease which purports to be "personal" only to USA Seller or to be exercisable only by USA Seller is an unenforceable restriction on assignment and, in fact, may be freely exercised by USA Buyer or its designees to its full extent.

LL.    It is in the best interest of the Debtors' estate to release USA Buyer and its designees from successor liability including but not limited to liability to or for any of USA Seller's employees, third-party vendors, service contracts, or other non-leasehold obligations.

MM.    It is in the best interests of Debtors' estate, and necessary and appropriate, that, if no objection to the assumption and assignment of a Remaining Lease is timely made and filed with the Bankruptcy Court prior to the expiration of the applicable Objection Period, the Cure Amount listed in the Assumption Notice shall be the Cure Amount, and the assumption and assignment shall be deemed effective and binding upon the applicable Affected Parties as of the Property Assignment Date and shall require no further order of the Bankruptcy Court to take place.

NN.    It is in the best interests of Debtors' estate, and necessary and appropriate, that, if an objection to the assumption and assignment of a Remaining Lease is timely made and filed with the Bankruptcy Court prior to the expiration of the applicable Objection Period and such objection is a Cure Objection, then, at USA Buyer's sole option, (a) (i) the USA Buyer may notify USA Seller in writing that USA Buyer wishes to assign the Remaining Lease notwithstanding the Cure Objection (with it being deemed that any such objection regarding a "cure issue" will not affect the assumption and assignment); (ii) the assumption and assignment shall be deemed effective and binding upon the applicable Affected Parties; and (iii) the Cure Objection shall be preserved and determined by the Bankruptcy Court or (b) USA Buyer may, at

12

any time prior to the expiration of the Objection Period, withdraw the Assumption Notice by delivering written notice of such withdrawal to the USA Seller and the Affected Parties, and if USA Buyer elects to withdraw an Assumption Notice, the Remaining Lease identified therein shall not be assumed and assigned, and the USA Buyer shall retain the right to designate such Remaining Lease to any party or direct the USA Seller to reject such Remaining Lease in accordance with the terms of the Designation Rights Agreement.

OO.    The designation procedures set forth in Section 2.2 of the Designation Rights Agreement are necessary and appropriate, and should be in all respects approved with the following modification to Section 2.2.5 thereof:  Affected Parties shall have at least five (5) business days' notice of any hearing on an objection.

PP.    It is in the best interests of Debtors' estate, and necessary and appropriate, that any provisions contained in the Remaining Leases, Non-Disturbance Agreements or any Seller REAs which are, or would have the effect of being, (i) recapture provisions; (ii) provisions which impose a fee or a penalty upon assignment; (iii) provisions which seek to increase the rent or impose a penalty or to modify or terminate a Remaining Lease or a USA Seller REA upon assignment; and (iv) covenants that any user of a Property operate under the name "Disney Store" or sell only Disney Merchandise shall not restrict, limit, or prohibit the transfer and assumption and assignment of the Remaining Leases to USA Buyer or its designees and are deemed and are found to be unenforceable anti-assignment provisions within the meaning of Sections 365(f) or other applicable provisions of the Bankruptcy Code.  It is appropriate to reserve the issues as to whether "go dark" prohibitions, other "use" restrictions, remodeling or refurbishment restrictions or similar provisions contained in the Remaining Leases or Seller REAs constitute unenforceable anti-assignment provisions within the meaning of Sections 365(f)

13

or other applicable provisions of the Bankruptcy Code. Such issues can best be decided in the context of a specific proposal for designation of a particular lease to a particular assignee.

QQ.    In the event that the USA Buyer determines that it needs an extension of time under Section 365(d)(4) to determine whether any Remaining Lease(s) should be assumed and assigned or rejected, the Debtors shall file a motion seeking such an extension with regard to such Remaining Lease(s).

RR.    It is necessary, appropriate, and in the best interests of Debtors and their estates to permit the USA Buyer (or its designee), in the USA Seller's name and without the need for further order of, or application to, this Court, prosecute or oppose any motion relating to the assumption, assignment, or rejection of any Lease governed by this Agreement, and to prohibit Debtor from objecting or otherwise interfering in any such prosecution or opposition.

**ACCORDINGLY, THE COURT HEREBY ORDERS THAT:**

The Motion is Approved

1.    The Motion is approved as modified by, or as otherwise set forth in, this Order. In the event of any conflict between the terms of this Order and the Agreements, the terms of this Order shall control. Except as provided by this Order, all objections to the Motion are hereby overruled.

2.    The Asset Purchase Agreement in its entirety and all terms and conditions thereof are approved and binding upon the parties thereto, as modified by, or as otherwise set forth in, this Order.

3.    The Designation Rights Agreement in its entirety and all terms and conditions thereof are approved and binding upon the parties thereto, as modified by, or as otherwise set forth in, this Order.

14

4.    The Releases and all terms and conditions thereof are approved and binding on the parties thereto in accordance with their terms.

5.    All objections to the Motion or the relief requested therein that have not been withdrawn, waived, or settled, and all reservations of rights included therein, are overruled. Those parties who did not object, or who withdrew their objections, to the Motion are deemed to have consented pursuant to section 363(f)(2) of the Bankruptcy Code.

6.    To the fullest extent permitted by applicable law, if State of Fl. Dep't of Revenue v. Piccadilly Cafeterias Inc. (In re Piccadilly Cafeterias Inc.), 484 F.3d 1299 (11th Cir. 2007), cert. granted, 128 S. Ct. 741 (2007), overturns In re Hechinger Inv. Co., 335 F.3d 243 (3d Cir. 2003), by the time of Closing, pursuant to section 1146(a) of the Bankruptcy Code, the sale transactions and the assignment of the Leases and Remaining Leases pursuant to the Agreements shall be exempt from those taxes provided for under 11 U.S.C. § 1146(a); to wit, any stamp tax or similar tax.

7.    Debtors, USA Buyer, and any applicable designee shall use their commercially reasonable efforts to accomplish, and shall fully cooperate with each other in, the resolution of any objections to the proposed assumptions and assignments contemplated in the Agreements.

8.    No person shall take any action to prevent, interfere with or otherwise enjoin consummation of the transactions contemplated in accordance with the Asset Purchase Agreement, the Designation Rights Agreement, any agreement related to the Asset Purchase Agreement or the Designation Rights Agreement, or this Order. Nothing in this provision shall be interpreted to affect any right of appeal or reconsideration.

9.    Expedited discovery procedures relating to any objections to the proposed designations of assignments by USA Buyer to its designees are hereby authorized.

The Asset Purchase Agreement

10.    Debtors are authorized pursuant to sections 105(a), 363(b), and 365 of the Bankruptcy Code to perform all of their obligations pursuant to the Asset Purchase Agreement and to execute such other documents and take such other actions as are necessary to effectuate the transactions contemplated by the Asset Purchase Agreement.

11.    Debtors are authorized pursuant to section 365(a) of the Bankruptcy Code to assume the USA Acquired Stores and the USA Acquired Assets, and to assign such assets to the USA Buyer.

12.    Pursuant to sections 105(a), 363(f), and 365 of the Bankruptcy Code, upon the Closing, (a) on account of the transfer of the USA Acquired Stores and the USA Acquired Assets to the USA Buyer, the USA Buyer shall not be subjected to any Retained Liabilities, (b) the USA Acquired Stores and the USA Acquired Assets shall be transferred to the USA Buyer (in accordance with the terms of the Asset Purchase Agreement and this Order) free and clear of liens, claims, interests and encumbrances, and (c) with respect to the USA Acquired Stores and the USA Acquired Assets, except as expressly permitted by the Asset Purchase Agreement or this Order, all persons and entities shall be hereafter barred and permanently enjoined from asserting against the USA Buyer, its affiliates, successors or assigns, the Asset Purchase Agreement, or any other properties of the USA Buyer or its affiliates, successor, and assigns:

a.    all mortgages, security interests, conditional sale or other title retention agreements, pledges, liens, claims, liabilities, judgments, demands, encumbrances

16

(including any claims and encumbrances (x) that purport to give to any party a right or option to effect a forfeiture, modification or termination of Debtors' or the USA Buyer's interest in the USA Acquired Stores and the USA Acquired Assets or (y) in respect of taxes, easements, restrictions, rights of first refusal and charges and interests of any kind or nature (collectively, "Third Party Interests"); and

b.     other than the Assumed Liabilities, all debts arising under, relating to, or in connection with the USA Acquired Stores and the USA Acquired Assets, claims (as that term is defined in section 101(5) of the Bankruptcy Code), obligations, demands, guaranties, options, rights, contractual commitments, restrictions, interests and matters of any kind and nature, arising prior to the commencement of these cases, whether under any theories of successor or transferee liability and whether imposed by agreement, understanding, law, equity or otherwise (including any claims and encumbrances (x) that purport to give to any party a right or option to effect a forfeiture, modification, right of first refusal or termination of Debtors' or the USA Buyer's interests in the USA Acquired Stores and the USA Acquired Assets or (y) in respect of taxes (collectively, the "Claims"),

with all such Third Party Interests and Claims, including any liens asserted by (i) Debtors' prepetition or postpetition lender and (ii) any mechanics lien creditors, to attach to the proceeds of the sale in the order of their priority as determined under applicable bankruptcy, other federal, or state law, with the same validity, force and effect which they may have as of the USA Closing Date against the USA Acquired Stores and the USA Acquired Assets, subject to any defenses, counterclaims or claims for recoupment that the Debtors or any other applicable parties-in-

17

interest may possess with respect thereto.   Notwithstanding any other provisions herein but subject to the last sentence hereof, valid mechanics' lien claims asserted under assumed leases (as cure amounts or otherwise) shall be paid as follows:

    a.    the first $1,000,000 of such claims shall be paid by the Debtors' estates; and

    b.    the Debtors' estates and USA Buyer shall each pay half of all such claims in excess of $1,000,000.

All reimbursement or tenant credits or allowances that USA Buyer receives in respect of tenant installations or tenant improvements to the premises under the assumed leases, shall be disbursed by USA Buyer in cash as follows:

    i.    first, to reimburse the Debtors' estates for the fifty-percent that they have paid under subclause (b) above;

    ii.    second, to reimburse USA Buyer for the fifty-percent that it had paid under subclause (b) above;

    iii.    third, to reimburse the Debtors' estates for the $1,000,000 that they have paid under subclause (a) above; and

    iv.    fourth, to the USA Buyer.

All claims asserted by mechanics' lienors or landlords under the assumed leases may be disputed by the USA Buyer and/or the Debtors' estates in the Bankruptcy Court, the Bankruptcy Court specifically retains jurisdiction to hear all such disputes, and if the claims are disputed by either party they shall not be paid until allowed by a final order no longer subject to review.

        13.    Except as otherwise indicated herein, this Order (a) is and shall be effective as a determination that, upon the Closing, all Claims and Third Party Interests existing as to the USA Acquired Stores and USA Acquired Assets prior to the Closing have been

unconditionally released, discharged and terminated in each case as to the USA Acquired Stores and USA Acquired Assets, and (b) is and shall be binding upon and shall govern acts of all entities, including all filing agents, filing officers, title agents, title companies, recorders of mortgages, recorders of deeds, registrars of deeds, administrative agencies, governmental departments, secretaries of state, federal, state, and local officials, and all other persons and entities, who may be required by operation of law, the duties of their office, or contract, to accept, file, register or otherwise record or release any documents or instruments that reflect that the USA Buyer is the purchaser of the USA Acquired Stores and USA Acquired Assets and the assignee of the USA Acquired Stores and USA Acquired Assets free and clear of liens, Claims and Third Party Interests except as otherwise provided in this Order, in the terms of the Acquired Leases and Contracts or in connection with any disputes relating to the amount or validity of any Third Party Claims.

14.    The releases contained in the Asset Purchase Agreement are approved in all respects pursuant to Federal Rule of Bankruptcy Procedure 9019; provided, however, that the foregoing shall not operate to release any obligations of USA Buyer or the Debtors under the terms of the Asset Purchase Agreement, the Designation Rights Agreement, the Transition Services Agreement, the Escrow Agreement, or any agreement supplemental thereto.

15.    The sale of the USA Acquired Stores and the USA Acquired Assets pursuant to the Asset Purchase Agreement qualifies as a "good faith" sale within the meaning of section 363(m) of the Bankruptcy Code, and the USA Buyer is a "good faith" purchaser for the purposes of such section.

16.    Effective upon the Closing Date, the USA Buyer will assume and pay, perform and fully discharge and fully satisfy when due only the Assumed Liabilities, as defined and described in the Asset Purchase Agreement, including the Year-End Adjustments.

17.    USA Buyer shall be responsible for curing any and all monetary defaults for each Acquired Lease arising prior to the Petition Date and after the USA Closing Date, and which may exist at the time of the assignment to the extent such cure is required pursuant to Section 365 of the Bankruptcy Code. To the extent that defaults to be cured relating to an Acquired Lease are disputed, such dispute shall be resolved and such disputed defaults to be cured may be finally determined to be due and owing (the "Final Cure Amount") either pursuant to (a) an agreement on the defaults to be cured between the USA Buyer and the landlord to the Acquired Lease, for which no further Order of the Court is required or (b) a final order of the Bankruptcy Court determining the defaults to be cured. On or before April 29, 2008, any party disputing the Debtors' proposed defaults to be cured relating to an Acquired Lease shall serve on the Debtors and the USA Buyer any and all additional information such party intends to present in support of its cure claim. The Debtors and the USA Buyer shall work in good faith with such parties to resolve any disputed defaults to be cured. The Debtors shall file a schedule of disputed defaults to be cured (the "Schedule of Disputed Cure Amounts"), itemizing any disputed defaults to be cured, on or before May 23, 2008. The Court shall conduct a hearing (the "Cure Hearing") to determine any Final Cure Amounts requiring further order of the Court at 10:00 a.m. on May 30, 2008. Additionally, with respect to any lease that was designated as a Remaining Lease but prior to the Closing Date is converted to an Acquired Lease, the following procedure shall apply to determine Final Cure Amounts: (i) the USA Buyer shall provide notice (the "Conversion Notice") of such conversion to the landlord on or before the Closing Date; (ii) the Debtors shall

20

provide to such landlord a schedule of proposed defaults to be cured on or before May 6, 2008; (iii) the landlord to such converted lease shall file any objection or response to such proposed defaults to be cured (including all information the landlord intends to present in support of its cure amount) on or before May 13, 2008; and (iv) any disputes over the defaults to be cured on such converted leases shall be included in the Schedule of Disputed Cure Amounts and, if necessary, shall be scheduled for hearing at the Cure Hearing. The parties may agree to continue the Cure Hearing.

18.    Debtors and the USA Buyer have demonstrated adequate assurance of future performance by the USA Buyer under the leases governing the USA Acquired Stores and the USA Acquired Agreements in accordance with sections 365(b)(3)(d) and 365(f)(2)(b) of the Bankruptcy Code.

19.    Notwithstanding any provision in the USA Acquired Stores and USA Acquired Assets (including those described in sections 365(b)(2) and (f) of the Bankruptcy Code) that purport to prohibit, restrict, or condition such assignment or transfers and, pursuant to section 365(k) of the Bankruptcy Code, the Debtors shall be relieved from any further obligation or liability for any breach of the USA Acquired Stores and USA Acquired Assets occurring after such assumption and assignment.

20.    Pursuant to an agreement between the parties to the APA and the Official Committee of Unsecured Creditors, the APA is modified as follows: (a) section 2.1.12 and 2.3 are clarified to provide that 2.1.12 shall exclude any claims under the avoidance powers set forth in sections 544 through 552 of the Bankruptcy Code ("Other Avoidance Actions"), other than any such claims against any Affiliate of Buyer, TSDF or DEI ("Disney Avoidance Actions") but, instead, the Other Avoidance Actions shall be Retained Assets under section 2.3; and (b) section

21

6.5.5 is modified so that the claims preserved under that section shall be allowed in the aggregate amount of exactly Twelve Million Dollars ($12,000,000). Buyer has agreed that all reclamation/priority claims of Buyer, TDSF, DEI or their respective Affiliates, including claims under sections 503(b)(9) and 546 of the Bankruptcy Code shall not be preserved and are waived and released. Debtors have agreed that any and all Disney Avoidance Actions shall be waived and released.

The Designation Rights Agreement

      21.    Debtors are authorized pursuant to sections 105(a), 363(b), and 365 of the Bankruptcy Code to perform all of their obligations pursuant to the Designation Rights Agreement and to execute such other documents and take such other actions as are necessary to effectuate the transactions contemplated by the Designation Rights Agreement.

      22.    The subsequent assumption and assignment of any Remaining Lease to USA Buyer, or USA Buyer's designees, shall be free and clear of any claims of defaults, except that it shall be subject to the Year-End Adjustments.

      23.    USA Buyer shall be responsible for curing any and all monetary defaults for each Remaining Lease arising prior to the Petition Date and after the USA Closing Date, and which may exist at the time of the assignment to the extent such cure is required pursuant to Section 365 of the Bankruptcy Code.

      24.    USA Buyer and its designee is a good faith purchaser entitled to the protections of section 363(m) of the Bankruptcy Code.

      25.    In accordance with the provisions of section 363 of the Bankruptcy Code, the Designation Rights and the Remaining Leases shall be transferred and assigned free and clear of all Liens, claims, mortgages, and encumbrances (with same to attach to the proceeds of the sale, transfer and assignment) except for Permitted Exceptions and the Year-End Adjustments.

26.    USA Buyer and USA Buyer's designees shall be permitted to perform nonstructural alterations and remodeling to the extent necessary to operate their retail operations, subject to the landlord's consent (which consent shall not be unreasonably withheld), and, in the case of an assignment to a designee other than the USA Buyer, to replace and modify existing signage to eliminate any and all references to The Disney Stores notwithstanding any provision in any Lease, any USA Seller REA, or local law to the contrary.

27.    Any extension or renewal option in a Remaining Lease which purports to be "personal" only to Debtors or to be exercisable only by Debtors is an unenforceable restriction on assignment and, in fact, may be freely exercised by USA Buyer or its designees to its full extent, provided that nothing herein shall be deemed to create a right to a subsequent sublease in violation of the Remaining Lease.

28.    USA Buyer is not assuming any liabilities whatsoever except as expressly provided in the APA, and the sale is intended to be and hereby is free and clear of all claims subject to discharge (whether actually discharged or not in this case), whether such claims are later attempted to be asserted under theories of contract, tort, successor liability, or otherwise.

29.    If no objection to the assumption and assignment of a Remaining Lease is timely made and filed with the Bankruptcy Court prior to the expiration of the applicable Objection Period, the Cure Amount listed in the Assumption Notice shall be the Cure Amount, and the assumption and assignment shall be deemed effective and binding upon the applicable Affected Parties as of the Property Assignment Date and shall require no further order of the Bankruptcy Court to take place.

30.    If an objection to the assumption and assignment of a Remaining Lease is timely made and filed with the Bankruptcy Court prior to the expiration of the applicable

23

Objection Period and such objection is a Cure Objection, then, at USA Buyer's sole option, (a)(i) the USA Buyer may notify USA Seller in writing that USA Buyer wishes to assign the Remaining Lease notwithstanding the Cure Objection (with it being deemed that any such objection regarding a "cure issue" will not affect the assumption and assignment); (ii) the assumption and assignment shall be deemed effective and binding upon the applicable Affected Parties; and (iii) the Cure Objection shall be preserved and determined by the Bankruptcy Court or (b) USA Buyer may, at any time prior to the expiration of the Objection Period, withdraw the Assumption Notice by delivering written notice of such withdrawal to the USA Seller and the Affected Parties. If USA Buyer elects to withdraw an Assumption Notice, the Remaining Lease identified therein shall not be assumed and assigned, and the USA Buyer shall retain the right to designate such Remaining Lease to any party or direct the USA Seller to reject such Remaining Lease in accordance with the terms of the Designation Rights Agreement.

31.    Section 2.2.5 of the Designation Rights Agreement is hereby modified as follows: Affected Parties shall have at least five (5) business days' notice of any hearing on an objection. With this modification, the designation procedures in section 2.2 of the Designation Rights Agreement are approved in all respects.

32.    The Remaining Lease Procedures in paragraphs 38-43 of the Motion are approved in all respects with the following modification thereto: Any notice to be provided to landlords pursuant to the Remaining Lease Procedures, including Assumption Notices and/or Rejection Notices, will be served upon counsel to the applicable landlord, if known, via email or facsimile. Further, in addition to the Rejection Notice, Debtors shall serve a notice of abandonment ("Abandonment Notice") on any known third parties (other than the Landlord), if any, having leasehold interests or recorded liens with respect to any personal property

24

("Abandoned Property") located at such Remaining Store. The Abandonment Notice shall identify the Remaining Lease and will establish an effective date for abandonment of the Abandoned Property at least ten (10) days after service of the Abandonment Notice, but in no event later than the proposed rejection date for the Remaining Lease. At the conclusion of such notice period, absent entry of a court order authorizing other disposition of the Abandoned Property, it shall be deemed abandoned to the landlord for such Remaining Store free and clear of the claims or liens of any third party.

33.    Any provisions contained in the Remaining Leases, Non-Disturbance Agreements or any Seller REAs which are, or would have the effect of being, (i) recapture provisions; (ii) provisions which impose a fee or a penalty upon assignment; (iii) provisions which seek to increase the rent or impose a penalty or to modify or terminate a Remaining Lease or a USA Seller REA upon assignment; and (iv) covenants that any user of a Property operate under the name "Disney Store" or sell only Disney Merchandise shall not restrict, limit, or prohibit the transfer and assumption and assignment of the Remaining Leases to USA Buyer or its designees and are deemed and are found to be unenforceable anti-assignment provisions within the meaning of Sections 365(f) or other applicable provisions of the Bankruptcy Code. Issues as to whether "go dark" prohibitions, other "use" restrictions, remodeling or refurbishment restrictions or similar provisions contained in the Leases or Seller REAs constitute unenforceable anti-assignment provisions within the meaning of Sections 365(f) or other applicable provisions of the Bankruptcy Code are hereby reserved.

34.    The Designation Period shall terminate no later than 30 days following confirmation of a plan of reorganization in the Bankruptcy Case, but in no event later than 210 days after the Petition Date.

25

35.    USA Buyer (or its designee) may, in the USA Seller's name and without the need for further order of, or application to, the Bankruptcy Court, prosecute or oppose any motion relating to the assumption, assignment, or rejection of any Remaining Lease governed by the Designation Rights Agreement, and USA Seller shall not object or otherwise interfere with any such prosecution or opposition, subject to its fiduciary duties.

Further Decrees

36.    The Asset Purchase Agreement and any related agreements, documents or other instruments may be modified, amended or supplemented by the parties thereto in accordance with the terms thereof without further order of the Court, provided that such modification, amendment or supplement does not materially adversely effect the estate, its creditors, or landlords.

37.    Notwithstanding anything to the contrary contained herein or in the Motion or the Asset Purchase Agreement, this Order shall not be construed to constitute approval of or otherwise to effect or otherwise affect any transfer of the Headquarters Lease by TCP Services Co. to USA Buyer or any other Person. This Order is without prejudice to the rights and obligations of the parties thereto, which shall not be affected by this Order.

38.    The Conversion Procedures in paragraph 37 of the Motion are approved in all respects.

39.    In connection with any sale, assignment, or rejection pursuant to the Asset Purchase Agreement or the Designation Rights Agreement, the Debtors are authorized to abandon any property of no net value to the estate without further application to or order from this Court and the Court hereby waives any further compliance with Bankruptcy Rule 6007, provided that notice of the abandonment shall be given to the landlord of any affected Store and, upon abandonment, the landlord of the Store may dispose of such abandoned property without

26

any liability to the Debtors or any third party. Additionally, upon rejection of a Lease, the applicable landlord (or landlord's counsel, if known) shall receive notice of rejection via email or facsimile no later than one business day following the surrender of the property, the effective date of rejection shall be the date of surrender of the property, and the USA Buyer shall surrender the property to the landlord in broom clean condition.

40.    The failure to specifically include any particular provision of the Asset Purchase Agreement or the Designation Rights Agreement in this Order shall not diminish or impair the effectiveness of such provisions, it being the intent of the Court that Debtors' implementation of the transactions contemplated in the Asset Purchase Agreement and the Designation Rights Agreement be approved in their entirety.

41.    In the absence of a stay pending appeal, in the event that the USA Buyer and the Debtors elect to consummate the transactions contemplated by the Asset Purchase Agreement or the Designation Rights Agreement, at any time after the entry of this Order, then with respect to the transactions approved and authorized herein, the USA Buyer, as a purchaser in good faith within the meaning of section 363(m) of the Bankruptcy Code, shall be entitled to the protections of 363(m) of the Bankruptcy Code in the event this Order or any authorization contained herein is reversed or modified on appeal.

42.    Each and every federal, state, and local agency or department is hereby directed to accept any and all documents and instruments necessary and appropriate to consummate the transactions contemplated by the Asset Purchase Agreement and the Designation Rights Agreement.

43.    The Court shall retain exclusive jurisdiction (i) to enforce and implement the terms and provisions of the Agreements, all amendments thereto, any waivers and consents

thereunder, and each of the agreements, documents, and instruments executed therewith; (ii) to compel delivery of any amounts to Debtor in accordance with the terms and conditions of the Agreements; and (iii) to resolve any disputes, controversies or claims arising out of or relating to the Agreements, the assumption and assignment of the USA Acquired Stores and USA Acquired Assets, or the Designation Rights Agreement, including any dispute with any party over the validity or amount of any cure claim.

44.    The Court shall retain exclusive jurisdiction over any and all disputes arising under or otherwise relating to the construction, performance, and enforcement of the terms and conditions of the Agreements and each of the agreements, documents, and instruments executed in connection therewith.

45.    The License Agreement shall terminate for all purposes as of the Closing Date, and as of such date, neither Debtor nor any of its respective Affiliates shall have any obligation under the License Agreement or any further right or license to use the Licensed Materials (as defined in the License Agreement), to sell Disney Merchandise, to operate any Facilities (as defined in the License Agreement) or to exercise, use or enjoy any of the other rights or licenses granted by TDSF under the License Agreement.

46.    The terms of this Order and the Agreements shall be binding on and inure to the benefit of the Debtors, the USA Buyer, and Debtors' creditors and all other parties-in-interest, and any affiliates, successors or assigns thereof, including any trustee or examiner appointed in these cases or any subsequent or converted cases of the Debtors under chapter 7 or chapter 11 of the Bankruptcy Code.

47.    Notwithstanding anything to the contrary in this Order or the APA, to the extent any of the USA Acquired Assets consist of an interest in a consumer credit transaction

28

subject to the Truth in Lending Act or an interest in a consumer credit contract (as defined in section 433.1 of title 16 of the Code of Federal Regulations), the USA Buyer shall remain subject to the same claims and defenses that are related to such consumer credit transaction or such consumer credit contract to the same extent as the USA Buyer would be subject to such claims and defenses of the consumer if the sale had such interest not been purchased pursuant to section 363, as provided for in section 363(o) of the Bankruptcy Code.

48.     Notwithstanding any exhibits to the APA, there are no executory contracts as between the Debtors and Harte-Hanks and as such, the Debtors are not seeking to assume or assign any agreements to which Harte-Hanks is a party. The foregoing shall not prejudice Harte-Hanks' right to assert whatever claims that it may have against the Debtors.

49.     Certain parties have objected to the sale based on asserted claims for reclamation pursuant to section 2-702 of the Uniform Commercial Code and section 546(c) of the Bankruptcy Code (the "Reclamation Claims"). Neither this Order nor the sale shall affect any Reclamation Claims other than to preclude such claims from being asserted against the USA Buyer, and nothing herein shall be deemed to extinguish or otherwise affect the rights or interests asserted by, or held by any reclamation claimants. All rights of all parties are hereby reserved regarding the existence, extent, validity and priority of any Reclamation Claims.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

RLF1-3267105-14

50.    As permitted by Bankruptcy Rule 6004, this Order shall not be stayed for 10 days after its entry but shall be effective immediately upon entry, and Debtors and USA Buyer are authorized to close the Asset Purchase Agreement and the Designation Rights Agreement upon entry of this Order. Any party objecting to this Order must exercise due diligence in filing an appeal and pursuing a stay, or risk its appeal being foreclosed as moot in law and/or equity.

Dated: April 23, 2008
     Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

RLF1-3267105-14

# <u>EXHIBIT C</u>

B 6F (Official Form 6F) (12/07)

In re HOOP RETAIL STORES, LLC,                                    Case No.  08-10545 - BLS
_____
           Debtor                                                    (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐      Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Disney Non-Merchandise Payable | | | | | | | $2,054,627 |
| Accrued Workers Compensation and General Liability Claims | | | | | | | $2,305,475 |
| Customer Right of Return Reserve & Other | | | | | | | $1,785,023 |
| Ceridian – Accrued Payroll Taxes | | | | | | | $500,000 |
| Accrued Medical Claims | | | | | | | $889,065 |
| Accrued Facility Expense | | | | | | | $8,347,046 |
| Accrued Corporate Expenses | | | | | | | $4,576,501 |
| TCP Intercompany | | | | | | | $81,497,826 |

RLF1-3234424-1

B 6F (Official Form 6F) (12/07) – Cont

| All Other – See Schedule F-1 | | | | | | | $59,030,989.81 |
|---|---|---|---|---|---|---|---|

_____ continuation sheets attached                                    Subtotal ▶

| | $160,986,553 |
|---|---|

Total ▶

| | $160,986,553 |
|---|---|

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data..)

Hoop Retail Stores, LLC
Exhibit F-1
Unsecured Non-Priority Claims
Case No. 08-10545 - BLS

| Name | Address 1 | Address 2 | Address 3 | City | State/Province | Postal Code | Country | Scheduled Amount |
|---|---|---|---|---|---|---|---|---|
| 10500 SHOPS AT SUNSET LLC | SHOPS AT SUNSET PLACE | PO BOX 281732 | | ATLANTA | GA | 30384-1732 | | 25,000.29 |
| 6048 COTTONWOOD MALL SPG LP | | 7966 RELIABLE PKWY | | CHICAGO | IL | 60658-0076 | | 18,186.76 |
| 6054 CHICAGO CENTER MALL LLC | | 6664 RELIABLE PKWY | | CHICAGO | IL | 60669-0008 | | 29,000.00 |
| 1 WEST MOUNTAIN STREET | BUILDING PARTNERS LP | 1786 LOCUST STREET #7 | | PASADENA | CA | 91101 | | 19,213.20 |
| 2324 LAKELINE DEVELOPERS | 7895 RELIABLE PARKWAY | | | CHICAGO | IL | 600684-0078 | | 19,703.65 |
| 2910 NEWPORT CENTRE LLC | | 7545 RELIABLE PKWY | SUITE 200 | CHICAGO | IL | 60686-0075 | | 32,668.30 |
| 4492 EDISON MALL BUSINESS TRUS | | 7490 RELIABLE PKWY | | CHICAGO | IL | 60686-0078 | | 16,530.76 |
| 4862 LAGUNA HILLS ASSOC | | PO BOX 2004 | | CHICAGO | IN | 46255-0001 | | 23,406.05 |
| 4870 ORLAND SQUARE LP | 3330 PAYSPHERE CIRCLE | | | CHICAGO | IL | 60074 | | 34,303.68 |
| 4874 SOUTH HILLS VILLAGE ASSOC LP | | PO BOX 2004 | | INDIANAPOLIS | IN | 46206-2004 | | 406.57 |
| 4886 NEWPARK TOWNSQUARE LP | | NEWPARK POST OFFICE | | NEWARK | NJ | 07101-5456 | | 28,593.91 |
| 4886 RETAIL PROPERTY TRUST | | ROOSEVELT FIELD MALL | NEWARK POST OFFICE BOX 35467 | NEWARK | NJ | 17198-5467 | | 60,039.44 |
| 4887 EM SANTA ROSA LP | SANTA ROSA PLAZA | PO BOX 51129 | | LOS ANGELES | CA | 90051-5429 | | 17,671.51 |
| 4892 MALL OF GEORGIA | MALL OF GEORGIA | PO BOX 642741 | | PITTSBURGH | PA | 15264-2741 | | 14,609.80 |
| 5924 MALL AT MONTGOMERY LP | | 7590 RELIABLE PKWY | | PHILADELPHIA | PA | 19182-0413 | | 28,775.96 |
| 7769 LAWRENCE ASSOCIATES | | 7590 RELIABLE PKWY | | PHILADELPHIA | PA | 19182-8443 | | 10,917.44 |
| 7770 MALL AT MONTGOMERYVILLE LP | | PO BOX 823425 | | PHILADELPHIA | PA | 19182-3425 | | 10,841.63 |
| 8341 CHRISTIANA MALL LLC | INC | PO BOX 823315 | | CHICAGO | IL | 15264-3315 | | 11,999.41 |
| 8644 FLORIDA MALL ASSOC LP | | PO BOX 406590 | | ATLANTA | GA | 30384-6590 | | 37,303.81 |
| 8270 NORTH PARK ASSOCIATES LP | VIRGINIA CENTER COMMONS | | | INDIANAPOLIS | IN | 46255-0064 | | 19,653.88 |
| 9633 CAPITAL LP | SPRUCE LANE #49 | | | CHICAGO | IL | 60686-0011 | | 14,321.67 |
| 9710 UNIVERSITY PARK ASSOCIATE | | 7586 RELIABLE PKWY | | CHICAGO | IL | 60686-0075 | | 15,744.26 |
| 9900 WEST TOWN MALL | JOINT VENTURE | 7590 RELIABLE PKWY | | CHICAGO | IL | 60686-0075 | | 16,164.88 |
| A&A EXPANDED SYSTEMS LLC | | 7590 RELIABLE PKWY | | CHICAGO | IL | 60686-0075 | | 20,833.46 |
| A&M WARSHAW PLUMBING & HEATING | INC | 340 BROADWAY, 4TH FLOOR | | NEW YORK | NY | 10012 | | 747.79 |
| AARONS LOCK SERVICE | | | | MAMTEON | AL | 36542 | | 265.00 |
| ACCREDITY FIRE PROTECTION | | | | GRANBURY | TX | 13370 | | 32,866.44 |
| ACCESSIBILITY INSPECTIONS OF | TEXAS | 5001 FALL CREEK HWY | | GRANBURY | TX | 76049 | | 425.00 |
| ACCO ENGINEERED SYSTEMS | | WING ON CENTER | | GLENDALE | CA | 91201 | | 75,996.30 |
| ACGI LP ASTRONIC | 6205 SAN FERNANDO ROAD | P.O. BOX 806 | 111 CONNAUGHT ROAD | HONG KONG | | | HONG KONG | 780,000.00 |
| ADAM H HELM | ROOM 1215, 12TH FLOOR | | | WEST PATERSON | NJ | 07424 | | 8,086.15 |
| ADDY CASSINO INS INC | 8228 BROWERTOWN ROAD | | | LOS ANGELES | CA | 90066 | | 150.00 |
| ADT SECURITY SERVICES | 11919 CULVER BLVD, #208 | | | LOS ANGELES | CA | | | 24.75 |
| ADT SECURITY SYSTEMS INC | P.O. BOX 371956 | | | INDIANAPOLIS | IN | 46256 | | 82,955.74 |
| AGILITY LOGISTICS | SENSORMATIC ELECTRONICS | 10435 CROSSPOINT BLVD | | PITTSBURGH | PA | 15250-7994 | | 2,822.25 |
| AGRICULTURAL COMMISSIONER/SEA | PO BOX 371954 | 665 EDIFICIO | | SOUTH GATE | CA | 90280 | | 63,660.00 |
| ALAMEDA POWER COMPANY | AVENIDA CARR PINA GRANDE | COUNTY OF LOS ANGELES | GREAT WALL 16 - ANDHR - B | SANTA ANA | CA | 92705 | MACAU | 480.00 |
| ALAMEDA MALL ASSOCIATES | WEIGHTS & MEASURES | SUITE 200 | | SANTA ANA | CA | | TAIWAN | 37,649.21 |
| ALDERWOOD MALL LLC | 1091 EAST DYER ROAD | | | | | | | 24,143.18 |
| ALEGITA REAL ESTATE USA LLC | NEWPARK MALL | PO BOX 95595 | | CHICAGO | IL | 60694-5595 | | 16,004.37 |
| ALERT HELITICAL DISPOSAL | 150 ST JOSEPH ST | | | MOBILE | AL | 36602 | | 1,260.00 |
| ALL PRO DOOR MAINTENANCE | 4155 SANTA NICOLAS STREET | | | MORENO VALLEY | CO | 92551 | | 195.00 |
| ALLIED BARTON SECURITY SERVICE | 110 NO WACKER DRIVE | | | CHICAGO | IL | 60688-5511 | | 16,290.91 |
| ALLUZING PEST CONTROL | 236 PINE STREET SUITE 1200 | SUITE 200 | | SAN FRANCISCO | CA | 94104-2783 | | 141,835.75 |
| AMERICAN INDUSTRIAL SUPPLY | ALERT METAL DISPOSAL | | | SAN FRANCISCO | CA | | | 30,675.75 |
| AMERICAN PRESIDENT LINES LTD | 8920 TOPPINGA CANYON PLACE | 40 | | CHATSWORTH | CA | 91311 | | 28.93 |
| AMERICAN PROTECTION INC | 3508 HORIZON DRIVE | | | KING OF PRUSSIA | PA | 19406 | | 51,720.00 |
| AMPCO SYSTEM PARKING | 5840 MARTIN BLUFF RD | | | GAUTIER | MS | 11030 | | 13,922.75 |
| ANCHESS CORPORATION | DRAKE BUILDING P4 CO CO INC | PO BOX 365001 | | FORT LAUDERDALE | FL | 33336-0001 | | 440.00 |
| ANDRESS WAREHO | 8714 DARBY AVE | | | NORTHRIDGE | CA | 91325 | | -5,859.00 |
| ANITA ASSOCIATES | SANTA ANITA | FILE 55200 | | LOS ANGELES | CA | 90074-0000 | | 878,000.00 |
| ANNA POND | 3711 AVE H | | | REDONDO BEACH | CA | 90407 | | 8,482.25 |
| ANN TAYLOR LTD | 4834 OAK LITTLE ROAD | | | CLINTON | NJ | 07011 | | 4,640.00 |
| APIEG MILLWORK | 791 PAULISON AVENUE | | | DUARTE | CA | 91010 | | 32,368.85 |
| APPLE GRAPHICS INC | 1688 EVERGREEN STREET | | | SIMI VALLEY | CA | | | 78,161.46 |
| ARAKELIAN ENTERPRISE INC DBA | 712 ICC Ave Ave | | | CITY OF INDUSTRY | CA | 91716-0008 | | 19,888.27 |
| ARAPAHOE COUNTY TREASURER | ATHENS DISPOSAL | PO BOX 60009 | | LITTLETON | CO | 80160 | | 3,031.00 |
| ANISOPTURE LLC | PO BOX 74083 | | | CLEVELAND | OH | 44194-0883 | | 14,643.31 |

Hooy Retail Stores, LLC
Exhibit F-1
Unsecured Non-Priority Claims
Case No. 08-10545 - BLS

| Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip/Account | Country | Amount |
|---|---|---|---|---|---|---|---|---|
| ARCHITECTURAL DESIGN GUILD | CORP | 2770 SUTTON BLVD | | ST LOUIS | MO | 63143 | | 8,104.46 |
| ARDEN FAIR ASSOCIATES | MACERICH MGMT CO AS AGENT | DEPT 2585-7000 | | LOS ANGELES | CA | 90084-2585 | | 649.73 |
| AREA REPROGRAPHICS | 1149 SAN RAFAEL AVE #8 | | | GLENDALE | CA | 91202 | | 5,500.00 |
| ARIZONA DEPT OF REVENUE | PO BOX | | | PHOENIX | AZ | 009-0078 | | 50.00 |
| ARIZONA MILLS LLC | PO BOX 860298 | | | ATLANTA | GA | 50008 | | 17,757.58 |
| ARIZONA MILLS SHOPPING MALL | 5000 ARIZONA MILLS CIRCLE | | | PHOENIX | AZ | | | 537.10 |
| ARMANCO BARREN JR RTA | | HIDALGO COUNTY TEXAS | | | | 780400176 | | 8,435.51 |
| ARTAPOWER INTERNATIONAL GROUP | 78F 121-136 TEXAS DR RD | | | TSUEN WAN | | | HONG KONG | 19,898.00 |
| ARTA INTERNATIONAL LTD | 780 PRO-65 HK DRIVE BLDG | | | CENTRAL HONG KONG | | | HONG KONG | 49,983.71 |
| ARTISAN CREATIVE | 340 QUEENS ROAD | SUITE 320 | | LOS ANGELES | CA | 90025 | | 4,780.00 |
| ARUNDEL MILLS LP | PO BOX 406180 | | | ATLANTA | GA | 90084-8130 | | 16,322.00 |
| Arvest Bank | 5001 Covrex Rd | | | Benson | MO | 55016 | | 100.00 |
| ASSOCIATED TRADERS - CN | ROOM 901 OF EAST OCEAN CENTRE | 98 GRANVILLE ROAD | | HONG KONG | | | HONG KONG | 161,977.42 |
| ASSOCIATED TRADERS - WH | ROOM 901 OF EAST OCEAN CENTRE | 98 GRANVILLE ROAD | | HONG KONG | | | HONG KONG | 3,295.00 |
| AT SYSTEMS WEST INC | PO BOX 49218 | | | LOS ANGELES | CA | 90018-5060 | | -3,148.00 |
| AT&T | PO BOX 78425 | | | PHOENIX | AZ | 85062-8425 | | -48.00 |
| AT&T | PO BOX 800170 | | | DALLAS | TX | 75380-0170 | | -17.18 |
| AT&T | BILL PAYMENT CENTER | | | SAGINAW | MI | 48663-0003 | | -38.05 |
| AT&T | BILL PAYMENT CENTER | | | SAGINAW | MI | 48663-0003 | | -61.27 |
| AT&T | PO BOX 800170 | | | DALLAS | TX | 75380-0170 | | -222.31 |
| AT&T | PO BOX 8100 | | | AURORA | IL | 60507-8100 | | -499.65 |
| AT&T | PO BOX 8100 | | | AURORA | IL | 60507-8100 | | -269.98 |
| AT&T | PO BOX 8100 | | | AURORA | IL | 60507-8100 | | -499.65 |
| AT&T | PO BOX 8100 | | | AURORA | IL | 60507-8100 | | -59.57 |
| AT&T | PO BOX 650047 | | | DALLAS | TX | 75265-0047 | | -29.16 |
| AT&T | PO BOX 8100 | | | MECHANICSBURG | PA | 17050-8100 | | -111.22 |
| AT&T | PO BOX 650661 | | | DALLAS | TX | 75265-0661 | | -31.16 |
| AT&T | PO BOX 8100 | | | AURORA | IL | 60507-8100 | | -48.50 |
| AT&T | PAYMENT CENTER | | | AURORA | IL | 60507-8100 | | -180.59 |
| AT&T | PO BOX 78225 | | | PHOENIX | AZ | 85062-8225 | | 84.10 |
| AT&T | PO BOX 78225 | | | PHOENIX | AZ | 85062-8225 | | 60.09 |
| AT&T | NUMBER TWO (S-1) LLC | 601 E PRATT ST 8TH FLOOR | | AURORA | IL | 60507-8100 | | 14,876.70 |
| ATLANTIC CITY ASSOCIATES | #E-9-1 | 601 E PRATT ST 8TH FL | | BALTIMORE | MD | 21202 | | 21,800.00 |
| ATLANTIC CITY ASSOCIATES | INC | 1915 ROBIN CIRCLE | | BALTIMORE | MD | 21202 | | 848.00 |
| ATLANTIC FIXTURE INSTALLATIONS | PAYMENT CENTER | | | FOREST HILL | MD | 21050 | | 124,834.00 |
| ATLANTIC BOARD DRIVE AWAY INC | PAYMENT CENTER | | SUITE H | PICO RIVERA | CA | 90660 | | 61,820.00 |
| ATT | PAYMENT CENTER | | | SACRAMENTO | CA | 95887-0001 | | -306.00 |
| AVENTURA MALL VENTURA | C/O MIDLAND LOAN SERVICE INC | PO BOX 068-451 | | SACRAMENTO | CA | 95887-0001 | | 27,056.65 |
| AZZO INTERNATIONAL INC | 8400 TRIANGLE FARMS DRIVE | SUITE 120 | | CHARLOTTE | NC | 28285-0451 | | 30,782.21 |
| BABSON & BRIGHER INC EAST | 1981 WEST 900 NORTH | | | ROSHION | VA | 35080 | | 8,283.00 |
| BAILEY BUILDERS INC | ROOM 2902, 29 FLOOR | UNITED CENTRE | | LEHI | UT | 84043 | | 42,709.35 |
| BANON CREATION STUDIO | 2700 TORSHIRE ROAD | 95 OLEARSWAY | | PASADENA | CA | 91107 | | 1,200.00 |
| BANON & BROWN INC EAST | 60 BERRY DR | | | PACHECO | CA | 94553 | | 1,044.03 |
| BAY ALARM COMPANY | | | | BALTIMORE | MD | 212564-4181 | | 27,320.33 |
| BAYSIDE CENTER LP | PO BOX 105820 | | | CHICAGO | GA | 30348 | | 19,074.42 |
| BAYSIDE MARKETPLACE | C/O COUNTRYSIDE MALL | ATTN: REGIONAL SUMMARY BILL | | PHILADELPHIA | PA | 60674-7000 | | 10,773.26 |
| BELLWETHER PROPERTIES OF FL | ROOM 866, NO 3, LANE 881 | 1030 LA SALLE ST DEPT 4279 | | CLEVELAND | OH | 19175-0159 | | 326,872.75 |
| BERKSHIRE MALL LLC | BEST SECURITY INDUSTRIES | PO BOX 7777 | | CHICAGO | | 33446 | | 8,049.84 |
| BESLEY INTERNATIONAL (HK) LTD | 491 SAGE PEAK RD | ZHONGSHAN ROAD NORTH | | DELRAY BEACH | FL | 92069 | | 2,461.71 |
| BEST SECURITY INDUSTRIES MANUFAC | 491 SAGE PEAK RD | 755 NW 17TH AVE SUITE 101 | | PASCOAG | RI | 10001 | CHINA | 1,163.71 |
| BEST SECURITY ADQUISITION LLC | 24 WEST 30TH STREET | | | NEW YORK | NY | 04008 | | 181,654.74 |
| BEVERLY BLOOD | 5615 DOYLE STREET SUITE 20 | SUITE 120 | | EMERYVILLE | CA | 92123 | | 5,560.00 |
| BIG RONG | 5265 SKY PARK COURT | | | SAN DIEGO | CA | 92104 | | 1,000.00 |
| BIG SKY TECHNOLOGIES INC | 1384 SKY PARK DRIVE | | | SAN DIEGO | CA | 95800 | | 196,964.90 |
| BIRACKAYS STUDIO INC | 15601 HARRIS COURT | TANJONG AGAS INDUSTRIAL AREA | JOHORE | MUAR | | 84000 | MALAYSIA | 798.10 |
| BLOCK TOPS INC | LOT 4549 JALAN NESANG | | | SACRAMENTO | CA | 84073-2007 | | 15,972.63 |
| BOTSFORD INDUSTRIES - MY | PO BOX 34879 | | | SAN MATEO | CA | 04879 | | 10,007.49 |
| BOHANNON DEVELOPMENT CO | 88A BOISE TOWNE SQUARE MALL | 60 HILLSDALE MALL | | PHOENIX | AZ | 94073-2007 | | 113,040.00 |
| BOISE MALL LLC | 90 PO BOX 29945 | | | HONG KONG | | 85038-9845 | CHINA | 15,088.31 |
| BOSLEY INTERNATIONAL (HK) LTD | 50 PUBLIC SQUARE | 11190 TERMINAL TOWER | | CLEVELAND | OH | 44113 | | 18,682.84 |
| BOULEVARD MALL SPE LLC | 4062 PAYSPHERE CIRCLE | | | CHICAGO | IL | 60674 | | 25,614.62 |
| BOYNTON BEACH MALL | 4635 SOUTH SHORE PLAZA | NEWARK POST OFFICE | | NEWARK | NJ | 07183-5489 | | |

Hoop Retail Stores, LLC
Exhibit F-1
Unsecured Non-Priority Claims
Case No. 08-10546 - BLS

| CREDITOR NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | AMOUNT |
|---|---|---|---|---|---|---|---|
| BRANCION SHOPPING CENTER | PATH INDS LTD | PO BOX 930515 | ATLANTA | NY | 30033-2915 | | 16,018,114 |
| BRIDGE METAL INDUSTRIES LLC | 717 SOUTH 3RD AVE | | MOUNT VERNON | NY | 10550 | | 9,500.00 |
| BRISTOL TERMINAL TRANSPORT | PO BOX 12379 | | CHARLOTTE | NC | 28220 | | 897,404.50 |
| BRIDGEWATER MALL LLC | 10275 LITTLE PATUXENT PKWY | | COLUMBIA | MD | 21044 | | 31,714.62 |
| BRINKS INCORPORATED | 1601 MOMENTUM PLACE | | CHICAGO | IL | 60689-5315 | | 1,332.25 |
| BRINKS INCORPORATED | 1900 BRANNAN PLACE | | CHICAGO | IL | 60688 | | 1,709.52 |
| BROADLAND GARMENT INDUSTRIES | NO 86 & 87 JALAN SEROJA | 99 TAMAN JOHOR JAYA | JOHOR BAHRU | | 81100 | MALAYSIA | 482,446.04 |
| BROADWAY AT THE BEACH INC | 2411 N OAK STREET | SUITE 604 | MYRTLE BEACH | SC | 29577 | | 14,475.74 |
| BROOKWOOD VILLAGE | 3397 STATE ST | | BROOKWOOD | OK | | | 17,005.00 |
| BUREAU OF FIRE PREVENTION | HAMILTON | 6101 13TH ST | HAYS LANDING | NY | 08330 | | 520.00 |
| BUY BUY BABY HOME VIDEO | 3500 WEST PLANO AVENUE | | BURBANK | CA | 91505 | | 4,157,923.48 |
| C & H DISTRIBUTORS INC | ROOM 1002 FLOURISH IND BLDG | KOWLOON BAY, KOWLOON | | | | CHINA | 3,247.55 |
| CAR CUSTOM | 1911 SOUTH FRANKLIN AVENUE | | VALLEY STREAM | NY | 11581 | | 371.49 |
| CABELL COUNTY | 10325 SOUTH LA CIENEGA BLVD | | INGLEWOOD | CA | 90304 | | 42,003.31 |
| CANON BUSINESS SOLUTIONS E INC | 300 COMMERCE SQUARE BLVD | | BURLINGTON | NJ | 08016 | | 10,085.80 |
| CANON BUSINESS SOLUTIONS E INC | 15004 COLLECTION CTR DR | | CHICAGO | IL | 60693 | | 10,287.04 |
| CAPRI URBAN BALDWIN LLC | BALDWIN HILLS CRENSHAW PLAZA | 9841 AIRPORT BLVD #700 | LOS ANGELES | CA | 90045 | | 18,145.96 |
| CARDINAL GAMES INTERNATIONAL | UNIT 804-6 ENERGY PLAZA | NO 92 GRANVILLE ROAD | KOWLOON | | | HONG KONG | 15,453.35 |
| CAROLINA GIRL | 3100 S WACKER DR | 1ST EAST | | NY | 60606 | | 16,170.00 |
| CAROUSEL CENTER COMPANY LP | THE CLINTON EXCHANGE | 4 CLINTON SQUARE | SYRACUSE | NY | 13202 | | 16,516.54 |
| CARRIER CORPORATION | CARRIER PARKWAY BLDG TR5 | | EAST SYRACUSE | NY | 13057 | | 24,115.29 |
| CARRIER CORPORATION | PO BOX 93844 | | CHICAGO | IL | 60673 | | 9,286.42 |
| COLEWAY ASSOCIATES | PO BOX 74865 | | METAIRIE | LA | 70033 | | 25,801.00 |
| CATERPILLAR FINANCIAL LP | PO BOX 12096 | | LOUISVILLE | KY | 70160-7001 | | 18,114.63 |
| CBL & ASSOCIATES | 2030 HAMILTON PLACE BLVD | | CHATTANOOGA | TN | 44194-4826 | | 12,565.57 |
| CC1 ELECTRIC | 200 N MILWAUKEE | | CLEVELAND | OH | 19458 | | 12,623.04 |
| CDW DIRECT LLC | 250 CENTRALAVE | | VERNON HILLS | IL | 60061 | | 25.00 |
| CENTRAL LOCK & KEY | 2 S BISCAYNE BLVD #200 | | LAWRENCE | MA | 01858 | | 1,473.29 |
| CENTRAL PARKING SYSTEM | TEXAS INC | 425 N ST MARY'S SUITE 800 | MIAMI | TX | 33131 | | 15.00 |
| CENTRAL PARKING SYSTEM OF | PO BOX 6001 | | SAN ANTONIO | LA | 78205 | | 600.00 |
| CENTURYTEL | PO BOX 6001 | | MARION | LA | 71260-6001 | | 25.00 |
| CENTURYTEL | PO BOX 4500 | | CAROL STREAM | IL | 60197-4300 | | 481.84 |
| CENTURYTEL | PO BOX 4300 | | CAROL STREAM | IL | 60197-4300 | | 86.18 |
| CENTURYTEL | PO BOX 96 | | MARION | LA | 07936 | | 131.31 |
| CERIDIAN EMPLOYER SERVICES | PO BOX 10989 | 72 EAGLE ROCK AV BLDG 4 FL 1 | EAST HANOVER | NJ | 07936 | | 25.97 |
| CHADWICK | 11601 WILSHIRE BLVD | | ST PETERSBURG | FL | 33716 | | 1,347.81 |
| CHANNEL INDUSTRIES LIMITED | UNIT 1705, 17/F CHEUNG CENTRE | 1-3 WONG CHUK YEUNG ST | SHA TIN | | | HONG KONG | 4,719.55 |
| CHANNEL INDUSTRIES LIMITED | UNIT 1705, 17/F RAILWAY PLAZA | 39 CHATHAM ROAD SOUTH | TSIM SHA TSUI | | | HONG KONG | 125,018.56 |
| CHAMPION | PROPERTY ID 77908 | | KOWLOON | | | | 83,690.65 |
| CHARLES MALL CO LP | 1400 S DYE ROAD | | INDIANAPOLIS | IN | 46252-0001 | | 22,965.05 |
| CHARTER TOWNSHIP OF FLINT | 5844 HAMILTON PLACE BLVD | | FLINT | MI | 48532 | | 10,598.68 |
| CHATTANOOGA CITY OF | DABSY W MADISON | 101 EAST 11TH ST - STE 102 | CHATTANOOGA | TN | 37402 | | 14,295.46 |
| CHELSEA SAN DIEGO FINANCE LLC | 60 E LAS AMERICAS | 105 EISENHOWER PARKWAY | ROSELAND | NJ | 07068 | | 14,734.84 |
| CHICAGO | PNB | | PHILADELPHIA | PA | 19101 | | 500.00 |
| CHERRYVALE MALL LLC | PO BOX 74817 | CBL & ASSOCIATES MGMT | CLEVELAND | GA | 44194-4917 | | 45.00 |
| CHESAPEAKE CITY OF | 8880 CHESAPEAKE MALL LLC | PO BOX 74584 | ATLANTA | GA | 30384-0584 | | 193,671.46 |
| CHICAGO DEPARTMENT OF REVENUE | 2375 FINANCIAL PLACE | PO BOX 4558 | CHICAGO | IL | 70163-4558 | | 386,553.32 |
| CHICAGO DEPARTMENT OF REVENUE | FALSE BURGLAR ALARM UNIT | | CHICAGO | IL | 60680 | | 56,326.86 |
| CHOCTAW WGVO CO | 12F 110 XINSHENG ROAD | | BALTIMORE | WIXX | 21202 | | 56,905.95 |
| CHRISTIANA MALL LLC | | | KOWLOON | CHINA | | CHINA | 2,900.00 |
| CHRISTY ASH LTD | 23114-215 CHINA AEROSPACE | TOWER, CONCORDIA PLAZA, NO 1 | LANDISVILLE | Hong Kong | 10011 | Hong Kong | 9,103.17 |
| CHUCKY PHOTOGRAPHY | PO BOX 76 | SCIENCE MUSEUM ROAD, TST EAST | New York | NY | 08328 | | 353.76 |
| CIFALOGLIO INC | OF N.Y. | | CINCINNATI | NY | 10011 | | 1,216.09 |
| CIGNA Life Insurance Company o | 724 S WEST 8W | 140 EAST 45TH STREET | CINCINNATI | OH | 45274-8000 | | 50.00 |
| CINCINNATI BELL | PO BOX 748003 | | CINCINNATI | OH | 45274-8000 | | 22,070.38 |
| CINCINNATI BELL | PO BOX 748003 | | CINCINNATI | OH | 45274-8000 | | 277.16 |
| CINNAMON JOE STUDIO LIMITED | THE BEECHES 16 BALLYCLOSH LANE | | CULLYBACKEY ANTRIM | | BT43 5PG | | 990.00 |
| CINTAS CORPORATION | 6600 CINTAS BLVD | | MASON | OH | 45040 | | 5,911.63 |
| CIT TECHNOLOGY FINANCIAL | 2300 RIVERCHASE CENTER | | CHICAGO | IL | 60604 | | 2,653.26 |
| SERVICES INC | 21146 NETWORK PLACE | | CHICAGO | IL | 60673-1211 | | 18,515.33 |
| CITGO | PO BOX 7247-0118 | | PHILADELPHIA | PA | 19170-0118 | | 11,279.84 |
| CITICORP VENDOR FINANCE INC | PO BOX 820017 | | COLLEGE PARK | GA | 30349-0483 | | 14,823.75 |
| CITY OF ALBUQUERQUE | 724 SILVER SW | FIRE INSPECTION | ALBUQUERQUE | NM | | | 1,210.00 |
| CITY OF BRANSON | 110 WEST MADDUX STREET | | BRANSON | MO | 65616 | | 50.00 |
| CITY OF BRANSON | COMMISSIONER OF REVENUE | | CHESAPEAKE | VA | 22078 | | 22,070.38 |
| CITY OF CHICAGO | DEPARTMENT OF REVENUE | BUSINESS SERVICES DIVISION | CHICAGO | IL | 60602 | | 2,070.38 |
| CITY OF CHICAGO | DEPARTMENT OF REVENUE | 121 N LASALLE ROOM 107 | CHICAGO | IL | 60602 | | 50.00 |
| CITY OF DAVENPORT | FINANCE DEPARTMENT | 226 W 4TH STREET | DAVENPORT | IA | 52801-1388 | | 50.00 |

Hoop Retail Stores, LLC
Exhibit F-1
Unsecured Non-Priority Claims
Case No. 08-10546 - BLS

| NAME | ADDRESS | ADDRESS 2 | CONTACT | CITY | STATE | ZIP | COUNTRY | Total Claim |
|---|---|---|---|---|---|---|---|---|
| CITY OF FOLEY | 407 E LAUREL AVENUE | | | FOLEY | AL | 36535 | | 25.00 |
| CITY OF FRANKLIN | BUSINESS TAX DEPT PO BOX 705 | | | FRANKLIN | TN | 37065 | | 1,884.39 |
| CITY OF FRESNO | FINANCE DIVISION | | | FRESNO | CA | 93718-0017 | | 3,784.08 |
| CITY OF KNOXVILLE | PROPERTY TAX OFFICE | | | KNOXVILLE | TN | 33130 | | 2,452.18 |
| CITY OF MIAMI DEPT OF FRANCE | 444 SW 2ND AVENUE | | | MIAMI | FL | 33130 | | 280.00 |
| CITY OF NATIONAL CITY | DEPT CITY PLANNING | 1243 NATIONAL CITY BOULEVARD | | NATIONAL CITY | CA | 91950 | | 178.00 |
| CITY OF NORTH BEND | PO BOX 896 | | | NORTH BEND | WA | 98045 | | 240.11 |
| CITY OF PALM SPRINGS | LICENSE COLLECTION-FINANCE | 72-810 FRED WARING DRIVE | | PALM SPRINGS | CA | 92263 | | 451.00 |
| CITY OF RICHMOND | COLLECTION DIVISION | PO BOX 26904 | | RICHMOND | VA | 23418 | | 14,535.91 |
| CITY OF SAN BERNARDINO | CITY CLERK | PO BOX 1318 | | SAN BERNARDINO | CA | 92418 | | 1,528.00 |
| CITY OF TIGARD | CITY HALL CLERKS | 13125 SW HALL BLVD | | TIGARD | OR | 97223 | | 3,079.38 |
| CITY OF VIRGINIA BEACH | BUSINESS TAX DEPT | 2401 COURTHOUSE DRIVE | | VIRGINIA BEACH | VA | 23456 | | 55.00 |
| CITY OF YONKERS | MUNICIPAL CENTER-BUILDING 1 | 87 NEPPERHAN AVENUE | 300 N "D" STREET 2ND FL | YONKERS | NY | 10701 | | 7,912.86 |
| CLACKAMAS TOWN CENTER | DEPT OF HOUSING & BUILDING | 2189 FAYETHERPE CIR | | CHICAGO | IL | 60694 | | 45,626.55 |
| CLERK OF THE COURT | PAUL LI METZGER | PO BOX 68 | | SPOTSYLVANIA | VA | | | 10.00 |
| CLINTON JAMES ROUTING CO. | | | | KNOXVILLE | KY | | | 50,768.58 |
| CLINTON REAVIS | 8240 SE QUAIL RIDGE RD | | | BARTLESVILLE | OK | 74006 | | 289.00 |
| COAST ELECTRIC ELECTRYING | 1413 CENTER STREET | | | TACOMA | WA | 98409 | | 326.40 |
| COASTLAND CENTER LLC | | | | MINNEAPOLIS | MN | 55484-6309 | | 13,816.76 |
| COCONUT POINT TOWN CENTER LLC | COCONUT POINTE TOWN CENTER | PO BOX 86 SDS 12 1895 | | PITTSBURGH | PA | 15264-2902 | | 18,326.25 |
| COSTA RICA NACIONAL LTD | 26541 AGOURA ROAD | | | STEVENSON RANCH | CA | 91381 | | 12,500.00 |
| COLITE INTERNATIONAL LTD | PO BOX 4006 | | | WEST COLUMBIA | SC | 29171 | | 6,881.14 |
| COLLECTOR OF REVENUE | ST LOUIS CITY GOVERNMENT CTR | PO BOX 11491 | | ST LOUIS | MO | 63105-0291 | | 5.00 |
| COLLECTOR OF REVENUE | 9065 ROSECRANS AVE | | | BELLFLOWER | MO | 90706 | | 2,366.00 |
| COLLIN CREEK MALL | C/O THE HOUSE CO | PO BOX 64981 | | BALTIMORE | MD | 21264-4891 | | 16,662.07 |
| COLON LINES INC | 360 COMMERCIAL STREET | | | MANCHESTER | NH | 03101 | | 21,075.20 |
| COLONWAY FOUNGS SPE LLC | PO BOX 64009 | | | BALTIMORE | MD | 21264-4009 | | 20,251.01 |
| COMMERCIAL CONSTRUCTION MANAGEMENT INC | 1740 S STATE RD | | | UPPER DARBY | PA | 19082 | | 4,813.21 |
| COMMERCIAL REPAIRS & SALES LLC | 126 ELM AVENUE | | | NEWTON | PA | 07860 | | 118,783.07 |
| COMMONWEALTH OF MASSACHUSETTS | ONE ASHBURTON PLACE | 12TH FLOOR | | BOSTON | MA | 02108-1608 | | 500.00 |
| COMMONWEALTH MANAGEMENT CO | PO BOX 7777 | | | PHILADELPHIA | PA | 19175-0242 | | 12,299.07 |
| CONOUISKO & SONS INC | PO BOX 705 | | | GREENVILLE | PA | 16125 | | 16,924.60 |
| CONNECTICUT POST LP | 1201 BOSTON POST RD | | | MILFORD | CT | 06460 | | 2,900.00 |
| CONNECTICUT DEPT OF STATE | 30 TRINITY STREET | | | HARTFORD | CT | 06106 | | 50.00 |
| CONSTRUCTION PROTECTIVE SERVICES INC | 436 W WALNUT ST | | | GARDENA | CA | 90248 | | 9,409.00 |
| CONSTRUCTION SPECIALTIES INC | 6640 WEDGEWOOD BLVD STE 108 | | | FREDERICK | MD | 21703 | | 457.34 |
| CONSTRUCTION MAINTENANCE INC | 1372 AUBURN COURT | | | NORTH BEACH | CA | 92713 | | 6,671.01 |
| CONTRA COSTA COUNTY | 2366A STANWELL CIRCLE | | | CONCORD | CA | 94520-4807 | | 90.00 |
| CONTRACT DATACENTR LP | 2210 NATION DR STE 100 | SUITE 590 | | CARROLLTON | TX | 75006 | | 187,156.44 |
| CONTRACTORS SERVICE | 3820 NATION AVENUE | 110 N WACKER DRIVE | | GREENSBORO | NC | 27408 | | 523.99 |
| CORONADO CENTER LLC | C/O CORONADO CENTER | | | CHICAGO | IL | 60606 | | 13,681.43 |
| CORPORATE IMAGE SPECIALISTS | 3004 NEW STREET | SUITE 400 | | POSEN | IL | 60469 | | 290.00 |
| CORPORATION SERVICE COMPANY | 2711 CENTERVILLE ROAD | | | WILMINGTON | DE | 19808 | | 34,638.56 |
| COTTERMAN COMPANY | 130 SELTZER RD PO BOX 188 | | | CROSWELL | MI | 48422 | | 375.60 |
| COUNTRY INLAND REVENUE DEPT | DEPT OF AGRICULTURE | RECORDS CENTER PLAZA RM 226 | PO BOX 1188 | SANTA ANA | CA | 92701-1188 | | 30.00 |
| COUNTY OF SAN DIEGO | DEPT OF AGRICULTURE | WEIGHTS & MEASURES | 9325 OVERLAND AVE BLDG 3 | SAN DIEGO | CA | 92123 | | 50.00 |
| COURTNEY COX | 14412 W 115TH TER | | | OLATHE | KS | 66062 | | 6,000.00 |
| CP9 MERCEDES LP | DBA RIO GRANDE PREMIUM OUTLETS | 103 EISENHOWER PARKWAY | | ROSELAND | NJ | 07068 | | 14,938.77 |
| CP9 PARTNERS LP | 103 EISENHOWER PARKWAY | | | ROSELAND | NJ | 07068 | | 33,056.60 |
| CPG FINLEY OUTLET LP | 103 EISENHOWER PARKWAY | | | ROSELAND | NJ | 07068 | | 16,638.63 |
| CPG POUND ROCK LP | 103 EISENHOWER PARKWAY | | | ROSELAND | NJ | 07068 | | 16,617.27 |
| CREATIVE CIRCLE | 5900 WILSHIRE BOULEVARD | | | VENTURA | CA | 90010 | | 2,125.00 |
| CREATIVE DESIGNS INTERNATIONAL | METROPOLITAN INDUSTRIAL PARK | 2540 METROPOLITAN DRIVE | | LOS ANGELES | CA | 90036 | | 8,208.00 |
| CREATIVE PRODUCTS DEVELOPMENT | UNIT D 6F CAPITAL TRADE CTR | | KOWLOON | TREVOSE | PA | 19053-6768 | Hong Kong | 396,076.80 |
| CROSSCOM NATIONAL LLC | 87 PARKWAY NORTH | SUITE 250 | | DEERFIELD | IL | | | 1,300.61 |
| CROWN CERAMICS CO LTD | 104 PATTANAKAN 69 | PRAVEJ | | BANGKOK | | 10250 | THAILAND | 164,566.24 |
| CRUM CREATIVE INC | 1978 EMPIRE AVE | | | BURBANK | | 91504 | | 1,355.70 |
| CRYSTAL RUN NEW CO LLC | THE CLINTON EXCHANGE | 4 CLINTON SQUARE | | SYRACUSE | NY | 13202 | | 18,901.39 |
| CWH HOLDINGS LLC | CREATIVE VALLEY MALL | PO BOX 409264 | | ATLANTA | GA | 30384-0264 | | 16,966.95 |
| CYNTHIA RABE | DEPT MERCHANDISE CONTROL | | | DALLAS | TX | | | 15,618.04 |
| D.D. INDUSTRIES LIMITED | ROOM 1916, 19/F | | KWAI CHUNG | HONG KONG | | | CHINA | 363,638.40 |
| DAFFY CITY CREATIVE INC | 3 SERRAMONTE BUILDING | SERRAMONTE CENTER | 21-33 TAI ON PAI ROAD | DALY CITY | CA | 94015 | | 1,984.38 |
| DALLAS COUNTY CLERK | RECORDS BUILDING | | | DALLAS | TX | | | 16.00 |
| DAMANT EXPRESS INC | 525 THOMAS DRIVE | | | BENSENVILLE | IL | 60106 | | 16,125.98 |
| | | | | | | | | 52,277.01 |

Hoop Retail Stores, LLC
Exhibit F-1
Unsecured Non-Priority Claims
Case No. 08-10544 - BLS

| Creditor | Address 1 | Address 2 | City | State | Zip | Country | Outstanding |
|---|---|---|---|---|---|---|---|
| DANBURY FAIR MALL LLC | DANBURY FAIR MALL | DEPT 2535-5000 | LOS ANGELES | CA | 90084-2535 | | 59,595 |
| Daniela Macy | 427 Virginia Ct | | Carlton | MI | 48187 | | 56,007.39 |
| DANDRA GOLDBERG | 1989 MARQUETTE TRE | | | | 87123 | | 2,027.39 |
| DANU CORP OC | 10WU BUILDING | | ALBUQUERQUE | NM | 87073 | | 527.77 |
| DAPHCO INC | 1165 EAST UNION AVENUE | | SECACUS | NJ | 07073 | | 1,095.82 |
| DARCHO INC | 7002 2ND AVENUE SOUTH | | EAST RUTHERFORD | NJ | | KOREA | 327 |
| DAR VIDYA COUNTY COURT CLERK | | | | TN | | | 58,507.39 |
| DAY JAY ASSOCIATES | | PO BOX 88 | DALLAS | TN | 55409-0008 | | 13,761.67 |
| DE TEAM APPAREL CO LTD | 128 LANE 7761 ZHONG CHUN ROAD | CHBAO TOWN MINHANG DISTRICT | SHANGHAI | MN | | CHINA | 279,849.65 |
| DEBI MATSHALL | 111 WINNER STREET | | BRIDGETOWN | | 80291 | | 82,401.00 |
| DEBORAH HEATON | 1884 ELECTRIC AVE | | VENICE | CA | | | 31,865.76 |
| DEL AMO FASHION CENTER | OPERATING CO LLC | PO BOX 406657 | ATLANTA | GA | 30384-6657 | | 22,790.37 |
| DEL AMO FASHION CENTER | 100 W BOX 35 | | NORTH CANFIELD | IN | | | 381.44 |
| DENISON PARKING INC | SHOPS AT SUNSET PLACE | 5701 SUNSET DRIVE SUITE 5747 | SOUTH MIAMI | FL | 33143 | | 371.20 |
| DENISON PARKING INC | 315 PENNSYLVANIA ST #600 | | INDIANAPOLIS | IN | 46204 | | 435.00 |
| DENISON PARKING INC | | | CERRITOS | IN | | | 648.00 |
| DENNIS F CANON | 14106 CRYSTAL CREEK LN | | CERRITOS | CA | 90703 | | 1,800.00 |
| DENTON COUNTY TAX ASSESSOR | PO BOX 90223 | | DENTON | TX | 76202 | | 20,867.51 |
| DEO LOGISTICS | PO BOX 788 | | ELK GROVE VILLAGE | IL | 60009 | | 1,607.61 |
| DHL EXPRESS | PO BOX 4723 | | HOUSTON | TX | 77210-4723 | | 61.81 |
| DHL EXPRESS | 4120 SYLVANIA AVE | | IRVING | TX | 60009 | | 8,252.58 |
| DIANE NELSON TAX COLLECTOR | PO BOX 10682 | | CLEARWATER | FL | 33757-8682 | | 260,430.00 |
| DISNEY INTERACTIVE STUDIOS,INC | 500 S BUENA VISTA STREET | | BURBANK | CA | 91521 | | 54,140.09 |
| DISTRIBUTION BY ANN INC | PO BOX 8300 | | SOMERSET | NJ | 08875-8300 | | 145,415.00 |
| DIVERSIFIED DISTRIBUTION | SYSTEMS | | MINNEAPOLIS | MN | 55407 | | 1,649.48 |
| DON WILKINSON AGENCY INC | 1144 WYOMING AVENUE | | FORTY FORT | PA | 18704 | | 8,690.00 |
| DOOLEY ENTERPRISES INC | 2219 BELMONT LANE | | REDONDO BEACH | CA | 90278 | | 891.00 |
| DORIS J CRAVENS | 11821 N 194TH E AVE | | COLLINSVILLE | OK | 74021 | | 18,040.92 |
| DOUGLAS BELDEN TAX COLLECTOR | PO BOX 172920 | | TAMPA | FL | 33672-0920 | | 17,076.26 |
| DRAWN IMAGES DESIGN & GRAPHICS | 1708 14TH ST | | BLOOMINGTON | CA | | | 810,757.54 |
| DREAM INTERNATIONAL USA INC | 7001 VILLAGE DRIVE SUITE 8280 | | BUENA PARK | CA | 90621 | | 1,311.84 |
| DREXEL BROWN LANDSCAPE INC | 16601 SEPULVEDA BLVD #263 | | MANHATTAN BEACH | CA | 90266 | | 14,859.18 |
| DULLES TOWN CENTER MALL LLC | C/O LERNER CORPORATION | | NORTH BETHESDA | MD | 20852-1094 | | 2,700.32 |
| DUNSCH ARMACHED INC | PO BOX 84116 | | BALTIMORE | MD | 21284-4116 | | 2,069.08 |
| DUTCHESS COUNTY TAX COLLECTOR | 22 LANDON STREET | | POUGHKEEPSIE | NY | 12601 | | 78.71 |
| DWIGHT H WANHALA | 22403 NAPA STREET | | WINNETKA | CA | 91306 | | 138,899.77 |
| DYNAMEX INC | PO BOX 2084 (GREELY SQ ST) | | NEW YORK | NY | 10001 | | 155,834.38 |
| DYNAMEX INC | 515 7TH AVENUE | | PITTSBURGH | PA | 11803 | | 5,228.26 |
| DYNAMEX INC | 17000 ? NEW ?? | | CHICAGO | IL | 60693 | | 26,609.66 |
| L E H SIGNS INC | 12857 COLLECTIONS CENTER DRIVE | | BATON ROUGE | LA | 70821 | | 9,028.44 |
| EAGLE LIGHT MANUFACTURING CO LTD | 1392 AUBURN BLVD | | MISSISSAUGA | ON | | | 3,435.81 |
| EAGLE LIGHT INDUSTRIAL CO LTD | EAGLY LIGHT INTERNATIONAL CTR | SHEUNG SHUI, NEW TERRITORIES | HONG KONG | | | HONG KONG | 23,436.00 |
| EAGLE LIGHT INTERNATIONAL LLC | | NO 9 FO FA CLOSE | HONG KONG | | 07109-0300 | | 23,436.00 |
| ECONOCO CORPORATION | 300 KARIN LANE | | HICKSVILLE | NY | 11801 | | 22.60 |
| EFFICIENT DELIVERY SERVICE LLC | 7966 HAYVENHURST AVE SUITE 8 | | VAN NUYS | CA | 91405 | | 3,336.90 |
| ECKO COMPLEX LLC | 4 CLINTON SQUARE | | SYRACUSE | NY | 13202 | | 4,229.83 |
| EL PASO OUTLET CENTER LLC | THE OUTLET SHOPPES AT EL PASO | 5000 HAYES DR SUITE 500 | MUSKEGON | MI | 49441 | | 12,813.12 |
| Elaine Esquire | 5001 Oden Ct. | | Manassas | VA | 20110 | | 40.45 |
| ELECTRA CO INC | 3401 60TH STREET | | BLOOMINGTON | MN | 55425 | | 498,245.48 |
| ELECTRA CO | SUITE 211 | | BENSALEM | PA | 19020 | | 33,229.00 |
| ELECTRICAL INSPECTION X | 1366 FORD ROAD | | STERLING HEIGHTS | MI | 48311-9407 | | 1,961.08 |
| ELECTRICAL INSPECTIONS INC | PECK SLIP STATION | | NEW YORK | NY | 10272 | | 325.00 |
| ELITE FULL HOLDINGS LIMITED | 9F, NO 42, LANE 19, SECTION 3 | XISHENG NORTH ROAD | TAIPEI | | | TAIWAN | 98,844.96 |
| ELLEN FIGG | 9881 E NEW ?? | | INDIANA | CA | | | 10,000.00 |
| ELLEN SUSCH PARTNERSHIP INC | 123 WEST 27TH STREET | | NEW YORK | NY | 10018 | | 5,334.81 |
| EMBARC | PO BOX 6000 | | CHARLOTTE | NC | 28256-0004 | | 216.21 |
| EMBARC | PO BOX 6000 | | DALLAS | TX | 32406-6068 | | 22.15 |
| EMBEE TECHNOLOGIES | 18082 MILLIKAN AVENUE | | IRVINE | CA | 92606 | | 11,472.57 |
| EMCO INDUSTRIAL PLASTICS INC | 990 COMMERCE ROAD | SUITE 100 | CEDAR GROVE | NJ | 07009 | | 3,111.10 |
| ENKAY | 825 RITA ROAD | | RANDOLPH | CA | 08869 | | 1,100.00 |
| ENGINEERED NETWORK SYSTEMS INC | 14461 EWING AVE S | | BURNSVILLE | MN | 55306 | | 1,100.00 |
| ENGINEERING POWER SOLUTIONS | 2385 HAMMOND DR | | SCHAUMBURG | IL | 60173 | | 565.74 |
| ENVIRONMENTAL CONTROL BOARD | PO BOX 2307 | | NEW YORK | NY | 10008 | | 300.00 |
| ERIN HELGERSON | 1010 N SPAULDING AVE #7 | | WEST HOLLYWOOD | CA | 90046 | | 1,580.00 |
| EVEN YARN ENTERPRISE (CN) | 7TH FL | | SHANGHAI | | 91010 | | CHINA | 37,564.16 |
| EYESPY CONSULTING LLC | 707 HOLLER ROAD CBAO TOWN | MINGHANG DISTRICT | NORMAN | OK | 73071-4803 | | 44,000.00 |
| F.Y. INDUSTRIES, INC. | 833 12TH AVE SE SUITE 110 | | NORTH HOLLYWOOD | | 91602 | | 62,000.00 |
| FAIRCHILD PUBLICATIONS | CIRCULATION DEPT RF | 750 3RD AVENUE 9TH FLOOR | NEW YORK | NY | 10017 | | 36.40 |
| FAIRLANE TOWN CENTER | DEPARTMENT 52001 | PO BOX 67000 | DETROIT | MI | 48267-0520 | | 2,610.34 |

Hosp Retail Stores, LLC
Exhibit F-1
Unsecured Non-Priority Claims
Case No. 08-10545-BLS

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE/PROV | POSTAL CODE | COUNTRY | AMOUNT |
|---|---|---|---|---|---|---|---|
| FASHION SOLUTIONS INTL, INC. | 999 W ARTESIA BLVD. | | COMPTON | CA | 90220 | | 410,501.00 |
| FAYETTE COUNTY BOARD PUBLIC | SCHOOLS | 701 EAST MAIN STREET | LEXINGTON | KY | 40502 | | 2,666.82 |
| FEDEX | PO BOX 1140 | | MEMPHIS | TN | 38101-1140 | | 38,389.94 |
| FEDERAL EXPRESS CORP | PO BOX 7221 | | PASADENA | CA | 91109 | | 1,406.81 |
| FEDERAL EXPRESS CORPORATION | PO BOX 371741 | | PITTSBURGH | PA | 15250 | | 690,000.00 |
| FEDEX CORPORATION | PO BOX 94515 | | PITTSBURGH | PA | 15250 | | 19,366.00 |
| FEDEX KINKOS | 7901 4 WEST | | CLIFTON | NJ | 07012 | | 2,900.00 |
| FELDMAN LUBERT ADLER HARRISBUR | C/O HARRISBURG EAST MALL MGR O | INTERSTATE 83 & PAXTON ST | HARRISBURG | PA | | | 8,465.41 |
| FELDMAN LUBERT ADLER | HARRISBURG LP | HARRISBURG MALL MGMT OFFICE | 83 & PAXTON ST | PA | | | |
| FFP INC | 1680 FOUNTAIN PARKWAY | COMPANY INC | PADUKAH | KY | | | 2,025.94 |
| FINANCIAL INVESTMENTS | INSTITUTIONAL OPERATIONS | | CHICAGO | IL | | | 6,200.00 |
| FIRST PUBLICATIONS INC | PO BOX 165 | | NEW YORK | NY | | | 40,000.00 |
| FIXTURES | 1485 BAYSHORE BLVD. SUITE 556 | | SAN FRANCISCO | CA | 94124 | | 477,272.24 |
| FLATIRON PROPERTY HOLDING LLC | FLATIRON CROSSING | 11411 N TATUM BLVD | PHOENIX | AZ | 85028 | | 29,243.49 |
| FLORENCE MALL LLC | 1747 PAYSPHERE CIR | | CARTERET | NJ | 07008 | | 4,322.52 |
| FM TEXTILE DESIGN | | | PHOENIX | AZ | 85012 | | 104,572.82 |
| FNP NORTHGATE LLC | 3225 N CENTRAL AVENUE | | PHOENIX | AZ | 85012 | | 59,369.92 |
| FNP STRATFORD LLC | STRATFORD SQUARE | 3225 E CAMELBACK RD SUITE 550 | PASADENA | CA | 91103 | | 5,844.00 |
| FORD GRAPHICS | 7801 N CENTRAL, #500 | 7801 FAIR OAKS AVE | GLENDALE | CA | 91103 | | 3,975.08 |
| FOREST CITY COMMERCIAL MGT INC | PROMENADE MALL TEMECULA | | CLEVELAND | OH | | | 10,966.00 |
| FORUM SHOPS LIMITED PARTNERS LP | 4634 THRESHER AVE | PO BOX 75089 | NORRIDGE | IL | | | 17,618.27 |
| FOX VALLEY MALL LLC | | | CHICAGO | IL | | | 12,000.00 |
| FRICK DESIGN WORLDWIDE | 211 ELM STREET SUITE 600 | PO BOX 89609 | CINCINNATI | OH | 45202 | | 49,300.63 |
| FRESNO COUNTY | COMPANY | | NORTH CANTON | OH | | | 63,055.10 |
| FRESNO COUNTY TAX COLLECTOR | PO BOX 1192 | | FRESNO | CA | 93715 | | 2,083.31 |
| FRONTIER | PO BOX 20550 | | ROCHESTER | NY | 14602-0550 | | 271.42 |
| FSH ASSOCIATES LP | C/O 725 NORTH POINTE BLVD | STE 301 | LANCASTER | PA | 17601 | | 12,464.76 |
| FUJIAN FOOTWEAR/HENGDAOSAR VE | 9/F, INTERNATIONAL BLDG. | WUSI ROAD | FUZHOU | | | CHINA | 359,665.44 |
| FULTON COUNTY | 141 PRYOR STREET | | ATLANTA | GA | 30303 | | 22.35 |
| FUMARK INDUSTRIES LIMITED | SUITE 709 | WORLD COMMERCE CENTRE | 11 CANTON ROAD, TSIMSHATSUI | | | HONG KONG | 22,882.60 |
| FUSION SPROCKETS INC | 2400 INDUSTRIAL LANE | PO BOX 5080 | ROXDLON | CO | 80000 | | 17,243.15 |
| FUTURE SOURCE LLC | 8600 C STREET | PO BOX 5080 | BROOMFIELD | CO | 80021 | | 182.36 |
| GALERPAN DESIGN & MFG INC | 19325 SO MAIN ST | PO BOX 66 SDS 12 2427 | NORTH HOLLYWOOD | CA | 91601 | | 1,450.00 |
| GALLERIA AT TYLER CA LLC | 2801 MARCUS AVE | | CHICAGO | IL | 60693 | | 28,259.30 |
| GAMESTOP INC | PO BOX 3697 | | SAN CLEMENTE | CA | 92674-3697 | | 750.00 |
| GANTOS INVESTMENT LLC | PLAY 5, BLOCK B | 140F TONIG INDUSTRIAL CENTRE | KOWLOON BAY | | | HONG KONG | 94,719.68 |
| GAYTAI TOYS MANUFACTORY LTD | FLAT 9, BLOCK B | XW 6/F WOODLANDS INDL BLDG | KOWLOON CHUK WANG ROAD | | | CHINA | 14,615.15 |
| GEBETSHUBER | DEPOT #4878 | PO BOX 1414 | MINNEAPOLIS | MN | 55480-1414 | | 3,625.91 |
| GECO INFORMATION NETWORK | COSMERICAL AR M101 | | HONG KONG | | | | 17,000.00 |
| GENERAL GROWTH MANAGEMENT INC | 110 NORTH WACKER | 110 N WACKER | CHICAGO | IL | 60606 | | 12,978.60 |
| GENERAL GROWTH PROPERTIES | 110 NORTH WACKER | 110 N WACKER | CHICAGO | IL | 60606 | | 2,003.43 |
| GENTLE GIANT STUDIOS INC | 7511 N SAN FERNANDO RD | BSC 5409 | BURBANK | CA | 91505 | | 69,888.08 |
| GGP ALA MOANA CENTER MGR OFFIC | ALA MOANA CENTER MGMT OFFICE | | HONOLULU | HI | | | 85,466.01 |
| GGP ALA TEXAS LLC | PO BOX 86 SDS 12 2427 | 410 FOUR SEASONS TOWN CENTRE | MINNEAPOLIS | MN | 55486-0086 | | 11,946.01 |
| GGP BRASS GALLERIA LLC | C/O MALL MANAGEMENT OFFICE | PO BOX 66 SDS 12 1795 | GREENSBORO | NC | 27405-7743 | | 12,500.00 |
| GGP FOUR SEASONS LLC | C/O MALL MANAGEMENT OFFICE | PO BOX 86 SDS12-2395 | MINNEAPOLIS | MN | 55486-0086 | | 12,500.85 |
| GGP GLENBROOK LLC | C/O RIVER TOWN CROSSING | PO BOX 86 SDS 12 1664 | MINNEAPOLIS | MN | 55486-0086 | | 19,780.77 |
| GGP KAPIOLANI LLC | LAKELAND MALL | PO BOX 86 SDS 12-2395 | MINNEAPOLIS | MN | 55486-0086 | | 25,113.57 |
| GGP LAKELAND INC | PO BOX 86 | | MINNEAPOLIS | MN | 55486-0086 | | 142,682.00 |
| GGP LANDMARK PARTNERSHIP | APACHE MALL | | MINNEAPOLIS | MN | 55486-0086 | | 17,918.10 |
| GGP LIMITED PARTNERSHIP | C/O THE MAINE MALL | | MINNEAPOLIS | MN | 55486-0086 | | 17,016.92 |
| GGP MAINE MALL LLC | 364 MAINE MALL ROAD | | MINNEAPOLIS | MN | 55486-0086 | | 15,919.82 |
| GGP MEADOWS MALL LLC | MEADOWS MALL | 1110 NORTH WACKER DRIVER | CHICAGO | IL | | | 77,609.28 |
| GGP NORTH POINT INC | NORTH POINT MALL | 1000 NORTH POINT CIRCLE | ALPHARETTA | GA | | | 68,881.00 |
| GGP TUCSON MALL LLC | TUCSON MALL | PO BOX 86 SDS 12 2662 | MINNEAPOLIS | MN | | | 16,966.84 |
| GGP WILLOWBROOK LLC | 110 N WACKER DRIVE | WILLOWBROOK MALL | CHICAGO | IL | | | 22,231.43 |
| GIDDY UP LLC | 3650 PLAZA DRIVE | SUITE 6 | ANN ARBOR | MI | 48108 | | 171,131.62 |
| GIGLI INTERNATIONAL INC. | | | | | | | 22,935.21 |
| GILBERT EXPRESS INC | PO BOX 13974 | | PHILADELPHIA | PA | 19175-0978 | | 3,100.70 |
| GLIDEWELL DENTAL ASSOCIATES L. | | | CHICAGO | IL | 60074 | | 26,240.21 |
| GLOBAL SOFT VISUAL SOLUTIONS | 30-1 FT 4Y NORTH | 2885 PAYSPHERE CIRCLE | MAWAH | NJ | 07430 | | 151,084.69 |
| GO GO INTERNATIONAL | NO 6 KMB INDUSTRIAL AREA | 2ND CROSS, YELAHANKA | BANGALORE | KARNATAKA | 560006 | INDIA | 248,244.47 |
| GOLDEN'S FOUNDRY & MACH CO | 71 E SIXTEENTH STREET | 2ND STAGE, YESHWANTHPUR | YALLI NO9 | KARNATAKA | 560022 | INDIA | 221,401.65 |
| GOURMET COFFEE SERVICE INC | 7140 DENSMORE AVE | | VAN NUYS | CA | 91406 | | 233,451.36 |
| GRANDTEX ENTERPRISE SDN - CH | NO 28, 28, 30, & 32 | TAMAN INDUSTRI JAYA | JOHOR BAHRU | | 81300 | MALAYSIA | 104,835.00 |
| GRANDTEX ENTERPRISE SDN BHD | NO 28, 28, 30 & 32 | TAMAN INDUSTRI JAYA | JOHOR BAHRU | | 81300 | MALAYSIA | 56,964.00 |
| GRAPEVINE MILLS LIMITED | PARTNERSHIP | PO BOX 100199 | ATLANTA | GA | 30384-0199 | | 25,094.84 |
| GRAPHUS INC | 3030 S LA CIENEGA BLVD | GRAPEVINE MILLS | CULVER CITY | CA | 90232 | | 8,620.23 |

Hoop Retail Stores, LLC
Exhibit F-1
Unsecured Non-Priority Claims
Case No. 08-10965 - ELS

| NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | SCHEDULED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GREAT BIG PICTURES INC | 240 N MILWAUKEE ST | | | MILWAUKEE | WI | 53202 | | 163,960.51 |
| GROUP FOUR ANTIQUE TEXTILES LLC | 240 W 35TH ST #301 | | | NEW YORK | NY | 10001 | | 1,960.00 |
| GUARDIAN SECURITY SYSTEMS INC | 1743 FIRST AVE S | | | SEATTLE | WA | 98134 | | |
| GULFPORT FACTORY SHOPS LIMITED | PARTNERSHIP | 217 E REDWOOD ST 20TH FLOOR | | BALTIMORE | MD | 21202 | | 12,000.00 |
| HAMILTON COUNTY TRUSTEE | ROOM 210 COURTHOUSE | | | CHATTANOOGA | TN | 37402 | | 2,478.25 |
| HAMILTON COUNTY | HAMILTON COUNTY COMPANY | 234 MALL BLVD | | KING OF PRUSSIA | PA | 19406 | | 8,180.00 |
| HAMMERHEAD CONTRACTING GROUP | 5504 GLEN HARWELL ROAD | | | PLANT CITY | FL | 33566 | | 8,180.00 |
| HANDBAG ACCESSORIES INC | PO BOX 1 | | | NEWPORT BEACH | CA | 92661 | | 469,610.46 |
| HARPER COLLINS PUBLISHERS | SPECIAL SERVICES | 10 E 53RD STREET | 14TH FLOOR | NEW YORK | NY | 10022 | | 751,848.56 |
| HARRY LEE SHERIFF & TAX | SALES TAX DIVISION | 300 METAIRIE RD P O BOX 627 | | METAIRIE | LA | 70004 | | 20.00 |
| HARRY LEE SHERIFF AND | EX-OFFICIO TAX COLLECTOR | PO BOX 130 | | GRETNA | LA | 70054 | | 24,443.44 |
| HARTE HANKS CORPORATION | 25 LINNELL CIRCLE | | | BILLERICA | MA | 01821 | | 27,717.24 |
| HARTE HANKS DIRECT MARKETING | PO BOX 811668 | | | DALLAS | TX | 75261-1668 | | 49,351.78 |
| HAWTHORN TELECOM | PO BOX 70770 | | | CHICAGO | IL | 60673-0770 | | 1,283.31 |
| HAWTHORN LP | C/O WESTFIELD CORP INC | 11601 WILSHIRE BLVD SUITE 1200 | | LOS ANGELES | CA | 90025 | | 17,288.23 |
| HCW PRIVATE DEVELOPMENT LLC | 1000 BRANSON LANDING | | | BRANSON | MO | 65616 | | 8,817.06 |
| HEARD COUNTY TAX COMM | 215 S RIVER ST | | | EDWARDSVILLE | IL | | | 85,600.00 |
| HESHAN CITY SUN FONGHING | NO 3 TIENNAN WEST ROAD | SHAPING, HESHAN | | GUANGDONG | | | CHINA | 239,490.96 |
| HESHAN CITY SUN FONGHING | NO 3 TIENNAN WEST ROAD | SHAPING, HESHAN | | GUANGDONG | | | CHINA | 34,860.20 |
| HILLSBOROUGH COUNTY | TAX COLLECTOR | PO BOX 172920 | | TAMPA | FL | 33672 | | 45.00 |
| HOLIDAY FOLIAGE INC | 2550 OTAY CENTER DR | | | SAN DIEGO | CA | 92154 | | 3,075.87 |
| HOLLYWOOD ACCESSORIES | 5833 SIERRA VISTA ST | | | BURBANK | CA | 91521 | | 99,771.40 |
| HOLYOKE MALL COMPANY LP | M&T BANK | PO BOX 8000 | | BUFFALO | NY | 14267 | | 20,438.54 |
| HONG KONG CHI LING HING CO LTD | FLAT B 2/F | HONG KONG IND BUILDING | 444-452 DES VOEUX ROAD WEST | HONG KONG | | | HONG KONG | 198,954.25 |
| HONG KONG COMPANY | C/O HONG KONG | 11153 MAIN STREET | | CHERRY HILLS | NJ | 08003 | | 658.56 |
| HOOVER MALL PARTNERS | RIVERCHASE GALLERIA | PO BOX 85 BOX 12-0446 | SUITE A | MINNEAPOLIS | MN | 55485 | | 16,333.81 |
| KICKER MALL LTD LLC | RIVERCHASE GALLERIA | | | BIRMINGHAM | AL | | | 49,456.69 |
| HOUSE OF GRAPHICS | 1916 E FISH STREET | | | BO. EL MONTE | CA | 91733 | | 33,995.08 |
| HOWARD RUSSELL SHOPPING CENTER LLC | SERVICES | 8500 INNOVATION WY | | CHICAGO | IL | 60682 | | 24,036.76 |
| HSM ELECTRONIC PROTECTION | | | | CHICAGO | IL | 60682 | | 45.00 |
| HUAWAI INTERNATIONAL CO LTD | NO 9 MOYANG ROAD | TUEN MUN, NY | | HONG KONG | | | HONG KONG | 110,077.64 |
| HUNTINGTON MALL | PO BOX 714060 | | | COLUMBUS | OH | 43271-4060 | | 18,366.93 |
| HYAKAM TREASURE MARINE CO LTD | PO BOX 714060 | | | COLUMBUS | OH | 43271 | | 32,976.06 |
| HYGROVE OAKS MALL LEASE CO | 10600 MIDLOTHIAN TURNPIKE | SUITE 152 | | ENGLEWOOD CLIFFS | NJ | 07632 | | 56,900.00 |
| IBM | PO BOX 0216 | | | RES TRI PARK | NC | 22709 | | 347.00 |
| ICONIX INC | 11 W 42ND STREET | | | PALATINE | IL | 60067 | | 50,516.00 |
| IDX BALTIMORE INC | 1770 MIDWAY ROAD | SUITE 200 | | BALTIMORE | MD | 21215 | | 211.28 |
| IMPERIAL PARKING LEASING | 200 S MICHIGAN AVENUE | SUITE 1215 | | CHICAGO | IL | 60604 | | 2,425.00 |
| IMPERIAL VALLEY MALL LP | PO BOX 643180 | | | PITTSBURGH | PA | 15264-3180 | | 13,501.05 |
| INDIAN RIVER MALL ASSOC LTD | PO BOX 402268 | | | ATLANTA | GA | 30384-2268 | | 19,202.85 |
| INNOVATIVE RETAIL TECHNOLOGY | 130 MOTOR PARKWAY | | | WAYNE | NJ | 17788 | | 7,483.44 |
| INNOVATIVE MOBILE AND TILE LLC | PO BOX 528 | | | WAYNE | NJ | 074744-0528 | | 651.00 |
| INTEGRATED TELEPHONE SERVICES | 732 GROVE STREET | | | ATLANTA | GA | 30384 | | 28,425.47 |
| INTERNATIONAL RETAIL SERVICES | 19000 WOODINVILLE-REDMOND | SUITE B-900 | | WOODINVILLE | WA | 98072 | | 3,312.12 |
| INTERRA INDUSTRIES LLC | 739 BIRCH AVENUE | | | BENSALEM | PA | 19020 | | 485.25 |
| IPC INTERNATIONAL INC | 2511 WAUKEGAN ROAD | 132 MAIN STREET | | CHATTANOOGA | TN | 07928 | | 15,705.00 |
| IPC INTERNATIONAL CORPORATION | 601 OLD WILLETS PATH | | | BANKCROPHN | NY | 11788 | | 6,815.53 |
| LVGILLC | 17715 Silver Creek Ave E | | | HAUPPAUGE | NY | | | 45,573.43 |
| JACKSONVILLE AVENUES LP | 7550 RELIABLE PKWY | | | CHICAGO | IL | 60686-0075 | | 17,716.15 |
| JAMEDA CROWDER | 738 E HOOVER | | | ORANGE | CA | 92867 | | 520.00 |
| JARED LESLIE INC | 6000 MID TOWN #1 | 535 SOUTH TECHNOLOGY DRIVE | | OKLAHOMA CITY | OK | 73122 | | 1,080,009.00 |
| JASON BASS | 1841 N W 42ND ST | | | CLEVELAND | OH | 73116 | | 60.00 |
| JB CLOTHING COMPANY | 5 BLUE SPRUCE DRIVE | | | PITTSBURGH | PA | 44194-0889 | | 7,395.70 |
| JEFF GRANITO DESIGNS INC | 77261 | PO BOX 643194 | | PITTSBURGH | PA | 15264-3194 | | 27,000.06 |
| JEFFERSON VALLEY MALL LP | 1080 GLENDON AVE #9 | | | GLENDALE | CA | 91201 | | 3,050.00 |
| JERRY JOHNSON & ASSOC INC | 720 S GLENDALE AVENUE | APT 410 | | GLENDALE | CA | 91205 | | 861,241.44 |
| JESUS FERNANDEZ | 908 FIGUEROA TERRACE | | | LOS ANGELES | CA | 90012 | | 100.00 |
| JG SARINANA LLC | 2660 HAMILTON PK BLVD | SUITE 500 | | CHATTANOOGA | TN | 37421 | | 2,887.35 |
| JG WINSTON - SALEM LLC | 20910 INKSTER RD STE 200 | | | SOUTHFIELD | MI | 48034 | | 92,971.95 |
| JOA INC | 827 N BAY AVE | | | SouthFIELD | MI | | | 4,840.91 |
| JODY ALLEN DAILY | 602 DOVE DRIVE | | | LOS ANGELES | CA | 91000 | | 81.00 |
| JOSEPH G OTONOGLU | 5767 NORTH GREEN BAY AVENUE | | | MILWAUKEE | WI | 53209 | | 12,900.00 |
| JPV DESIGN GROUP INC | THE EMPIRE STATE BUILDING | 350 FIFTH AVE SUITE 7301 | | NEW YORK | NY | 10118 | | 1,260.00 |

Hoop Retail Stores, LLC
Exhibit F-1
Unsecured Non-Priority Claims
Case No. 08-10545 - BLS

| CREDITORNAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | SCHEDULED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| JUDITH VON HOFF INC | 8700 PRESTIGE COURT | | | RANCHO CUCAMONGA | CA | 91730 | | 2,858.76 |
| K LINE AMERICA, INC | 19600 Sam Laine | | | Houston | TX | 77084 | | 22.34 |
| K&K EXPRESS LLC DBA #2 | 8700 STONEY POINT PARKWAY | SUITE 200 | | RICHMOND | VA | 23235 | | 133,286.34 |
| K&K FASHION ACCES & DEVELOPMENT | LOGISTICA | 2765 LAGARDELLE BLVD | | EAGAN | MN | 55121 | | 24,662.00 |
| KA LA FASHION AND ACCESSORIES | ROOM 601 6/F CHEUNG TAT CENTER | NO. 18 CHEUNG LEE STREET | | HONG KONG | | 34711 | HONG KONG | 360,162.96 |
| KAISER FOUNDATION HEALTH | PO BOX 7136 | 711 KAPIOLANI BLVD | | HONOLULU | HI | 96813 | | 23,404.89 |
| KATHY GILBERT DESIGNS INC | ROOM 1207 | 43-47 WANG LUNG STREET | TSUEN WAN, NEW TERRITORIES | HONG KONG | | | HONG KONG | 2,423.34 |
| KEN LONG INDUSTRIAL CO LTD | AV. VEHICLE AD DE MORA | ED INDUSTRIAL BUILDING | CENTRO INDUSTRIAL DE MACAU | MACAU | | 99813 | CHINA | 478,535.00 |
| KEN SIGN INDUSTRIAL CO., LTD | ROOM 1307 HK YAU ROCHESTER ROAD | AREA PRETA, 2 ANDAR 1G | | MACAU | | 19114 | MACAU | 378,571.99 |
| KENNETH H YAMADA | 801 SOUTH YORK LEWYED ROAD | | | WANCHAI | | | HONG KONG | 721,053.96 |
| KEVIN RICHARD KIDNEY | 906 DOVE DRIVE | | | LOS ANGELES | CA | 90005 | | 840.00 |
| KEYSTONE NATIONAL COMPANIES | 4801 W HAZELTINE AVENUE | PHASE 1, 32 LAM HING STREET | | IRWIN | PA | 92607 | | 10,400.00 |
| KEYSTONE MUNICIPAL COLLECTIONS | 1119 WENDEL ROAD | | | IRWIN | PA | 90005 | | 36,697.81 |
| KIKO STUDIOS | 499 E OCEAN BLVD | UNIT #402 | | LONG BEACH | CA | 15642 | | 22,468.42 |
| KING RENGER PRODUCTS FACTORY | FLAT 4 BLOCK KWUN TONG | INDUSTRIAL CENTRE | | SHATIN | | 90802 | China | 115,000.00 |
| KIU HUNG INDUSTRIES - TCPHK | 14/F TALE INDUSTRIAL CENTER | 81-83 AU PUI WAN STREET | | KOWLOON | | | HONG KONG | 40,464.00 |
| KJF ELECTRICAL & MFG | CONTRACTORS CORP | 248 WEST SCOTT DRIVE | | RAHWAY | NJ | 01065 | | 86,656.34 |
| KK STERLING & MARK PACKAGING | ONE CORPORATE DRIVE | #1 SCIENCE MUSEUM RD, 1ST EAST | | PHILADELPHIA | PA | 19114 | | 538,810.00 |
| KNS ENTERPRISES INC | 2210 APOLLO DRIVE | | | | | | | 79,360.01 |
| KO HEAT CENTER, KOWLOON CO, LTD | 9901 BLUE GRASS ROAD | | PO TAN | KOWLOON | | 5294-5772 | HONG KONG | 84,472.57 |
| L&B FESTA AVAIL INC | FLAT A, 10/F LYTON | 22 LA PURISIMA | | TAIPEI | | 96104 | TAIWAN | 45,941.16 |
| LABERGE GROUP INC | 12 PL. NO. 19A, SEC. 4 | | | | | | | 18,959.01 |
| LAROI HEAVY | PO BOX 6806 | | | DALLAS | TX | 5294-5772 | | 646.04 |
| LAKESHORE ASSOCIATES LLC | LAKEWEST MALL | | | SEATTLE | WA | 98104 | | 17,218.42 |
| LAKESIDE MALL LLC | RE: LAKESIDE MALL | PO BOX 406474 | | ATLANTA | GA | 303884524 | | 177,000.00 |
| LAMAR CENTRAL OUTDOOR INC | 19950 CORP DRIVE SUITE 200 | PO BOX 64159 | | BALTIMORE | MD | 21284-4159 | | 1,973,769.88 |
| LANCAU TOYS & INT'L PROD | 6TH FLOOR, KINGSWAY PLAZA | 92 GRANVILLE ROAD | | KOWLOON | | 33156 | HONG KONG | 485,201.85 |
| LANCASTER TRUST | PARK CITY CENTER | PO BOX 86 SDS 12-1641 | | PLEASANT PRAIRIE | WI | | | 13,058.22 |
| LANSING TILE & MOSAIC INC | 2210 APOLLO DRIVE | | | LANSING | MI | 48906 | | 150.00 |
| LARRY EMCH TILE & MOSAIC LIMITED | PO BOX 128 | VALIANT INDUSTRIAL CENTRE | 2-12 AU PUI WAN STREET | HONG KONG | | 19114 | | 408,252.17 |
| LARRY RENGER | 22 LA PURISINA | | | PERRIS | CA | | | 593,862.76 |
| LARVEL MANUFACTURING INC | RHSN 1 ROAD | | | PONG STA MARG | | 62568 | CHINA | 2,000.00 |
| LAUREL PARK RETAIL PROPERTIES | PO BOX 84072 | | | DELAWARE | OH | 96075 | | 1,934.00 |
| LEE & MAN COMPANY LIMITED | L.L.C. | PO BOX 74500 | | KOWLOON | | 31182-0162 | OH | 384.00 |
| LESLIE COLLECTION | 89F LIVEN HOUSE | 61-63 KING YIP STREET | | PORTLAND | | 70116 | | 343,053.08 |
| LEXINGTON JOINT VENTURE | 1119 UNIPPHIG ST | SUITE 500 | | CHATTANOOGA | TN | 37071 | | 2,000.00 |
| LIEGE CORP | DEPT AT 42152 | | | KOKOMO | | 90012 | | 1,260.00 |
| LIFETIME BRANDS INC | 1119 LAFAYETTE ST | APT 9 | | MONTEBELLO | CA | 90640 | | 63.26 |
| LIGHTING COMPANY | 111 NORTH HILL STREET | | | BURBANK | CA | 37412 | TN | 81,400.00 |
| LINANE DREWS ARCHITECTS | 20300 HAMILTON PL BLVD | 1601 CHESTNUT ST | | PHILADELPHIA | PA | 19182-0424 | | 408,252.17 |
| LINCOLN PLAZA ASSOCIATES | 693 SOUTH HOPE AVE | | | ATLANTA | GA | 30901 | | 18,990.91 |
| LIONEL KIDDIE CITY | 3500 V BURBANK BLVD | PO BOX 82424 | | NEW ORLEANS | LA | 70116 | | 24,809.00 |
| LLOYDS FARGO & CO | 400 CORPORATE CIRCLE | SUITE E | | LOS ANGELES | CA | 90711 | | 8,859.74 |
| LORI KIRK PATRICK | DEPT AT 42152 | | | LOS ANGELES | CA | 90012 | | 60.00 |
| LORI KIRKPATRICK | 1119 LAFAYETTE ST | | | LOS ANGELES | CA | 70115 | | 72,600.00 |
| LOS ANGELES SUPERIOR COURT | 111 NORTH HILL STREET | | | NEW ORLEANS | LA | 70041 | | 1,880.00 |
| LOUISIANA TAX FREE SHOPPING | PO BOX 30185 | | 60 WING TAI ROAD | HONG KONG | | | HONG KONG | 18,604.45 |
| LUEN TAI INDUSTRIAL CO | ROOM 901, PHASE 1 | | | | | 55480-207 | | 1,042.20 |
| VNNEN WAH BRANDS LIMITED | PACIFIC VIEW VENTURA | DEPT 2999-3165 | KWUN INDUSTRIAL CITY | CHAIWAN | CHAIWAN | 55480-259 | | 36,572.35 |
| MACERICH BUENAVENTURA LP | PARTNERSHIP | DEPT 2999-3165 | 461 WILSHIRE BLVD SUITE 700 | LOS ANGELES | CA | 00094-564 | | 12,361.09 |
| MACERICH OSHKOSH LLC | | DEPT 2999-3245 | | LOS ANGELES | CA | 90094-259 | | 30,491.96 |
| MACERICH FRESNO LIMITED | | DEPT 2999-3060 | | LOS ANGELES | CA | 90094-259 | | 19,145.72 |
| MACERICH FRESNO LP | | DEPT 2999-3060 | | LOS ANGELES | CA | 90094-2569 | | 19,145.72 |
| MACERICH OAKS LLC | CAPITOLA MALL | DEPT 2999-3015 | | LOS ANGELES | CA | 90094-2569 | | 23,884.11 |
| MACERICH PARTNERSHIP LP | PARTNERSHIP | DEPT 2999-3205 | | LOS ANGELES | CA | 90094-259 | | 17,992.28 |
| MACERICH PARTNERSHIP CO VALLEY VIEW LLC | PARTNERSHIP | DEPT 2999-3305 | | LOS ANGELES | CA | 90094-259 | | 19,721.44 |
| MACERICH VINTAGE FARE LTD | PARTNERSHIP | DEPT 2999-3615 | | CHATTANOOGA | TN | 37412-5000 | | 38,605.91 |
| MACERICH VINTAGE FARE LP | PO BOX 2041220 | DEPT 2999-3220 | | MADISON | NJ | 07940 | | 14,016.39 |
| MADISON SQUARE ASSOCIATES | 2090 HAMILTON PLACE BLVD | SUITE 800 | | LANSING | MI | 48908 | | 14,016.39 |
| MAIER LOGISTICS INC | 401 WACO STREET | | | | | | | 16,760.75 |
| MAHONEY BUILDERS LLC | 6109 BLUE CIRCLE DRIVE | SUITE 1050 | | MINNETONKA | MN | 55343 | | 14,818.28 |
| MAIN PLACE SHOPPINGTOWN LLC | GO WESTFIELD INC | 2600 N MAIN ST STE 175 | | SANTA ANA | CA | 92705 | | 415,749.67 |
| MARYLAND THEATRICAL SUPPLY | 9908 GROW DRIVE | | | PENSACOLA | FL | 32534 | | 2,276.00 |
| MAYA LAVERGNE | 23 WAGGIWAY | | | OLEY | PA | 19547 | | 42,055.00 |
| MALL QUANAH INTERNATIONAL, LLC | 9700 MAMA INTERNATIONAL MALL | PO BOX 643171 | | PITTSBURGH | PA | 15264-3171 | | 759.26 |

Hoop Retail Stores, LLC
Exhibit F-4
Unsecured Non-Priority Claims
Case No. 08-10245-BLS

| NAME | ADDRESS | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|
| MALL AT GURNEE MILLS LLC | GURNEE MILLS SHOPPING CENTER | PO BOX 100560 | ATLANTA | GA | 30384-0560 | | 13,506.65 |
| MALL AT GWINNETT PL CAS LLC | GWINNETT PLACE | PO BOX 281661 | ATLANTA | GA | 30384-1661 | | 12,656.60 |
| MALL AT LEHIGH VALLEY LLC | LEHIGH VALLEY MALL | PO BOX 829446 | PHILADELPHIA PA | PA | 19182-9446 | | 24,600.22 |
| MALL AT LEHIGH VALLEY LP | LEHIGH VALLEY MALL ELECTRIC | PO BOX 829446 | PHILADELPHIA PA | PA | 19182-9446 | | 667.35 |
| MALL AT ROCKINGHAM PARK | MALL AT ROCKINGHAM PARK | PO BOX 277866 | ATLANTA | GA | 30384-7866 | | 13,799.70 |
| MALL AT ROCKINGHAM LLC | 14165 COLLECTIONS CENTER DR | | CHICAGO | IL | 60693 | | 26,825.49 |
| MALL AT SMITH HAVEN MALL | 3922 SMITH HAVEN MALL | PO BOX 643200 | PITTSBURGH | PA | 15264-3200 | | 25,243.16 |
| MALL AT SMITH HAVEN LLC | 14169 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 84105 | | 25,163.16 |
| MAPRELDA RETAIL DEVELOPMENT LLC | 2 HARRISON ST 6TH FLR | | SAN FRANCISCO | CA | | | 15,186.06 |
| MARBELLA BEL AIR MALL LLC | C/O COLONIAL BANK | SPRINGFIELD TOWNSHIP TAX | SOUTHEASTERN | PA | 19399-0016 | | 925.40 |
| MARICOPA CNTY TREASURER | 22113 NINTH AVE | REFUSE & SEWER FEES | MURRIETA | CA | 92562 | | 2,321.34 |
| MARION COUNTY CLERK | | | CARSON | CA | 90745 | | 11,090.00 |
| MARK FLEISCHER | 5143 BAKMAN AVE #216 | | ALTA LOMA | CA | 91701 | | 44.38 |
| MARGARET R SMOOT | 940 KARLAWN AVE | | NORTH HOLLYWOOD | CA | 91601 | | 6,100.00 |
| MARKS & NARULLO | 2227 SELLMAN AVE #6 | | ELMHURST | | 60149 | | 16,024.26 |
| MARK HAN | 31 Meadow View Dr | | KOWLOON | | | HONG KONG | 130,758.60 |
| MARKETING RESOURCES INC | 1425 MAPLE ST | | LA CROSSE | WI | 53040 | | 1,600.00 |
| MARKO TRADING COMPANY LIMITED | | HARBOUR CENTRE TOWER 2 | SOUTH PASADENA | CA | 91030 | HONG KONG | 3,609.00 |
| Marshall & Ilsley Bank | | | MINNEAPOLIS | MN | | | 20,568.59 |
| MAYA TRUJILLO NICKERSON | | | CHICAGO | IL | 85486 | | 20,869.97 |
| MAYFLOWER EMERALD SQUARE LLC | EMERALD SQUARE | PO BOX 6075 1D 1497 | CHICAGO | IL | 60680 | | 21,111.34 |
| MAYFLOWER-SQUARE ONE MALL | 14169 COLLECTIONS CENTER DRIVE | | CHARLOTTE | NC | 28256-5022 | | 1,266.69 |
| MAYFLOWER-SQUARE ONE LLC | 14169 COLLECTIONS CENTER DRIVE | | CHARLOTTE | NC | 28256-5022 | | 1,686.10 |
| MCI | PO BOX 96022 | | | | | | |
| MCI | PO BOX 96022 | | | | | | |
| MCKINLEY MALL LLC | C/O STOLTZ MGMT OF DELAWARE IN | PO BOX 24739 | PHILADELPHIA | PA | 19111-0739 | | 413.22 |
| MEADOWLAND MALL LLC | PO BOX 62453 | CONCORDIA PLAZA | ATLANTA | GA | 30384-2453 | | 16,318.72 |
| MEGA GAIN INTL TD CO LTD | RM 1205 TBF GREENFIELD TWR | 1 SCIENCE MUSEUM RD | KOWLOON | | | HONG KONG | 475,298.00 |
| MERCANTILE TAX COLLECTOR | 7700 BAPTIST ROAD | | BETHEL PARK | PA | 15102-3908 | | 813.46 |
| MERIDIAN SQUARE #2 LLC | FILE 6473 | | LOS ANGELES | CA | 90074-473 | | 14,693.34 |
| METRO DOOR | 15103 T.T.K. ROAD | ALWARPET, CHENNAI | CHENNAI | | | INDIA | 27,640.05 |
| METROPOLITAN TELECOMMUNICATION | 35000 SUNRISE HIGHWAY | BLDG 100 SUITE 210 | GREAT NECK | NY | 11708 | | 208,641.22 |
| MGI PHARMACEUTICAL NATIONAL BANK | METTERS | 44 WALL STREET | NEW YORK | NY | 10005 | | 39,516.30 |
| MIAMI-DADE FIRE RESCUE DEPT | 220 WASHINGTON NATIONAL BANK | 9300 NW 41ST STREET | NEW YORK | NY | 10588 | | 111,856.98 |
| MID RIVERS MALL LLC | FINANCE BUREAU | | MIAMI | FL | 33178 | | 78.00 |
| MIDDLEBROOK TECHNICAL SALES | 2000 HAMILTON PLACE BLVD | SUITE 500 | SACRAMENTO | CA | 95826 | | 1,197.00 |
| MIDWEST OFFICE TECHNOLOGY | COMPANY LLC | 121 EVANSVILLE AVENUE | CHATTANOOGA | TN | 37421-6000 | | 1,668.80 |
| MILWAUKEE GOLF DEVELOPMENT CO | LLC | 6140 RELIABLE PKWY | AVON | IN | 00717 | | 11,016.98 |
| MIMI.COM INC | 480 PARK AVE SOUTH 6TH FLR | | CINCINNATI | OH | 45241 | | 56,161.02 |
| MINEOLA INC | 490 7TH AVENUE SOUTH SUITE #130 | | NEW YORK | NY | 45264-5061 | | 425,445.46 |
| MINT SERVICES INC | 388 WINCHESTER LN | | NEW YORK | NY | 10016 | | 1,145.20 |
| MIYO IWASAKI | 388 WINCHESTER LN | | WALNUT | CA | 91789 | | 10,250.00 |
| ML SERVICES INC DBA SUNSET | MIYO IWASAKI | 4825 E MIRALOMA AVE UNIT J | ANAHEIM | CA | 92807 | | 12,542.49 |
| SCENIC EXPRESS LLC | LIGHTING SERVICES LLC | 8071 BLEVUK AVE SUITE A | SPRINGVALE | NY | 72192 | | 16,067.51 |
| MINI MALL LLC | MALL OF NEW HAMPSHIRE | 14194 COLLECTIONS CENTER DRIVE | CHICAGO | IL | 60680 | | 280,831.21 |
| MJ SALES & LICENSING LLC | 194 LOYOLA PKWY | PHASE 1 | MINNEAPOLIS | MN | 55435-5550 | | 36,328.99 |
| MOENLIANA EXPORTS | 194 LOYOLA PKWY | | PHILAN | | | INDIA | 68,333.12 |
| MODERN MASS DISTRIBUTION LLP | 128 S NEW BOSTON ST | | WOBURN | MA | 01801 | | 22.30 |
| MOK AMERICA INC | 3101 E PACIFIC COAST HWY 8400 | | KENNESAW | GA | 30144 | | 1,305.20 |
| MOLLY G RUIZ, CLERK OF CIRCUIT | 190 FIELDCREST AVENUE | | PITTSBURGH | PA | 29207 | | 276.25 |
| COURT | | | ROCKVILLE | MD | 20850 | | 872.20 |
| MONTGOMERY COUNTY DIV OF | 80 MARYLAND AVENUE | | CHAPEL HILL | NC | 27516 | | 8,022.29 |
| MONTGOMERY DEVELOPMENT | 4001MARKET ST | SUITE 200 | BAINBRIDGE | IL | 60015 | | 158,834.00 |
| MONTGOMERY NORTH AMERICA | 1600 LAKESIDE DRIVE | | BANKOLKBURN | IL | | | 171,410.84 |
| MOORE WALLACE NORTH AMERICA | PO BOX 77042 | | MELROSE PARK | IL | 60160 | | 16,749.38 |
| MORGAN MARSHALL INDUSTRIES | 941 FRONT ST | | PLYMOUTH | MA | 02381-3902 | | 241.99 |
| MORNING LIGHT PRINTING CO | ROOM 1901 BLOCK A | HI-TECH INDUSTRIAL CENTRE | TSUEN WAN | | | HONG KONG | 11,671.18 |
| MORRIS PROTO PTES LLC | 1940 W 30TH ST | | TORRANCE | CA | 90501 | | 18,190.03 |
| MOSERS PARTNERS SERVICE INC | 5011 Benjamin Ct | | PITTSBURG | CA | 11531-0581 | | 13,518.54 |
| MSA PLANNING & DESIGN | 5039 MAUREEN LANE | | MOORPARK | CA | 95901 | | 8,552.04 |
| NANJING SUPER BABY & KIDS | CONSULTANTS INC | | SAN FRANCISCO | CA | 94101 | | 564,270.56 |
| NANTONG DASHENG WEISHAN TOWELS | 21F SUNEC BUILDING | 198 CHANGJIANG ROAD | NANJING | | | CHINA | 20,023.00 |
| NATIONAL DEVELOPMENT | 11 BAHUA ROAD | NANTONG CITY | NANTONG | | | CHINA | 21,665.48 |
| NATIONAL SECURITY CONSULTANTS | 361 WELTGIOT LANE | | IRVINE | AZ | 92627 | | 66,055.65 |
| NATIONAL SECURITY CONSULTANTS | P O BOX 79042 | | CLEVELAND | OH | 44101 | | 966.25 |
| NATIONWIDE BETTER HEALTH INC | 804 N MICHIGAN AVE | | COLUMBUS | OH | 43215 | | 9,241.00 |
| NATIONWIDE ELECTRICAL & | LIGHTING MGMT SERVICES INC | PO BOX 5027 | PT PLEASANT BEACH | NJ | 08742-5027 | | 17,653.64 |

Hoop Retail Stores, LLC
Exhibit F-1
Unsecured Non-Priority Claims
Case No. 08-10545 - BLS

| NAME | ADDRESS | CITY | STATE | ZIP/POSTAL | COUNTRY | TOTAL |
|---|---|---|---|---|---|---|
| NATIONWIDE SECURITY & BUILDING SERVICES INC | 8048 E IMPERIAL HWY | DOWNEY | PA | 19106 | | 31,020.00 |
| NELSON | | PHILADELPHIA | PA | 25886-0008 | | 7,700.00 |
| NEW PARK CHARLESTON TOWN CENTER | PARKING GARAGE | CHARLESTON | WV | | | 11,165.76 |
| NEW BUFFALO SHIRT FACTORY | PO BOX 63688 | CLARENCE | NY | 89072-3688 | | 22,634.01 |
| NEW PIER ASSOCIATES | PO BOX 64004 | PHOENIX | AZ | 75050-0004 | | |
| NEW PREMIER ASSOCIATES LP | RIVERCENTER MALL | DALLAS | TX | | | 2,653.40 |
| NEW YORK CITY DEPARTMENT OF BUILDINGS | 280 BROADWAY | NEW YORK | NY | 10007 | | 13,163.50 |
| NEW YORK APPAREL CO LTD | NO 191 BLOCK B, JIANWAI SOHO NO 39 EAST 3RD RING ROAD | BEIJING | | 100007 | CHINA | 222,106.21 |
| NEWGISTICS | | | NJ | 07410 | | 11,500.00 |
| NO EXTRA CHARGE BUILDING SERVICES | 8416 HURON RD | LYNDHURST | OH | 44124 | | 11,500.00 |
| NORTH COUNTY CRANE & CRANE SVC | 104 WEST K STREET | BENICIA | CA | 94510-3413 | | 14,356.19 |
| NORTHLAKE MALL LLC | 1501 NORTHLAKE MALL | ATLANTA | GA | 94504-2561 | | -403.21 |
| NORTHRIDGE MALL | DEPT 22884-3106 | LOS ANGELES | CA | 90084-2880 | | 18,001.45 |
| NORTHRIDGE MALL LLC | | | | | | 200.02 |
| NORTHSIDE REALTY DEVELOPMENT COMPANY | PROPERTY ID 77-2743 | INDIANAPOLIS | IN | 46206-0024 | | 22,510.25 |
| NS MALL PROPERTY LP | RE NORTH STAR MALL | BALTIMORE | MD | 21264-4794 | | 22,410.75 |
| NSK TEXTILES LTD. | PO BOX 1954 | SHARJAH | | | UNITED ARAB EMIRATES | 15,225.00 |
| OAK BROOK URBAN VENTURE LP | 15319 W 95TH ST | BALTIMORE | MD | 21264-4676 | | 15,385.81 |
| OAKLAND MALL FINANCE LLC | PO BOX 64679 | OVERLAND PARK | KS | 66214-1827 | | 2,779,991.58 |
| OAK VIEW MALL LLC | PO BOX 86 SDS 12 1640 | MINNEAPOLIS | MN | 55486-0086 | | 993,164.35 |
| OASIS FASHION LP | 383 INDUSTRIAL HILL DR STE 2005 | SAN JOSE | CA | 95123 | | 28,442.94 |
| OCEAN SKY INTERNATIONAL (CHI) | 22 FARWELL STREET 92 | SINGAPORE | | 628878 | SINGAPORE | 28,545.57 |
| OCEAN SKY INTERNATIONAL (KH) | 22 FARWELL STREET 92 | SINGAPORE | | 628878 | SINGAPORE | 198,900.32 |
| OLD ORCHARD URBAN LIMITED PARTNERSHIP | MAILCODE / MCBC | DELRAY BEACH | FL | 33426 | | 19,817.03 |
| ONE TO ONE GARMENT (INT) | 1661 SOLUTIONS CENTER | CHICAGO | IL | 60677-1006 | | 695,536.74 |
| ONTARIO MILLS LP | #1-3/LT CANADA INDUSTRIAL PARK | PHNOM PENH | | | CAMBODIA | 13,526.25 |
| OOCL (USA) INC | ONTARIO MILLS | ATLANTA | GA | 30384-3844 | | 3,877.00 |
| OPRY MILLS LIMITED PARTNERSHIP | 2035 CAMINO RAMON SUITE 400 | SAN RAMON | CA | 94583 | | 19,867.23 |
| ORION FOOD CO LTD | PARTNERSHIP | ATLANTA | GA | 30384-2242 | | 7,920.25 |
| OVERSEAS PUBLISHERS REPRESENTATIVES | 71 HUNG TO ROAD 252 WEST 36TH STREET | NEW YORK | NY | 10018 | | 9,221.50 |
| P&O NEDLLOYD LOGISTICS LLC | GILBERT AIR CARGO DIVISION | LOUISVILLE | KY | 40225-2451 | | 6,400.00 |
| P&O NEDLLOYD LOGISTICS LTD | GILBERT WEST | LOUISVILLE | KY | 64123 | | 0.00 |
| PACIFIC ARCHITECTURE MAGAZINE LLC | 8725 KIMBALL AVE | CHINO | CA | 91710 | | 40,874.80 |
| PACIFIC ASIAN COMMUNICATIONS LLC | OBA/HONOLULU MAGAZINE | HONOLULU | HI | 96848 | | 21,484.20 |
| PADA INDUSTRIAL CO - HANGOODS | WINFUL INDUSTRIAL BUILDING 9/F BLOCK A | KOWLOON | | | HONG KONG | 643,758.32 |
| PADA INDUSTRIAL CO (KH) | WINFUL INDUSTRIAL BUILDING 9/F BLOCK A | KOWLOON | | | HONG KONG | 31,871.89 |
| PADA INDUSTRIAL CO TN (KH) | WINFUL INDUSTRIAL BUILDING 9/F BLOCK A | KOWLOON | | | HONG KONG | 385.00 |
| PALCO INTERNATIONAL CO. | UNIT NO.20-22 SHING CHUEN RD NO.26-27 SHING WAH ROAD | TAIWAN, SHATIN | | | Hong Kong | 683,440.00 |
| PAN AMERICAN LIFE INSURANCE | 601 POYDRAS STREET | NEW ORLEANS | LA | 70130 | | 16,933.63 |
| PANPACIFIC LP | CLARIN / LOMA 18 | ESPINO | FL | 02830 | | 1,342.74 |
| PAO YUEN GARMENTS CORP (KH) | SANGOAT, 4 KHAN MITTHPEAP | SHANGHAI VILLE | | | CAMBODIA | 32,568.57 |
| PARAGON CONSTRUCTION CORP LP | 3607 ASSOCIATES | LOS ANGELES | AZ | 89072-0618 | | 14,407.44 |
| PARAGON LANGUAGE SVC | 3607 WILSHIRE BLVD | LOS ANGELES | CA | 90036 | | 650.00 |
| PARAMOUNT SHOPPING CENTER, LLC | | BALTIMORE | MD | 21264-4860 | | 322,893.00 |
| PARKS & JMILKSTOLD LP | 110H WAGGER DRIVE | EL CAJON | CA | 89085-0911 | | 191,426.33 |
| PARKWAY PLAZA LP | 415 PARKWAY PLAZA | LOS ANGELES | CA | 90020 | | 101,069.55 |
| PARKWAY PLAZA A DELAWARE LP | 11501 WILSHIRE BLVD | KOWLOON | CA | 90095 | | 18,689.99 |
| PAVILION INVESTMENT LTD - TDS | HARBOUR CENTRE 1 HOK CHEUNG STREET | KOWLOON | | | HONG KONG | 18,667.71 |
| PAVILION INVESTMENT LTD. TN | HARBOUR CENTRE 1 HOK CHEUNG STREET | KOWLOON | | | HONG KONG | 18,625.84 |
| PDM PROPERTY WOODEN DRIVE | | CHICAGO | | | | 4,601.62 |
| PENBRIDGE LAKES MALL LIMITED PARTNERSHIP | PO BOX 85954 | CHICAGO | IL | 60695-5364 | | 14,108.19 |
| PENN SQUARE MALL LIMITED PARTNERSHIP | PO BOX 2004 PO BOX 79310 | INDIANAPOLIS | IN | 46206-2004 | | 19,003.97 |
| PERMIT RESOURCES | 150 EAST GAY STREET | MISSION VIEJO | IL | 60761 | | 2,104.57 |
| PFP COLUMBUS LLC | 22917 NETWORK PLACE | COLUMBUS | OH | 43216 | | 280,115.00 |
| PHOENIX LEASE ASSOCIATES | 100 OCEAN GATE, SUITE 470 | CHICAGO | IL | 60670-0229 | | 138.85 |
| PIER PASS INC | NO 538 XINGPING 4 ROAD | LONG BEACH | CA | 90802 | | 9,390.45 |
| PINGHU ENJOY INTERNATIONAL | 231 W 39TH ST | ZHEJIANG | | 314200 | CHINA | 5,662.47 |
| PINGHU ENJOY INTERNATIONAL DEVELOP ZONE | PINGHU ECONOMIC DEVELOP ZONE | PINGHU CITY | CT | 40088 | CHINA | 20,238.94 |
| PITNEY BOWES CREDIT CORP | PO BOX 856460 | SHAXTON | KY | 00002 | | 13,709.03 |
| PITNEY BOWES GLOBAL FINANCIAL | SUITE 2147 | LOUISVILLE | TN | 38131 | | 54,286.00 |
| PLAN EXPRESS | 3000 AIRWAYS BLVD | MEMPHIS | CA | 90045 | | 97,482.90 |
| PLAXTON GRAPHICS | 185 OREGON BLVD | EL SEGUNDO | CA | 00045 | | 21,855.91 |
| PLAZA BONITA LLC | FILE 55579 | LOS ANGELES | CA | 00074887 | | |
| PLAZA CAMINO REAL | FILE 56733 | LOS ANGELES | CA | 00074473 | | |
| PLAZA WEST COVINA LP | FILE 55575 | LOS ANGELES | CA | 00074456 | | |
| POLYHY INDUSTRIAL BLDG | 20F KAM SHING INDUSTRIAL BLDG | HONG KONG | | | CHINA | |
| POMPEI AD LLC | 191 AVE OF THE AMERICAS | NEW YORK | NY | 10013 | | |

Hoop Retail Stores, LLC
Exhibit F-1
Unsecured Non-Priority Claims
Case No. 08-10545 - BLS

| Name | Address 1 | Address 2 | City | State | Zip | Country | Amount |
|---|---|---|---|---|---|---|---|
| PONTE GADEA CALIFORNIA LLC | 1221 BRICKELL AVE SUITE 1000 | | MIAMI | FL | 33131 | | 110,181.41 |
| POP TV LLC | 5089 MAUREEN LANE | UNIT A | MOORPARK | CA | 93021 | | 205,121.90 |
| PPR INTERIM MALL LLC | | PO BOX 22884-8625 | LOS ANGELES | CA | 90084-2884 | | 7,877.25 |
| PPR WASHINGTON SQUARE LLC | | DEPT 2886-5670 | PHILADELPHIA | PA | 19171-2884 | | 20,487.35 |
| PR BEAVER VALLEY LP | W510204 | PO BOX 7777 | PHILADELPHIA | PA | 19175-0204 | | 2,159.25 |
| PR CAPITAL CITY LP PARTNERSHIP | PO BOX 85055 | | PHILADELPHIA | PA | 19178 | | 8,132.95 |
| PR CAPITAL CITY LP | CAPITAL CITY MALL | | CLEVELAND | OH | 19102 | | 12,607.83 |
| PR EXTON LIMITED PARTNERSHIP | PO BOX 828 | 2005 BROAD ST FL3 | MALL | PA | 44193-0002 | | 7,827.05 |
| PR EXTON LP | SPRINGFIELD MALL | 2005 BROAD FL3 | PHILADELPHIA | PA | 19102-3815 | | 7,752.05 |
| PR SPRINGFIELD DELCO LP | 3RD FLOOR | 3RD FLOOR | PHILADELPHIA | PA | 19102 | | 36,065.85 |
| PR VALLEY VIP WG HOPHY/G WG | US BANK NA AS TRUSTEE | (WYOMING VALLY MALL) | PHILADELPHIA | PA | 19102 | | 19,004.05 |
| PR WILLOWBROOK PARTNERSHIP | 7108 1ST AVE S | 200 S BROAD STREET FL3 | MINNEAPOLIS | MN | 55427 | | 8,718.54 |
| PROCESS DISPLAYS PRINTING INC | 7108 1ST AVE N | | MINNEAPOLIS | MN | 55427 | | 122,541.40 |
| PROCESS DISPLAYS WORKS | 135435 COLLECTIONS CTR DR #6 | | SHERMAN OAKS | NY | 60693 | | 206,168.00 |
| PROADSTYL TREND OFFICE LTD | 250 W 39 STREET | SUITE 1002 | NEW YORK | NY | 10018 | | 5,348.00 |
| PROTEX INTERNATIONAL CORP | 180 KEYLAND COURT | | BOHEMIA | NY | 11716 | | 87.97 |
| PROVI-WALDEN COMPANY LP | THE CLINTON EXCHANGE | 4 CLINTON SQUARE | SYRACUSE | NY | 13202-1034 | | 20,059.46 |
| QWEST | PO BOX 173638 | | DENVER | CO | 80217-3638 | | -728.16 |
| QWEST | PO BOX 29039 | | PHOENIX | AZ | 85038-9039 | | -69.21 |
| QWEST | PO BOX 29040 | | PHOENIX | AZ | 85038-9040 | | -554.04 |
| RALTPAL INTERNATIONAL INC | 5760 CAMINO REAL | | RIVERSIDE | CA | 92509 | | 500.36 |
| RANDOM HOUSE INC | 1745 BROADWAY | | NEW YORK | NY | 10019 | | 76,988.28 |
| RAOPING LINDE CERAMICS CO LTD | LIQIAO VILLAGE, QIANDONG TOWN | RAOPING COUNTY | GUANGDONG | | | CHINA | 51,984.46 |
| | | | | | | | |
| RCS LOGISTICS INC | 189-26 190TH AVENUE | | SPRINGFIELD GARDEN | NY | 11413 | | 397,867.71 |
| RD WEBB & COMPANY INC | 200 WILLIAM STREET | | PORT CHESTER | NY | 10573 | | 186,590.97 |
| READY FOR MEDIA INC | 18842 PACIFIC COAST HWY | | MALIBU | CA | 90265 | | 600.00 |
| REDISON BUSINESS CENTER | 27233 ROBERT STREET | | CASTRO VALLEY | CA | 94546 | | 6,075.00 |
| REGAL LIMOUSINE | P.O. BOX 9482 | | SADDLE BROOK | NJ | 07663 | | 426.75 |
| REGENCY ENTERPRISES | 16986 ARMINTA ST | | VAN NUYS | CA | 91406 | | 177,074.57 |
| REGIONALS INC | 4519 N Sterling Ave | | PANAMA | IL | | | 100.00 |
| RELIASTAR LIFE INSURANCE | COMPANY | 20 WASHINGTON AVE SOUTH | MINNEAPOLIS | MN | 55401 | | 19,940.05 |
| RENYG FASHION | 1425 BROADWAY | | NEW YORK | NY | 10018 | | 10,590.00 |
| RESOURCE SOLUTIONS PRO LTD | 908 GREENFIELD TOWER | CONCORDIA PLAZA | WALTHAM | MA | 02453 | | 188,638.06 |
| RETAIL MDS INC | 2808 SUNSET AVENUE | 1 SCIENCE MUSEUM ROAD | TSIMSHATSUI | | | HONG KONG | 600.00 |
| RETAIL MAINT & CONSTRUCTION | 4152 TERRAMERE AVE | | NORRISTOWN | PA | 19403 | | 3,435.00 |
| RETAIL PROJECT MANAGERS INC | 122 EAST 42ND STREET | | ARLINGTON HEIGHTS | IL | 60004 | | 38,040.00 |
| RETHY ASSOCIATES INC | 2027 EAST FOOTHILL BLVD | WXW COMPLEX SUITE B | NEW YORK | NY | 10168-0266 | | 2,637.00 |
| RHI ENTERTAINMENT CORPORATION | RF2 NO.31 LANE 200 | | EAST BRUNSWICK | NJ | 08816 | | 11,079.61 |
| RICARDO A BERMUDEZ | RF2 NO.31 LANE 200 | TONG HUA STREET | PASADENA | CA | 91107 | | 2,011.32 |
| RICH GLOBAL LIMITED | 960 NORTH KINGS ROAD | TAIPEI | | | TAIWAN | 47,367.60 |
| RICHMOND ASSOCIATES LLC | ONE RODNEY SQUARE | PO BOX 67000 | WILMINGTON | DE | 19801 | | 19,000.00 |
| RICHMOND ASSOCIATES LLC | HILLTOP MALL | PO BOX 67000 | DETROIT | MI | 48267-0002 | | 7,145.75 |
| RISA EXPRESS | GBP GRANDVILLE LLC | | MINNEAPOLIS | MN | 53466-1786 | | 7,179.57 |
| RMS INVESTMENT CORPORATION | 4489 HOBBS DRIVE | | CLEVELAND | OH | 44143-2302 | | 7,099.68 |
| ROBBIE ROSS FINNIGAN | 4489 HOBBS DRIVE | | CLEVELAND | OH | 91011 | | 8,675.00 |
| ROBERT WOLSTENHOLME INTERNATIONAL INC | GRANDVILLE DRIVE #3 | | CLEVELAND | OH | 44301 | | 4,601.07 |
| ROBERT M HOSTRING | 709 BURCHITT ST | | GLENDALE | CA | 91202 | | 767.75 |
| | | | | | | | |
| ROBERT SCHWARTZMAN | dba PACE DEVELOPMENT GROUP LLC | 280 MERCER STREET SUITE A502 | NEW YORK | NY | 10012 | | 4,500.00 |
| ROBINSON MALL / JCP ASSOCIATES | LTD | THE MALL AT ROBINSON | CLEVELAND | OH | 44118 | | 17,225.00 |
| ROCKVALE OUTLET CENTER | dba ROCKVALE SQUARE OUTLETS | 35 S WILLOWDALE DR SUITE 127 | LANCASTER | PA | 17602 | | 11,815.92 |
| ROCKLER ENTERPRISES INC | 35 E CONGRESS STREET | 3712 DEL MAR AVE | SACRAMENTO | CA | 95833 | | 46,850.00 |
| ROSE DISPLAYS LTD | 35 CONGRESS STREET | | SALEM | MA | 01970 | | 288.00 |
| ROSEVILLE CITY OF | | | ROSEVILLE | CA | 95678 | | 250.00 |
| ROTO-CRAFT | 5572 COLLECTIONS CENTER | ZHEN QINGPU | SHANGHAI | | | China | 555.00 |
| ROYALONG INDUSTRIAL CORP CN | 4355 HUA XU MEIHUAN | | MINNEAPOLIS | NJ | 07071 | | 72,536.90 |
| RSP PROPERTIES INC | 2200 WILLIS STREET WEST | | MINNEAPOLIS | MN | 55499-000 | | 9,944.60 |
| RS PROPERTIES INC | REGENCY SQ2 MALL | C/O GGP LTD SDS 12-1966 | MINNEAPOLIS | MN | 60310 | | 14,443.69 |
| RSA EXPRESS | PO BOX 101567 | | STATEN ISLAND | NY | 10310 | | 3,668.00 |
| RSH MAINTENANCE SVCS LLC | 401 FLORIDA FL | | | NJ | | | 9,257.00 |
| S.P. APPARELS | 39/A EXTENSION STREET | KAYATHUPUDUR | TAMIL NADU | | 641654 | INDIA | 496,411.96 |
| SABRE RETER ZU REICHENDORF | 2089 N RAYMOND AVE | AVINASHI | COIMBATORE | CA | | | 600.00 |
| SACRAMENTO COUNTY | BUSINESS LICENSING UNIT | 70016 STREET/RM 1710 | SACRAMENTO | CA | 95814-1265 | | 4,775.10 |
| SAFE & SOUND ARMED COURIER INC | P.O. BOX 1483 | | BAYVILLE | NY | 11709 | | 24,118.40 |
| SANGEETOWN SQUARE LLC | | PO BOX 5024 SDS 12-2591 | MINNEAPOLIS | MN | 55486-265 | | 14,192.87 |
| SANTA ANA VENTURE | | PO BOX 5084 | BUFFALO | NY | 14240-5084 | | 19,034.95 |
| SARASOTA SHOPPINGTOWN LLC | c/o BANK OF AMERICA | FILE #57406 | PASADENA | CA | 91110-0773 | | 14,551.71 |

Hoop Retail Stores, LLC
Exhibit F-1
Unsecured Non-Priority Claims
Case No. 08-10545 - BLS

| Creditor Name | Address 1 | Address 2 | City | State | Country | Number | Amount |
|---|---|---|---|---|---|---|---|
| SARGENT ARCHITECTS PC | 49 FIRST STREET | | LODI | NJ | | 07644 | 2,075.72 |
| SBC | PO BOX 650166 | | DALLAS | TX | | 75265-0516 | -44.06 |
| SBC | BILL PAYMENT CENTER | | SAGINAW | MI | | 48663-0003 | -31.32 |
| SBC | BILL PAYMENT CENTER | | SAGINAW | MI | | 48663-0003 | -30.00 |
| SBC | BILL PAYMENT CENTER | | SAGINAW | MI | | 48663-0003 | -366.71 |
| SBC | BILL PAYMENT CENTER | | SAGINAW | MI | | 48663-0003 | -366.51 |
| SCHREILER ELEVATOR CORP | 114607 FOOTHILL BLVD | SUITE 200 | SYLMAR | CA | | 91342 | 1,663.84 |
| SCOTT THOMAS CONSTRUCTION INC | 5572 DISCOVERY PARK BLVD | SUITE 200 | WILLIAMSBURG | VA | | 23188 | 747,180.51 |
| SCOTT THOMAS CONSTRUCTION SQUARE LP | 5572 DISCOVERY PARK BLVD | SUITE 200 | WILLIAMSBURG | VA | | 23188-2399 | 233,661.38 |
| SCRANTON MALL ASSOCIATES LP | 4500 PERKIOMEN AVE | | READING | PA | | 19606-3202 | 7,534.08 |
| SDS OAKLAND ASSOC INC | 1366 SDS OAKLAND ASSOC INC | | PITTSBURGH | PA | | 12304-4076 | 81,351.88 |
| SDS MACKEOCH PROP LP | PROPERTY 4771 NORTHPARK MALL | | ATLANTA | PA | | 30384-2191 | 12,120.74 |
| SEABOARD CONSTRUCTION OF NEW | JERSEY | 1519 HIGHWAY 138 | SUITE 1S1 | WALL | NJ | 07719 | 1,900.00 |
| SECRETARY OF STATE CORPORATION DIVISION | 255 CAPITAL STREET NE | | SALEM | OR | | 97310-1327 | 200.00 |
| SECRETARY OF STATE OF NEVADA | 202 N CARSON STREET | | CARSON CITY | NV | | 89701 | 200.00 |
| SECURITY RESOURCES | 11150 HARLKRESS ROAD | | CHERRY HILL | NJ | | 08003 | 38,979.15 |
| SEDGEWICK CLAIMS MGMT SERV IN | 1415 VANTAGE PARK ASSOCIATES IN | 115 WEST WASHINGTON STREET | RICHMOND | VA | | | 13,131.34 |
| SERVICE INTELLIGENCE | 1254-6940 FISHER ROAD SE | | CALGARY | AB | | T2H OW3 | 11,625.64 |
| SETH D WEINBERGER-CHEN DESIGN | 10161 DISSKERS AVE | | NORTH RIDGE | CA | | 91326 | 4,770.00 |
| SHANGHAI DONGSHENG AVE | ROOM 616, NO 279 SIPING ROAD | JIUEGANG TOWN, PUDONG COUNTY | NANTONG | | JIANGSU PROVINCE | CHINA | 2,989.80 |
| SHANGHAI HONGXIA FASHION PROPERTY CO | NO 122 JUEENG ROAD | | SHANGHAI | | | CHINA | 174,747.76 |
| SHANGHAI KNITS STORE FASHION | NO.639 YANGGAO SOUTH ROAD | ZHOUPU, NANPAO DISTRICT | SHANGHAI | | PUDONG | CHINA | 378,759.31 |
| SHANGHAI MINGKUN FASHION CO. | 98, HEXOGAO ROAD | | SHANGHAI | | | CHINA | 68,962.00 |
| SHANGHAI MINGWEN (INTL) | | | SHANGHAI | | | CHINA | 45,815.32 |
| SHANGHAI THINK TOP DEVELOPMENT | 17H ZHU FENG UNIVERSE BLDG | 1800W ZHONGSHAN ROAD | SHANGHAI | | | CHINA | 222,216.69 |
| SHANGHAI XUETONG GROUP | DEPT 181, ROOM 508, | NO.388 BEIJING ROAD EAST | SHANGHAI | | | CHINA | 304,864.00 |
| SHANGHAI YANGJIEFU CLOTHES - TDB | NO.88 FENGSHU ROAD | BAO SHAN DISTRICT | SHANGHAI | | | CHINA | 72,939.90 |
| SHEHADI RUGS & CARPET | 23 JUST ROAD | | FAIRFIELD | NJ | | 07004 | 53,503.00 |
| SHELBY COUNTY CLERKS OFFICE | BUSINESS TAX DIVISION | 150 WASHINGTON AVENUE | MEMPHIS | TN | | 38103 | 27,757.62 |
| SHENEKEN (U.S.A.) CO. LTD | BANK OF AMERICA, 11TH FLOOR | | CHARLESTON | WV | | 38104 | 760.09 |
| SHERIFF OF KANAWHA COUNTY | 409 VIRGINIA STREET, ROOM 120 | | CHARLESTON | WV | | 25301 | 3,990.72 |
| SHERMAN OAKS FASHION ASSOC LP | BANK OF AMERICA | PO BOX 58891 | LOS ANGELES | CA | | 90074469 | 18,256.65 |
| SHIELD (S.A.) DENIM WASH | 3401 NASH STREET | | ORANGE | CA | | 92899 | 28,501.20 |
| SHIHO NAKATA | 2119 WILSHIRE BLVD 8816 | 11TH FLOOR | SANTA MONICA | CA | | 90403 | 1,320.00 |
| SHIN MARKENT CORP | 1203 N HIGHLAND STREET | | LOS ANGELES | CA | | 90403 | 21,014.92 |
| SHOPPING CENTER ASSOC | 4855 MENLO PARK MALL | PO BOX 2004 | INDIANAPOLIS | CA | | 46055-0001 | 2,000.00 |
| SILK & RENG | 1503 ALVARADO ST | | OCEANSIDE | CA | | 92054 | 11,900.00 |
| SIMON PROPERTY GALLERIA LLC | | | LOS ANGELES | CA | | 200025 | 304,864.00 |
| SILVER LAKE YOGA | 2810 1/2 GLENDALE BLVD | | ROSELAND | NJ | | 90039 | 1,900.00 |
| SIMON CHELSEA LAS VEGAS | DEVELOPMENT LLC | 105 EISENHOWER PARKWAY | | NJ | | 07068 | 21,977.25 |
| SIMON DEBARTOLO GROUP LP | PROPERTY 2103 TOWN EAST SQUARE | PO BOX 2004 | INDIANAPOLIS | IN | | 46056-0001 | 14,063.31 |
| SIMON PROPERTY GROUP INC | 4882 CASAY COUNTY MALL | PO BOX 2004 | INDIANAPOLIS | IN | | 46056-0004 | 16,048.98 |
| SIMON PROPERTY GROUP TXLP | PROPERTY 5646 | PO BOX 2004 | INDIANAPOLIS | IN | | 46056-0004 | 20,262.84 |
| SIMON PROPERTY GRP LP | PROPERTY 8700 CASTLETON SQUARE | PO BOX 2004 | INDIANAPOLIS | IN | | 46056-0004 | 21,714.04 |
| SIMON PROPERTY GRP LP | PROPERTY 8973 GREAT LAKES MALL | PO BOX 2004 | INDIANAPOLIS | IN | | 46056-0004 | 15,812.02 |
| SIMON PROPERTY GRP TXLP | PROPERTY 8974 GREEN PARK MALL | PO BOX 2004 | INDIANAPOLIS | IN | | 46056-0004 | 298,306.50 |
| SIMON PROPERTY 0511 | PROPERTY 0511 | PO BOX 2004 | INDIANAPOLIS | IN | | 46056-0001 | 19,297.23 |
| SIMON (EUROPE) | PO BOX CA | | NEW YORK | NY | | 00194 | 1,450.15 |
| SINGAPORE RETAIL-ATION PRINTING | 9207 A LLANO HERMANAS STREET | | HACIENDA/MANGUEZ | CA | | 90221 | 448,425.00 |
| SINOLINK HOLDINGS (CHINA) LTD | UNIT 5, 5/F | SUN CHEONG INDUSTRIAL BUILDING | CHEUNG SHA WAN, KOWLOON | | NO.1 CHEUNG SHUN STREET | CHINA | 319,800.56 |
| SINOLINK (DIAMOND) HLDG EXOP CO. | SOUTH ROAD OF XUEYUAN | | HONG KONG | | | CHINA | 81,890.36 |
| SISLEY NORTH AMERICA | AUTHORITY | PO BOX 0361 | SEOUL | | KANGDONG-GU | KOREA | 3,050.01 |
| SMI CO., LTD. | 1714, MANSAN-DONG 1-KA | CHOONG-GU | | | | KOREA | 508,578.74 |
| SNAPYSOX LLC | 11150 W 190TH | STE J | FORT LAUDERDALE | CA | | 92714 | 11,629.45 |
| SNAPFOOS KOREA LTD | 6555 POWERLINE ROAD | | CHEISSHARU | FL | | 23039 | 500,449.10 |
| SNAPFOOS KOREA LTD | P8 WOGGAINS BUILDING | 437-8 CHEISHO-DONG | LOS ANGELES | CA | | 1934-050 | 15,758.45 |
| SOCIETE INTERNATIONALE LOGISTICS | 2330 COLOSTEAU COURT | FILE 54515 | LOS ANGELES, | CA | | 90014-4730 | 24,905.37 |
| SOMA INTERNATIONAL LTD | 8 FL SOUTH SEAS CENTRE | TOWER 1 | KOWLOON | | 75 MODY ROAD | HONG KONG | 16,200.00 |
| SOMERSET COLLECTION LIMITED | PARTNERSHIP | PO BOX 67600 | DETROIT | MI | | 48279-3252 | 72,947.78 |
| SOUTH BAY CENTER LLC | CXO FOREST CITY MANAGEMENT INC | PO BOX 72089 | CLEVELAND | OH | | 44193-0002 | 13,445.84 |
| SOUTH COAST AIR QUALITY | MANAGEMENT DISTRICT | 21865 COPLEY DRIVE | DIAMOND BAR | CA | | 91765 | 12,942.72 |
| SOUTH COAST AIR QUALITY | MANAGEMENT DISTRICT | 21865 COPLEY DRIVE | DIAMOND BAR | CA | | 91765 | 385.64 |
| SOUTH COAST PLAZA | TENANT 221985 & 229855 | FILE 54676 | LOS ANGELES | CA | | 90074-4367 | 40,121.49 |

Hoop Retail Stores, LLC
Exhibit F-1
Unsecured Non-Priority Claims
Case No. 08-10545 - BLS

SOUTH SHORE MALL

| Creditor | Address 1 | Address 2 | City | State | Zip | Country | Amount |
|---|---|---|---|---|---|---|---|
| SOUTHLAND CENTER LLC | C/O GENERAL GROWTH PROPERTIES | PO BOX 86210 | BALTIMORE | MD | 90074-1421 | | 30,039.32 |
| SOUTHRIDGE LIMITED PARTNERSHIP | SOUTHRIDGE MALL | PO BOX 644831 | ATLANTA | GA | 30384-4831 | | 10,275.66 |
| SOUTHRIDGE MALL | C/O GGP LP | PO BOX 86S SDS 12 1825 | MINNEAPOLIS | MN | 55486-068 | | 12,829.74 |
| SOUTHWEST PLAZA | 990 E MAIN ST | | PITTSBURGH | PA | 10084-1692 | | 7,895.66 |
| SPG INDEPENDENCE CENTER LLC | | PO BOX 714060 | INDIANAPOLIS | IN | 10588 | | 20,631.65 |
| SPIRELC ELECTRIC INC | | PO BOX 89 SDS 12 1694 | SHRUB OAK | NY | 43271-0060 | | 1,760.00 |
| | 300 ORIENTAL CENTER | 87-71 CHATHAM ROAD SOUTH | COLUMBUS | OH | | | 6,885.61 |
| SRM ENTERTAINMENT LTD (O) | | SUITE 559 | TSIMSHATSUI | | 53488-0068 | HONG KONG | 19,837.02 |
| | 100 CONGRESS STREET | | ST LOUIS | MO | 83001 | | 12,398.40 |
| STACK RESOURCES LLC (C) | 12410 S.E. 32ND STREET | | BELLEVUE | WA | 98005 | | 112,500.40 |
| STANDARD PARKING CORP | 9015 QUEENS BLVD | | ELMHURST | IL | 11373 | | 20.00 |
| STAR AIRFREIGHT COMPANY LTD | 149-35 177TH STREET 2FL | | INDIANAPOLIS | IN | 46350 | | 600.00 |
| | 165TH AVE SOUTH ST | | JAMAICA | NY | 11434 | | 118.75 |
| STERLING PRODUCTS LTD | 1699 BLUE GRASS ST | | SIMI VALLEY | CA | 93065 | | 2,700.00 |
| STONEBRIAR MALL | C/O JONES LANG INDUSTRIAL BLDG | | CHICAGO | IL | 60674 | | 64,443.35 |
| STOREBRAND MALL | 2004 PAYSPHERE CIRCLE | | MINNEAPOLIS | MN | 55486-0066 | | 17,088.50 |
| | C/O MANAGEMENT GALLERIA | | ELKHART | IN | 97102 | | 19,848.35 |
| SUGARLOAF MILLS LP | 5000 KATELLA AVE | | ATLANTA | GA | 30384-2854 | | 192,876.76 |
| DISCOVERY HILLS | | PO BOX 66954 | ATLANTA | GA | 11595 | | 14,883.45 |
| SUN APPAREL | 194 EAST PLAZA | WEST TOWER LOBBY LEVEL | UNIONDALE | NY | 92082 | | 7,850.41 |
| SUN GROUP INC | 12281 PALO DR | | GENESIS GROVE | CA | 207,300.06 | | 41,506.76 |
| SUN YING MING IND CO | FLAT B 4/F YUENG YIU CHUNG | (NO), 83 INDUSTRIAL BUILDING | HONG KONG | | | HONG KONG | 697,047.94 |
| SUNBEAM PRODUCTS INC | 470 CITADEL MALL | | MANSFIELD | MO | 11189-4267 | | 69,225 |
| SUNVALLEY SHOPPING CENTER LLC | 1908 ELLOHOUGAN BLVD | | BLOOMFIELD HILLS | MI | 48303-0030 | | 459,120.47 |
| SUNVIK GROUP CO LTD | #1 FIRE STREET | | SHANGHAI | | 361050 | CHINA | 21.12 |
| SUNWA GROUP CO LTD | 9201 WESTOVER ST #303 | | KOWLOON | | 90046 | HONG KONG | 91.53 |
| SUPERTOYS IND CO LTD (O) | 607-609 8F WORLD FINANCE CTR | NORTH TOWER | KOWLOON | | | HONG KONG | 41,506.76 |
| | 300 S BRAND | | Sanaa | AL | 36571 | | 98.50 |
| SUZANNA LAKATOS | 500 S MAIN AVE BLVD #10 | | PASADENA | CA | 91101 | | 65.00 |
| SUZHOU SOYEA TOYS CO LTD | | JIGSHAGLU | SUZHOU | | 215-127 | CHINA | 7,960.00 |
| | 516 TOWNSEND AVE | | HARRISBURG | PA | 17111 | | 67.12 |
| SWATCHGROUP | | GAOM | | | 23060 | | -417.34 |
| SWEET CONSTRUCTION CORP | 22 WEST 21ST STREET 2ND FL | | NEW YORK | NY | 10010 | | 397.20 |
| | | | HOUSTON | TX | | | 0,510.06 |
| | WF KO108 SEC.2 | | HOUSTON | TX | 77068 | | 165.00 |
| TAIWAN FIRST ENTERPRISE (CN) | | HI-TECH INDUSTRIAL CENTRE | TAIWAN | | 100 | TAIWAN | 2,933.66 |
| TANGER FACTORY OUTLET CENTERS | 3200 NORTHLINE AVENUE SITE 360 | ROOSEVELT ROAD | GREENSBORO | NC | 27408 | | 908.56 |
| TANGER PROPERTIES LP | 3200 NORTHLINE AVENUE | SUITE 360 | GREENSBORO | NC | 27408 | | 11,550.22 |
| TANGER PROPERTIES LP | 3200 NORTHLINE AVENUE | SUITE 360 | GREENSBORO | NC | 07408 | | 11,765.66 |
| TANGER PROPERTIES LP | 3200 NORTHLINE AVENUE | SUITE 360 | GREENSBORO | NC | 07408 | | 11,192.66 |
| TANGER PROPERTIES LP | 3200 NORTHLINE AVENUE | SUITE 360 | GREENSBORO | NC | 07408 | | 12,190.25 |
| TAUBMAN AUBURN HILLS ASSOCIATE | DEPARTMENT 124601 PO BOX 67000 | | DETROIT | MI | 48267-0245 | | 13,380.25 |
| | GREAT LAKES CROSSING | | CITY OF COMMERCE | CA | 90040 | | 22,059.83 |
| TEKSERVE POS | #90 | | CINCINNATI | OH | 45405-0575 | | 3,667.95 |
| TELECHECK | 5051 WESTHEIMER, STE 1000 | | HOUSTON | TX | 77056 | | 89,925.85 |
| TELECHECK INTERNATIONAL | PO BOX 60028 | | HOUSTON | TX | | | 165.00 |
| TERHANK COMMERCIAL | 225-11 PONDEROSA AVENUE | | HOKATO | CA | 77005-0404 | | 205.66 |
| TERK SPORTSWEAR PTY LTD | 31 YELLOW STREET | SUITE 1 | KWA-ZULU NATAL | | 91510-50,550 | SOUTH AFRICA | 455.00 |
| | STREET MARISH MARK #298 | ISHITHEBE | | | 4490 | PERU | 1,088,384.20 |
| THE BURTON CORPORATION | 80 INDUSTRIAL PARKWAY | | BURLINGTON | VT | 69 | | 2,550.70 |
| THE CLARKSON GROUP INC | PO BOX 8059 | | SCRANTON | PA | 05401 | | 12,621.00 |
| THE CONSUMER GROUP INC | 112 BURN COURT | | BOYNTON BEACH | FL | 18501 | | 1,946.10 |
| THE FALLS SHOPPING CENTER ASSO | THE FALL | PO BOX 404566 | ATLANTA | GA | 07180 | | 67,981.00 |
| THE FALLS SHOPPING CENTER LLP | C/O PUBLIC | | CLEVELAND | OH | 30384-42666 | | 18,226.33 |
| THE RETAIL PROPERTY TRUST | 4800 TOWN CENTER AT AURORA | | NEWARK | NJ | 44184-0066 | | 12,367.05 |
| THE RETAIL PROPERTY TRUST | BREA MALL | PO BOX 931163 | LOS ANGELES | CA | 07160 | | 19,740.55 |
| THE WOODLANDS MALL | 1110 W WACKER DRIVE | 1110 WACKER DRIVE | CHICAGO | IL | 90051-9453 | | 17,740.51 |
| THE WRIGHT DESIGN | 22501 LADEENE AVE | | TORRANCE | CA | 90505 | | 19,203.50 |
| THERESA MAPE | 21 BARRETT ST | | NEW BEDFORD | MA | 90740 | | 660.00 |
| | C/O FLUTTON PIPE | | CINCINNATI | OH | 52160 | | 64.00 |
| THYSSENKRUPP ELEVATOR CORP | PO BOX 385004 | | ATLANTA | GA | 315-003004 | | 10,676.70 |
| TIDEWATER FINANCE COMPANY | PO BOX 11228 | | BURBANK | CA | 91510 | | 2,656.46 |
| | 5-11, 9F TSF OFF IND BLDG | | HONG KONG | | | CHINA | 795.47 |
| TIME INDUSTRIAL MANUFACTORY | ROOM 22F | WELL FUNG INDUSTRIAL CENTRE | HONG KONG | | 16960 | HONG KONG | 527,705.61 |
| | 84-76 TA CHUEN PING STREET | 54 KV PRESS DRIVE | STONY POINT | NY | 10980 | | 1,771.90 |
| TITAN ARMORED CAR & | 2444 ENTERPRISE DRIVE SUITE A | 101 MILL STREET | HENDERSON | NV | 55120 | | 2,678.50 |
| TIVOLI TOO INC | | | MENDOTA HEIGHTS | MN | | | 7,160.15 |
| TNS INVESTMENT AND TRADING | 180 MINH CAU STREET | | THAI NGUYEN CITY | | | VIETNAM | 81,450.87 |

Hoop Retail Stores, LLC
Exhibit F-4
Unsecured Non-Priority Claims
Case No. 08-10545 - BLS

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP/ACCOUNT | COUNTRY | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TOPANGA PLAZA LLC | ATTENTION LEASE ADMINISTRATION | FILE 54704 | | LOS ANGELES | CA | 90074-1473 | | 20,744.05 |
| TOTAL FACILITY INC | 500 OPP ROAD | | | MALVERN | PA | 19355 | | 168,677.25 |
| TOTAL TRANSPORTATION SERVICES | 16725 SOUTH FERRIS PLACE | | | RANCHO DOMINGUEZ | CA | 90220 | | 14,788.01 |
| TOWN CENTER AT COBB LLC | PO BOX 281552 | | | ATLANTA | GA | 30384-1552 | | 17,942.01 |
| TOWN EAST MALL PARTNERSHIP | 1 UNION PLAZA | PO BOX 89 SDS T2 1814 | | MINNEAPOLIS | MN | 55486-0089 | | 13,655.79 |
| TOYS R US NY LLC | DESIGN PG | 1465 AIRPORT DRIVE | | WAYNE | NJ | 02184 | | 75.00 |
| TRICARICO ARCHITECTURE AND | | | | WAYNE | NJ | 07470 | | 42,238.41 |
| TRUSYS INC | | | | | NJ | 07470 | | 75.00 |
| TRUMBULL SHOPPING CENTER 2 LLC | FILE 56917 | | | LOS ANGELES | CA | 90074-6917 | | 21,006.51 |
| TRU-YAN TEXTILE CO, LTD | 2F FL., NO. 90, SEC 1 | HSI-CHIH | | TAIPEI COUNTY | | | TAIWAN | 4,016.94 |
| TWELVE OAKS MALL LLC | PO BOX 67000 DEPT 92761 | | | DETROIT | MI | 48267-0920 | | 21,406.91 |
| TWIN TOWERS MALL LLC | 3300 NORTHLINE AVE SUITE 360 | | | GREENSBORO | NC | 27408 | | 16,236.17 |
| TWO13 ASSOCIATES LLC | 2143 PAYSOHERE DR | | | CHICAGO | IL | 60674-2021 | | 6,939.24 |
| TYLER MALL LTD PARTNERSHIP | 401 WILSHIRE BLVD SUITE 700 | ATTN: LEGAL DEPT | | SANTA MONICA | CA | 90401 | | 132.11 |
| TYSONS CORNER HOLDINGS LLC | 981 W. FOOTHILL BLVD | | | CLAREMONT | CA | 91711 | | 132.11 |
| U.S. GRAPHICS | 3821 SOUTH HARBOR BOULEVARD | | | SANTA ANA | CA | 92704 | | 281,406.64 |
| U.S. LINES LTD | SUITE 220 | | | ONTARIO | CA | 91761-0782 | | 15,600.34 |
| UALR LOGISTICS LLC | PO BOX 31001-0782 | | | PHOENIX | AZ | 85072-2128 | | 611,217.66 |
| UHAUL INTERNATIONAL | PO BOX 52128 | | | PHOENIX | AZ | 85072 | | 4.76 |
| ULINE | 2200 S. LAKESIDE DRIVE | | | WAUKEGAN | IL | 60085 | | 22,273.01 |
| ULINE SERVICES INC | 10 PARCEL ROAD | | | SPRINGFIELD | PA | 07081 | | 8.57 |
| UNCAS MANUFACTURING CO | 190 NIANTIC AVENUE | | | PROVIDENCE | RI | 02907 | | 385,669.68 |
| UNITED STATES FIDELITY/SCHOOL DIST | MRS MARY ANN GATES | TAX ASSESSOR COLLECTOR | 3931 E SAUNDERS | LAREDO | TX | 78041 | | 226,119.40 |
| UNITED MAINTENANCE SYSTEMS | 224 E OLIVE AVE #104 | | | BURBANK | CA | 91502 | | 9,801.22 |
| UNITED PARCEL SERVICE | PO BOX 7247-0244 | | | PHILADELPHIA | PA | 19170 | | 262.01 |
| UNITED PARCEL SERVICE | LOCKBOX 577 | | | CAMARILLO | CA | | | 7,516.86 |
| UNITED STATES EMERGENCY GLASS | 1092 ST GEORGE AVE STE 229 | | | RAHWAY | NJ | 07065 | | 8,661.93 |
| UNIVERSAL LOGISTICS A HUB GROUP | 188 TOSCA DRIVE | | | STOUGHTON | MA | 02072-1511 | | 25,442.01 |
| UPS SUPPLY CHAIN SOLUTIONS INC | ONE UNITED DRIVE | | | FENTON | KY | 05005 | | 1,259.98 |
| US BANK NA AS TRUSTEE | SERVICE CO INC | SUITE 500 | | DOWNERS GROVE | IL | 40218 | | 1,404.67 |
| US BANK NA AS TRUSTEE | 3830 HIGHLAND PARKWAY | | | LOUISVILLE | KY | 44150 | | 9,588.65 |
| US BANK NA AS TRUSTEE | DBA LOGAN VALLEY MALL | PO BOX 951738 | | CLEVELAND | OH | 44193 | | 741.54 |
| US BANK NA AS TRUSTEE | DBA LOGAN VALLEY MALL | PO BOX 951739 | | CLEVELAND | OH | 44190 | | 1,383.65 |
| USA TODAY | DBA WYOMING VALLEY MALL | PO BOX 951776 | | CLEVELAND | OH | | 30080 | 1,404.61 |
| US-1 SIGNS MAINTENANCE EXPERTS | A DIVISION OF US SIGNS | 1800 BERING DR STE 700 | | HOUSTON | TX | 77057 | | 10,100.11 |
| VALENCIA TOWN CENTER VENTURE | LP | 11601 WILSHIRE BLVD | 11TH FLOOR | LOS ANGELES | CA | 90025-1748 | | 20,571.80 |
| VALLEY VIEW MALL LLC | SDS 12 1532 PO BOX 86 | | | MINNEAPOLIS | MN | 55486-1532 | | 58,372.76 |
| VALLEY VIEW MALL LP | SUITE 900 | | | CHATTANOOGA | TN | 37421-6000 | | 19,217.40 |
| VANCOUVER MALL | FILE 54735 | | | LOS ANGELES | CA | 90074-4735 | | 9,644.03 |
| VANCOUVER MALL LLC | 4065 SOLUTIONS CENTER | | | VANCOUVER | WA | 98661 | | 592.34 |
| VERIPHONE INC | #774090 | | | CHICAGO | IL | 60677-4000 | | 15,273.78 |
| VERIZON | PO BOX 17577 | | | BALTIMORE | MD | 21297-0513 | | -2.94 |
| VERIZON | PO BOX 17577 | | | BALTIMORE | MD | 21297-0513 | | -2.04 |
| VERIZON | PO BOX 6883 | | | TRENTON | NJ | 08690-4833 | | -2.04 |
| VERIZON | PO BOX 17577 | | | BALTIMORE | MD | 21297-0513 | | -151.35 |
| VERIZON | PO BOX 17577 | | | BALTIMORE | MD | 21297-0513 | | 366.10 |
| VERIZON | PO BOX 17577 | | | BALTIMORE | MD | 21297-0513 | | -36.50 |
| VERIZON | PO BOX 646 | | | STERLING | DE | 19888-0001 | | 226.12 |
| VERIZON | PO BOX 17577 | | | WILMINGTON | DE | 21297-0513 | | -286.53 |
| VERIZON | PO BOX 17577 | | | BALTIMORE | MD | 21297-0513 | | 45.54 |
| VERIZON | PO BOX 17577 | | | WOODBRIDGE | NJ | 12215-0124 | | -275.61 |
| VERIZON | PO BOX 5124 | | | ALBANY | NY | 12212-5124 | | -73.67 |
| VERIZON | PO BOX 17577 | | | ROCHESTER | NY | 95014-5301 | | -116.35 |
| VERIZON CALIFORNIA | PO BOX 17577 | | | BALTIMORE | MD | 19888-0001 | | -119.35 |
| VERIZON CALIFORNIA | PO BOX 646 | | | WILMINGTON | DE | 19888-0001 | | -104.74 |
| VERIZON CALIFORNIA | PO BOX 9688 | | | MISSION HILLS | CA | 91346 | | -124.33 |
| VERIZON FLORIDA INC | PO BOX 920041 | | | MISSION HILLS | CA | 913456-688 | | -58.72 |
| VERIZON NORTH | PO BOX 9688 | | | MISSION HILLS | CA | 913456-9688 | | -178.80 |
| VERIZON NORTHWEST | PO BOX 9688 | | | DALLAS | TX | 75382-0041 | | -2,755.51 |
| VERIZON SOUTHWEST | PO BOX 9688 | | | MISSION HILLS | CA | 913459-688 | | 100.00 |
| VERIZON | PO BOX 9688 | | | MISSION HILLS | CA | 913459-9688 | | -189.01 |
| VERNA LOGGHRAM BRZ | PO BOX 920041 | | | DALLAS | TX | 75382-0041 | | -233.61 |
| VESTAR/DRM-OPCO LLC | 1477 LAS LUNAS ST | | | PASADENA | CA | 75382-0041 | | -266.37 |
| VF MALL | DESERT RIDGE MARKETPLACE | C/O VESTAR PROPERTIES INC | | PHOENIX | AZ | 85016-5203 | | 12,614.20 |
| VIJAY SARNERI'S LIMITED | ONE BUCKINGHAM AVE | | | LOS ANGELES | CA | 90074-4270 | INDIA | 4,607.74 |
| YORK MANUFACTURING INC | 934 BUTT ROAD | CHENNAI | | TAMIL NADU | | 00851 | | 231,630.45 |
| | ST. THOMAS MOUNT | | | PERTH AMBOY | NJ | | | 179,852.64 |
| | | | | | | | | 23,377.75 |

Hoop Retail Stores, LLC
Exhibit F-1
Unsecured Non-Priority Claims
Case No. 08-10545 - BLS

| NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY | SCHEDULED AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| VISTA RIDGE MALL JOINT VENTURE | MANAGEMENT OFFICE | 2401 S STEMMANS PKWY | | LEWISVILLE | TX | 75067-87.. | | 15,711.00 |
| VOORHEES FIRE DISTRICT | 435 COOPER ROAD | | | VOORHEES | NJ | 08043 | | 200.00 |
| VORNADO BROADWAY MALL LP | C/O VORNADO REALTY TRUST | 210 ROUTE 4 EAST | | PARAMUS | NJ | 07652 | | 20,169.52 |
| VORNADO REALTY TRUST | 384-B BROADWAY MALL | | | HICKSVILLE | NY | 11801 | | 1,200.00 |
| WALT DISNEY RECORDS | 500 SOUTH BUENA VISTA STREET | | | BURBANK | CA | 91521-2319 | | 691,048.20 |
| WALT DISNEY RECORDS | 500 SOUTH BUENA VISTA STREET | | | BURBANK | CA | 91521-2319 | | 643,674.40 |
| WARWICK CONSTRUCTION INC | 365 FM 1959 | | | HOUSTON | TX | 77034 | | 53,694.25 |
| WARWICK MALL | PO BOX 2513 | | | PROVIDENCE | RI | 02906-0513 | | 22,212.43 |
| WARWICK MALL MERCHANTS ASSOC | INC | PO BOX 2513 | | PROVIDENCE | RI | 02906-0513 | | -3,050.66 |
| WB MASON CO INC | PO BOX 55840 | | | BOSTON | MA | 02205-5840 | | 1,415.38 |
| WEA BELDEN LLC | FILE 56815 | | | LOS ANGELES | CA | | | 11,439.33 |
| WEA BELDEN LLC | RM 1001 10/F KOWLOON BUILDING | 555 NATHAN ROAD | | KOWLOON | | | HONG KONG | 509,551.28 |
| WEA CRESTWOOD PLAZA LLC | FILE 56871 | | | LOS ANGELES | CA | | | 6,851.31 |
| WEA GREAT NORTHERN MALL LLC | C/O WESTFIELD LLC | | | LOS ANGELES | CA | | | 29,655.36 |
| WEA PALM DESERT LLC | PALM DESERT TOWN CENTER | C/O BANK OF AMERICA | | SAN FRANCISCO | CA | 94193-3759 | | 18,623.78 |
| WELLS FARGO BUSINESS COMPUTERS | DIVERSIFIED BUSINESS COMPUTERS | 583 ROUTE 46 WEST | BLDG G | FAIRFIELD | NJ | 07004 | | 184.95 |
| WENHU YUANCHUANG MP & EDP | RM 702 CITIC BUILDING | NO.2 NORTH QINGDAO ROAD | WEIHAI | SHANDONG | | 264200 | CHINA | 62,501.95 |
| WEST FARMS MALL LLC | DEPT 55501 | | | DETROIT | MI | 48267-0002 | | 26,223.11 |
| WEST OAKS MALL LLC | 1000 WEST OAKS MALL | | | HOUSTON | TX | 77082 | | 41,696.34 |
| WESTCOR SANTAN VILLAGE LLC | 11411 NORTH TATUM BLVD | | | PHOENIX | AZ | 85028-2399 | | 18,341.36 |
| WESTFIELD AMERICA LP | BROADWAY MALL LLC | C/O WESTFIELD LLC | 11601 WILSHIRE BLVD 11TH FL | LOS ANGELES | CA | 90025 | | 62,233.85 |
| WESTFIELD AMERICA LP | BOUTIQUE KEENPOWAH LLC | C/O WESTFIELD LLC | 11601 WILSHIRE BLVD 11TH FL | LOS ANGELES | CA | 90025 | | 56,269.50 |
| WESTFIELD CHICAGO RIDGE | LESSEE LLC | WESTFIELD SHOPPINGTOWN | 444 CHICAGO RIDGE MALL | CHICAGO RIDGE | IL | 60415 | | 14,095.13 |
| WESTFIELD FRANKLIN PARK MALL | C/O PNC BANK | LOCK BOX 771993 | RIDGE | CHICAGO | IL | 60677-1005 | | 18,322.51 |
| WESTMINSTER MALL LLC | 5433 W 88TH ST | | | WESTMINSTER | CO | 80031-000 | | 13,633.43 |
| WESTMINSTER MALL MERCHANT ASSO | 5433 W 88TH ST | | | WESTMINSTER | CO | 80030-3400 | | 8,762.29 |
| WEA PARK LP | 2500 MORELAND RD | | | WILLOW GROVE | PA | 19090 | | 400.00 |
| WHITE MARSH GENERAL PARTNERSHIP | C/O GENERAL GROWTH PROPERTIES, | PO BOX 86003 | | BALTIMORE | MD | 21264-4003 | | 20,768.41 |
| WHITEHALL TOWNSHIP AUTHORITY | 1901 SCHADT AVENUE | | | WHITEHALL | PA | 18052-3728 | | 37.50 |
| WIDE BALL UNITED | 23A 1212, 9/F | HARBOUR CENTRE TOWER 1 | 1 HOK CHEUNG STREET | HUNGHOM, KOWLOON | | | CHINA | 17,506.25 |
| WILLIAMSON COUNTY CLERK | ELAINE ANDERSON | PO BOX 624 | | FRANKLIN | TN | 37065 | | 1,670.26 |
| WILSON CONVERSE WORLD | PO BOX 636064 | | | NEW YORK | NY | 10261 | | 3,600.00 |
| WILLOW GROVE PARK LP | 2500 MORELAND AVE 6TH FLOOR | | | PHILADELPHIA | PA | 19101-1476 | | 17,467.51 |
| WILLOWBROOK MALL LLC | PO BOX 64646 | | | BALTIMORE | MD | 21264-4646 | | 52,681.36 |
| WILSHIRE RIDGE LLC | 1285 SCOTTSVILLE ROAD | | | HOUSTON | MD | 14426 | | 16,175.51 |
| WILSON BONWELL | 383 BURGARD STREET | | | VANCOUVER | BC | V6C-2J8 | | 417.89 |
| WINDSTREAM | PO BOX 9001908 | | | LOUISVILLE | KY | 40290-1908 | | 258.08 |
| WINGATE | 27025 GRANT AVE | | | ATLANTA | GA | 30329 | | 22,325.00 |
| WINFAT INDUSTRIAL COMPANY LTD | RCOM 2008-10, 20/FL, | TELFORD HOUSE | 19 WANG HOI ROAD | KOWLOON | | | HONG KONG | 176,349.02 |
| WINSTON FINANCIAL SERVICES INC | 1705 BAY AVENUE | | | POINT PLEASANT | NJ | 08742 | | 25,412.25 |
| WINTERSPRING | 790 GRANT AVE | SUITE 225 | | NEW YORK | NY | 94947 | | 3,172.94 |
| WINTERLAND INVESTORS IV LLC | DBA INLAND CENTER | DEPT 2595 5003 | | LOS ANGELES | CA | 90084-2595 | | 17,416.40 |
| WOODBRIDGE CENTER PROPERTY LLC | RE WOODBRIDGE CENTER | PO BOX 64311 | | BALTIMORE | MD | 22164-0311 | | 28,929.33 |
| WOODBURY CORPORATION | DBA UNIVERSITY MALL SHOPPING | CENTER | | SALT LAKE CITY | UT | 84109 | | 8,715.53 |
| WOODBURY CORPORATION | DBA UNIVERSITY MALL SHOPPING | CENTER | | SALT LAKE CITY | UT | 84109 | | 371.44 |
| WOODLAND HILLS MALL LLC | 7021 WOODSCROFT 55001 | | | CHICAGO | IL | 60693 | | 33,845.35 |
| WOODLAND HILLS MALL LLC | 7021 WOODLAND HILLS MALL | 7021 COLLECTION CENTER DR | PHASE II BLOCK C 4TH FLOOR | CHICAGO | IL | 60693-0076 | | 15,643.11 |
| WORLDPATH | 1091 LOK SHAN ROAD | SEE CHANG END BLDG | | KOWLOON | | | HONG KONG | 26,038.44 |
| WTH GLUACSER LLC | DBA WEBERSTOWN MALL | PO BOX 62089 | | CREAM RIDGE | NJ | 27756 | | 27,756.67 |
| WYOMING VALLEY MALL | DBA WEBERSTOWN MALL | 190 EAST GAY STREET | | COLUMBUS | OH | 43215 | | 26,005.76 |
| XHIFA ENTERPRISES LTD - HOOP | PAY PL LIMITED PARTNERSHIP | 29 WYOMING VALLEY MALL | | WILKES-BARRE | PA | 18702-6872 | | 14,533.25 |
| XHIFA ENTERPRISES LTD - TSP | 2/F PRINCE EDWARD ROAD WEST | GROUND FLOOR | KOWLOON | KOWLOON | | | CHINA | 288,071.05 |
| YANGZHOU HAPPY & KIDS FOCUS | 2/F PRINCE EDWARD ROAD WEST | GROUND FLOOR | | YANGZHOU | | | HONG KONG | 97,976.44 |
| YANGZHOU DUANLONG | NO.28 NORTH HANJIANG ROAD | | | YANGZHOU | | | CHINA | 89,903.22 |
| ZBD LANYAN GROUP CO LTD | #161 DONGMEN RD, | 2 HOUJUN, ZBD | | BRANCHES | | 658051-1659 | CHINA | 18,726.82 |
| ZONA ROSA DEVELOPERS & ASSOCIATES INC | C/O STEINER & ASSOCIATES INC | 4018 TOWNSFAIR WAY SUITE 201 | | COLUMBUS | OH | 42219 | | 119,468.41 |
| | | | | | | | Total | 99,930,568.61 |

# EXHIBIT D



**RD WEIS COMPANIES**
*Full-service Commercial Flooring Specialists*

200 William Street
Port Chester, NY 10573

# Invoice

**Invoice Number:**
40714

**Invoice Date:**
2/29/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ 07094

Attn:

**Ship to or Service Location:**
The Children's lace #6549
9501 Arlington Expressway
Jacksonville, FL 32225

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NATL - PJT | 3/30/08 |

| Description | Amount |
|---|---|
| PROJECT: #954.2007 Furnish Milliken Broadloom carpet to for the above location. | |
| MATERIAL | 11,883.36 |
| FREIGHT | 650.00 |
| SALES TAX PASS THROUGH FROM MILL | 733.84 |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY 10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 13,267.20 |
| Sales Tax | |
| Total Invoice Amount | 13,267.20 |
| Payments Received | |
| **TOTAL** | **$ 13,267.20** |



**StarNET**
*Commercial Flooring Cooperative*

Injury Free Company since 2004

# Hoop Retail Stores

## Non-Merchandise Purchase Order
915 Secaucus Road, Secaucus, NJ 07094

February 27, 2008

**Disney Store**
Regency Square Mall

9501 Arlington Expressway
Ste.1655Jacksonville FL
32225

**RD Web Companies**

200 William St.
Port Chester, NY 10573

| | | |
|---|---|---|
| NMBS | Andi Prifted | |

Account: 0549   150005   FLOORING

Amount: $ 13,267.20

Charge Against - Insurance Claim# 703020

| Qty. | Unit of Measure | Part Number | Product Description | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 4591 | Sq Yd | | Disney Carpet - Pixie Dust Strike Off CC280817-207 | | $ | $ 11,883.36 |
| 0 | | | Freight | | $ | $ |
| 0 | | | Installation | | $ 28.00 | $ |
| 0 | | | Floor Prep | | $ 650.00 | $ 650.00 |

Total PO Amount: $ 13,267.20

1. SHIP TO ABOVE ADDRESS UNLESS OTHERWISE SPECIFIED

2. EVERY SHIPMENT MUST CONTAIN A PACKING SLIP. SHIPMENTS NOT CONTAINING A PACKING SLIP WILL BE REFUSED.

3. SHIPMENT MUST NOT BE MADE PRIOR TO DELIVERY DATE WITHOUT APPROVAL

4. WHEN SUBMITTING INVOICE FOR PAYMENT, ATTACH A COPY OF THE BOL, THE BOL, THE INVOICE AND THE PO ALL MUST MATCH.

□ Supplier Provided    □ Sol-Source    □ K2 Logistics    □ Fed Ex    □ Other

UPON COMPLETION OF THE SHIPMENT FOR THIS ORDER, PLEASE SEND YOUR INVOICE WITH A COPY WITH OR FOR A BOL TO THE REQUISITIONER

EACH INVOICE SHOULD INCLUDE CONTRACT (IF APPLICABLE), PO NUMBER, TODAYS SUPPLIER NUMBER, THE DATE AND LOCATION OF SERVICE OR DELIVERY.

Lisbel Guzman

Andi Prifted

Authorized Signature

Authorized Signature

Entered By

BUSINESS GRAPHIC CONSULTANTS, INC. (704)251-1542

STRAIGHT BILL OF LADING - SHORT FORM - Original - Not Negotiable

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

Not to be used for ORDER NOTIFY SHIPMENTS.

DATE

800-367-0416

## XPRESS GLOBAL SYSTEMS

1-16051

| CUSTOMER P.O. NO. 16051 | ROUTE | | SHIPPER'S NUMBER 16051 |
| TO: CONSIGNEE Modular Designs | | FROM: SHIPPER Primavera Dist. | |
| STREET 4801 Exe Park Court Suite 208 | | STREET 2700 Riverside Drive | |
| (DESTINATION) CITY, STATE, ZIP Jacksonville FL 32216 | | (ORIGIN) CITY, STATE, ZIP Chattanooga TN 37406 | |
| C.O.D. AMT. $ | FEE PPD. ☐ | COL. ☐ | IS CUSTOMER'S CHECK ACCEPTABLE FOR C.O.D.? YES ☐ NO ☐ |

| NO. SHIPPING UNITS | QTY PER | KIND OF PACKAGES, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS (LIST HAZARDOUS MATERIALS FIRST) | WEIGHT LBS. (SUB. TO CORRECTION) | |
| 1 Roll | | CARPET 156 sy | 689 | NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding |
| 1 Roll | | CARPET 147 sy | 675 | $_____ per _____ |
| 1 Roll | | CARPET 159 sy | 729 | |
| | | Attn: Paul Young 904-286-8355 | | FREIGHT CHARGES PREPAID ☐ COLLECT ☐ FREIGHT PREPAID EXCEPT WHEN COLLECT BOX ABOVE IS CHECKED |
| | | TOTAL ▷ | | |

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SHIPPER Primavera Dist.

PER Rufus Smith

## XPRESS GLOBAL SYSTEMS

| DRIVER | TRAILER |
| PIECES | DATE |

MARK "X" IN "HM" COLUMN FOR HAZARDOUS MATERIALS



**RD WEIS COMPANIES**
*Full Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY 10573

# Invoice

Invoice Number:
40745

Invoice Date:
3/3/08

Page:
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ 07094

Attn:

**Ship to or Service Location:**
The Children's Place #6432
3401 Dale Road
MODESTO, CA 95356

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NAT'L - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #933.2007 Furnish Milliken Broadloom Carpet. | |
| MATERIAL | |
| Sales tax pass through from mill. | 7,834.42 |
| NOTE: FREIGHT TO BE CHARGED ONCE CARPET HAS SHIPPED FROM WAREHOUSE. | 509.72 |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY 10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 8,344.14 |
| Sales Tax | |
| Total Invoice Amount | 8,344.14 |
| Payments Received | |
| **TOTAL** | $ 8,344.14 |



**StarNet**
*Commercial Flooring Cooperative*

Injury Free Company since 2004

**RD WEIS COMPANIES**
*Full-Service Commercial Flooring specialists*

200 William Street
Port Chester, NY  10573

# Invoice

**Invoice Number:**
40747

**Invoice Date:**
2/29/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ  07094

Attn:

**Ship to or Service Location:**
The Children's Place #6615
460 Broadway Mall
Hicksville, NY  11801

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NATL - PJT | 3/30/08 |

| Description | Amount |
|---|---|
| PROJECT: #928.2007 Furnish Milliken Broadloom carpet. | |
| MATERIAL | 14,150.58 |
| NOTE: Freight to be billed once carpet has left warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY  10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 14,150.58 |
| Sales Tax | |
| Total Invoice Amount | 14,150.58 |
| Payments Received | |
| **TOTAL** | $  14,150.58 |



**StarNet.**
*Commercial Flooring Cooperative*

Injury Free Company since 2004



**RD WEIS COMPANIES**
*Full-Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY  10573

# Invoice

**Invoice Number:**
40748

**Invoice Date:**
3/3/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ  07094

Attn:

**Ship to or Service Location:**
The Children's Place #6566
14200 East Alameda Avenue
Aurora, CO  80012

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NAT'L – PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #936.2007 Furnish Milliken Broadloom carpet. | |
| MATERIAL | 10,401.33 |
| Sales tax pass through from mill. | 720.32 |
| NOTE: Freight will be charged once carpet as left warehouse. | |

Remit Payments To:
RD Weis Companies, Inc.
200 William Street
Port Chester, NY  10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 11,121.65 |
| Sales Tax | |
| Total Invoice Amount | 11,121.65 |
| Payments Received | |
| **TOTAL** | $  11,121.65 |



**StarNET**
*Commercial Flooring Cooperative*

Injury Free Company since 2004

# RD WEIS COMPANIES
*Full-Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY 10573

# Invoice

**Invoice Number:**
40749

**Invoice Date:**
3/3/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ 07094

Attn:

**Ship to or Service Location:**
The Children's Place #6422
6600 Menaul Blvd.
Albuquerque, NM 87710

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NATL - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #931.2007 Furnish Milliken broadloom carpet. | |
| MATERIAL | 9,697.71 |
| Sales tax pass through from mill | 427.76 |
| NOTE: Freight to be charged once carpet has left warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY 10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 10,125.47 |
| Sales Tax | |
| Total Invoice Amount | 10,125.47 |
| Payments Received | |
| **TOTAL** | $ 10,125.47 |



Injury Free Company since 2004



**RD WEIS COMPANIES**
*Full-Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY 10573

# Invoice

**Invoice Number:**
40750
**Invoice Date:**
3/3/08
**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ 07094

Attn:

**Ship to or Service Location:**
The Children's Place #6507
3233 Linden Road
Flint, MI 48507

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NATL - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #934.2007 Furnish Milliken broadloom carpet. | 9,870.23 |
| NOTE: Freight to be billed once carpet leaves warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY 10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 9,870.23 |
| Sales Tax | |
| Total Invoice Amount | 9,870.23 |
| Payments Received | |
| **TOTAL** | $ 9,870.23 |



**StarNet**
*Commercial Flooring Cooperative*

Injury Free Company since 2004

**RD WEIS COMPANIES**
*Full-Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY  10573

# Invoice

**Invoice Number:**
40751

**Invoice Date:**
3/3/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ  07094

Attn:

**Ship to or Service Location:**
The Children's Place #6500
293 Montegomery Mall
North Wales, PA  19454

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NAT'L - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #959.2007 Furnish Milliken Broadloom carpet. | 10,046.13 |
| Sales tax pass through from mill. | 531.76 |
| NOTE: Freight will be charged once carpet leaves warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY  10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 10,577.89 |
| Sales Tax | |
| Total Invoice Amount | 10,577.89 |
| Payments Received | |
| **TOTAL** | $  10,577.89 |



Injury Free Company since 2004



**RD WEIS COMPANIES**
Full-service Commercial Flooring Specialists

200 William Street
Port Chester, NY 10573

# Invoice

**Invoice Number:**
40752
**Invoice Date:**
3/3/08
**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ 07094

Attn:

**Ship to or Service Location:**
The Children's Place #6630
159 Yorktown Cneter
Lombard, IL 60148

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NATL - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #950.2007 Furnish Milliken Broadloom carpet. | 16,942.39 |
| Sales tax pass through from mill. | 934.15 |
| NOTE: Freight will be charged once carpet has left warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY 10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 17,876.54 |
| Sales Tax | |
| Total Invoice Amount | 17,876.54 |
| Payments Received | |
| **TOTAL** | **$ 17,876.54** |



**StarNet**
Commercial Flooring Cooperative

Injury Free Company since 2004



**RD WEIS COMPANIES**
Full Service Commercial Flooring Specialists

200 William Street
Port Chester, NY  10573

# Invoice

**Invoice Number:**
40753

**Invoice Date:**
3/3/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ  07094

**Attn:**

**Ship to or Service Location:**
The Children's Place #6444
115 Quaker Ridge Mall
Lawrenceville, NJ  08648

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NAT'L - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #957.2007 Furnish Milliken Broadloom carpet.<br>NOTE: Freight will be charged once carpet has left mill. | 10,199.36 |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY  10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 10,199.36 |
| Sales Tax | |
| Total Invoice Amount | 10,199.36 |
| Payments Received | |
| **TOTAL** | **$  10,199.36** |



**StarNet.**
Commercial Flooring Cooperative

Injury Free Company since 2004



200 William Street
Port Chester, NY 10573

# Invoice

**Invoice Number:**
40754

**Invoice Date:**
3/3/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ 07094

Attn:

**Ship to or Service Location:**
The Children's Place #6374
3320 Silas Creek Parkway
Winston-Salem, NC 27103

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NATL - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #956.2007 Furnish Milliken broadloom carpet. | 9,593.47 |
| Sales tax pass through from mill. | 571.27 |
| NOTE: Freight will be charged once carpet ships from warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY 10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 10,164.74 |
| Sales Tax | |
| Total Invoice Amount | 10,164.74 |
| Payments Received | |
| **TOTAL** | $ 10,164.74 |



Injury Free Company since 2004



**RD WEIS COMPANIES**
*Full-Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY 10573

# Invoice

**Invoice Number:**
40755

**Invoice Date:**
3/3/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ 07094

Attn:

**Ship to or Service Location:**
The Children's Place #6360
2000 Walden Avenue
Buffalo, NY 14225

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NATL - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #952.2007 Furnish Milliken broadloom carpet. | 10,274.42 |
| NOTE: Freight to be charge once carpet has left warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY 10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 10,274.42 |
| Sales Tax | |
| Total Invoice Amount | 10,274.42 |
| Payments Received | |
| **TOTAL** | $ 10,274.42 |



**StarNet**
*Commercial Flooring Cooperative*

Injury Free Company since 2004



**RD WEIS COMPANIES**
*Full Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY  10573

# Invoice

**Invoice Number:**
40756

**Invoice Date:**
3/3/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ  07094

Attn:

**Ship to or Service Location:**
The Children's Place #6514
2727 North Fairfield Rd.
Dayton, OH  45431

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NATL - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #948.2007 Furnish Milliken broadloom carpet. | 8,577.13 |
| Sales tax pass through from mill. | 529.67 |
| NOTE: Freight to be charged once carpet has left warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY  10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 9,106.80 |
| Sales Tax | |
| Total Invoice Amount | 9,106.80 |
| Payments Received | |
| **TOTAL** | $  9,106.80 |



**StarNet.**
*Commercial Flooring Cooperative*

Injury Free Company since 2004

# RD WEIS COMPANIES

*Full-Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY  10573

# Invoice

**Invoice Number:**
40757

**Invoice Date:**
3/3/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ  07094

Attn:

**Ship to or Service Location:**
The Children's Place #6603
3571 Capital Mall Drive
Camp Hill, PA  17011

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NATL - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #947.2007 Furnish Milliken Broadloom carpet. | 13,854.28 |
| Sales tax pass through from mill. | 733.33 |
| NOTE: Freight will be charged once carpet has left warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY  10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 14,587.61 |
| Sales Tax | |
| Total Invoice Amount | 14,587.61 |
| Payments Received | |
| **TOTAL** | $  14,587.61 |



StarNet.
*Commercial Flooring Cooperative*

Injury Free Company since 2004

# RD WEIS COMPANIES
*Full-Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY 10573

# Invoice

**Invoice Number:**
40758
**Invoice Date:**
3/3/08
**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ 07094

Attn:

**Ship to or Service Location:**
The Children's Place #6583
Route 83 & Paxton Street
Harrisburg, PA 17111

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NAT'L - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #946.2007 Furnish Milliken broadloom carpet. | 11,065.86 |
| Sales tax pass through from mill | 854.20 |
| NOTE: Freight to be charged once carpet has left warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY 10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 11,920.06 |
| Sales Tax | |
| Total Invoice Amount | 11,920.06 |
| Payments Received | |
| **TOTAL** | $ 11,920.06 |



Injury Free Company since 2004

# RD WEIS COMPANIES
*Full-Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY 10573

# Invoice

**Invoice Number:**
40759
**Invoice Date:**
3/3/08
**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ 07094

Attn:

**Ship to or Service Location:**
The Children's Place #6595
1223 Niagara Falls Blvd.
Amherst, NY 14226

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NATL - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #927.2007 Furnish Milliken broadloom carpet. | 12,381.89 |
| Sales tax pass through from mill. | 955.78 |
| NOTE: Freight to be charged once carpet has left warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY 10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 13,337.67 |
| Sales Tax | |
| Total Invoice Amount | 13,337.67 |
| Payments Received | |
| **TOTAL** | **$ 13,337.67** |



Injury Free Company since 2004



**RD WEIS COMPANIES**
*Full-Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY 10573

# Invoice

**Invoice Number:**
40760

**Invoice Date:**
3/3/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ 07094

Attn:

**Ship to or Service Location:**
The Children's Place #6556
24155 Laguna Hills Mall
Laguna Hills, CA 92653

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NAT'L - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #929.2007 Furnish Milliken broadloom carpet. | 14,049.73 |
| Sales tax pass through from mill | 1,022.55 |
| NOTE: Freight will be charged once carpet has left warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY 10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 15,072.28 |
| Sales Tax | |
| Total Invoice Amount | 15,072.28 |
| Payments Received | |
| **TOTAL** | **$ 15,072.28** |



**StarNet**
*Commercial Flooring Cooperative*

Injury Free Company since 2004

# RD WEIS COMPANIES
*Full service Commercial Flooring Specialists*

200 William Street
Port Chester, NY 10573

# Invoice

**Invoice Number:**
40761

**Invoice Date:**
3/3/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ 07094

Attn:

**Ship to or Service Location:**
The Children's Place #6568
24201 W. Valencia Blvd.
Valencia, CA 91355

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NATL ~ PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #930.2007 Furnish Milliken Broadloom carpet. | 11,531.55 |
| Sales tax pass through from mill. | 839.28 |
| NOTE: Freight will be charged once carpet leaves warehouse. | |

| | |
|---|---|
| Remit Payments To: | |
| RD Weis Companies, Inc. | Subtotal        12,370.83 |
| 200 William Street | Sales Tax |
| Port Chester, NY 10573 | Total Invoice Amount        12,370.83 |
| Phone: 914.937.9337 | Payments Received |
| Fax: 914.937.9620 | TOTAL        $ 12,370.83 |



**StarNet.**
*Commercial Flooring Cooperative*

Injury Free Company since 2004



**RD WEIS COMPANIES**
*Full-service Commercial Flooring Specialists*

200 William Street
Port Chester, NY  10573

# Invoice

Invoice Number:
40762

Invoice Date:
3/3/08

Page:
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ  07094

Attn:

**Ship to or Service Location:**
The Children's Place #6309
2000 Galleria Mall
Brimmingham, AL  35244

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NAT'L - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #960.2007 Furnish Milliken Broadloom carpet. | 8,902.88 |
| Sales tax pass through from mill. | 706.87 |
| NOTE: Freight to be charged once carpet leaves warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY  10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 9,609.75 |
| Sales Tax | |
| Total Invoice Amount | 9,609.75 |
| Payments Received | |
| **TOTAL** | $  9,609.75 |



**StarNET.**
*Commercial Flooring Cooperative*

Injury Free Company since 2004

# RD WEIS COMPANIES
*Full-Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY 10573

# Invoice

**Invoice Number:**
40763

**Invoice Date:**
3/3/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ 07094

Attn:

**Ship to or Service Location:**
The Children's Place #6619
267 Golf Mill Center
Niles, IL 60714

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NAT'L - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #949.2007 Furnish Milliken Broadloom carpet. | 15,359.24 |
| Sales tax pass through from mill. | 846.86 |
| NOTE: Freight will be charged once carpet leaves warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY 10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 16,206.10 |
| Sales Tax | |
| Total Invoice Amount | 16,206.10 |
| Payments Received | |
| **TOTAL** | $ 16,206.10 |



Injury Free Company since 2004



**RD WEIS COMPANIES**
*Full-Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY 10573

# Invoice

**Invoice Number:**
40764

**Invoice Date:**
3/3/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ 07094

Attn:

**Ship to or Service Location:**
The Children's Place #6473
743 Park City Center
Lancaster, PA 17601

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NAT'L - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #953.2007 Furnish Milliken Broadloom carpet. | 12,688.09 |
| Sales tax pass through from mill. | 671.60 |
| NOTE: Freight will be charged once carpet leaves warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY 10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 13,359.69 |
| Sales Tax | |
| Total Invoice Amount | 13,359.69 |
| Payments Received | |
| **TOTAL** | **$ 13,359.69** |



**STARNET.**
*Commercial Flooring Cooperative*

Injury Free Company since 2004



**RD WEIS COMPANIES**
*Full-Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY  10573

# Invoice

Invoice Number:
40765

Invoice Date:
3/3/08

Page:
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ  07094

Attn:

**Ship to or Service Location:**
The Children's Place #6531
320 West Kimberly Rd.
Davenport, IA  52806

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NATL - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #939.2007 Furnish Milliken Broadloom carpet. | 10,137.34 |
| Sales tax pass through from mill. | 626.02 |
| NOTE: Freight will be charged once carpet has left warehouse. | |

Remit Payments To:
RD Weis Companies, Inc.
200 William Street
Port Chester, NY  10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 10,763.36 |
| Sales Tax | |
| Total Invoice Amount | 10,763.36 |
| Payments Received | |
| **TOTAL** | **$  10,763.36** |



*StarNET*
*Commercial Flooring Cooperative*

Injury Free Company since 2004



**RD WEIS COMPANIES**
*Full-Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY 10573

# Invoice

Invoice Number:
40766

Invoice Date:
3/3/08

Page:
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ 07094

Attn:

**Ship to or Service Location:**
The Children's Place #6573
1277 Broadway
Saugus, MA 01906

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NATL - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #926.2007 Furnish Milliken broadloom carpet. | 14,027.32 |
| NOTE: Freight will be charged once carpet has left warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY 10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 14,027.32 |
| Sales Tax | |
| Total Invoice Amount | 14,027.32 |
| Payments Received | |
| **TOTAL** | $  14,027.32 |



**StarNet.**
*Commercial Flooring Cooperative*

Injury Free Company since 2004



**RD WEIS COMPANIES**
Full-Service Commercial Flooring Specialists

200 William Street
Port Chester, NY  10573

# Invoice

Invoice Number:
40767

Invoice Date:
3/3/08

Page:
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ  07094

Attn:

**Ship to or Service Location:**
The Children's Place #6508
212 Strafford Square
Bloomingdale, IL  60108

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NATL - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #951.2007 Furnish Milliken broadloom carpet. | 9,928.86 |
| Sales tax pass through from mill. | 547.45 |
| NOTE: Freight will be charged once carpet has left warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY  10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 10,476.31 |
| Sales Tax | |
| Total Invoice Amount | 10,476.31 |
| Payments Received | |
| **TOTAL** | $  10,476.31 |



**StarNet.**
Commercial Flooring Cooperative

Injury Free Company since 2004

# RD WEIS COMPANIES
*Full-Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY 10573

# Invoice

**Invoice Number:**
40768

**Invoice Date:**
3/3/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ 07094

Attn:

**Ship to or Service Location:**
The Children's Place #6488
Coolsprings Galleria
Franklin, TN

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NATL - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #859.2007 Furnish Milliken Broadloom Carpet to the above location. | 9,368.57 |
| Sales tax pass through from mill | 764.50 |
| NOTE: Freight will be charged once carpet has left the warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY 10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 10,133.07 |
| Sales Tax | |
| Total Invoice Amount | 10,133.07 |
| Payments Received | |
| **TOTAL** | $  10,133.07 |



Injury Free Company since 2004

# RD WEIS COMPANIES
*Full-service Commercial Flooring Specialists*

200 William Street
Port Chester, NY 10573

# Invoice

**Invoice Number:**
40769

**Invoice Date:**
3/3/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ 07094

Attn:

**Ship to or Service Location:**
The Children's Place #6436
2300 East Lincoln Highway
Langhorne, PA 19047

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NAT'L - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #962.2007 Furnish Milliken Broadloom carpet. | 10,007.04 |
| Sales tax pass through from mill. | 529.69 |
| NOTE: Freight will be charged once carpet has left warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY 10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 10,536.73 |
| Sales Tax | |
| Total Invoice Amount | 10,536.73 |
| Payments Received | |
| **TOTAL** | $ 10,536.73 |



Injury Free Company since 2004



**RD WEIS COMPANIES**
*Full-service Commercial Flooring Specialists*

200 William Street
Port Chester, NY 10573

# Invoice

**Invoice Number:**
40770

**Invoice Date:**
3/3/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ 07094

Attn:

**Ship to or Service Location:**
The Children's Place #6481
204 Wyoming Valley Mall
Wilkes-Barre, PA 18702

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NAT'L - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #965.2007 Furnish Milliken Broadloom carpet. | 9,505.39 |
| Sales tax pass through from mill. | 503.14 |
| NOTE: Freight will be charged once carpet has left warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY 10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 10,008.53 |
| Sales Tax | |
| Total Invoice Amount | 10,008.53 |
| Payments Received | |
| **TOTAL** | $ 10,008.53 |



*Commercial Flooring Cooperative*

Injury Free Company since 2004



**RD WEIS COMPANIES**
*Full-Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY 10573

# Invoice

Invoice Number:
40771

Invoice Date:
3/3/08

Page:
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ 07094

Attn:

**Ship to or Service Location:**
The Children's Place #6466
3811 South Cooper
Arlington, TX 76015

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NATL - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #964.2007 Furnish Milliken broadloom carpet. | 8,521.62 |
| Sales tax pass through from mill. | 451.06 |
| NOTE: Freight will be charged once carpet has left warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY 10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 8,972.68 |
| Sales Tax | |
| Total Invoice Amount | 8,972.68 |
| Payments Received | |
| **TOTAL** | $   8,972.68 |



**StarNet**
*Commercial Flooring Cooperative*

Injury Free Company since 2004



RD WEIS
COMPANIES
*Full Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY  10573

# Invoice

Invoice Number:
40772
Invoice Date:
3/3/08
Page:
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ  07094

Attn:

**Ship to or Service Location:**
The Children's Place #6511
206 The Mall at Steamtown
Scranton, PA  18503

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NAT'L - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #966.2007 Furnish Milliken broadloom carpet. | 10,163.40 |
| Sales tax pass through from mill. | 537.97 |
| NOTE: Freight will be charged once carpet has left warehouse. | |

Remit Payments To:
RD Weis Companies, Inc.
200 William Street
Port Chester, NY  10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 10,701.37 |
| Sales Tax | |
| Total Invoice Amount | 10,701.37 |
| Payments Received | |
| **TOTAL** | $  10,701.37 |



StarNet.
*Commercial Flooring Cooperative*

Injury Free Company since 2004



**RD WEIS COMPANIES**
Full Service Commercial Flooring Specialists

200 William Street
Port Chester, NY  10573

# Invoice

**Invoice Number:**
40773

**Invoice Date:**
3/3/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ  07094

Attn:

**Ship to or Service Location:**
The Children's Place #6387
Carousel Center
Carousel Center, NY

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
|  | Net 30 Days | HOOP RETAIL PRJ | ROSE NAT'L - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #849.2007 Furnish Milliken broadloom carpet to the above location. | 10,883.44 |
| NOTE: Freight will be charged once carpet leaves warehouse. | |

Remit Payments To:
RD Weis Companies, Inc.
200 William Street
Port Chester, NY  10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 10,883.44 |
| Sales Tax | |
| Total Invoice Amount | 10,883.44 |
| Payments Received | |
| **TOTAL** | $ 10,883.44 |



**StarNet.**
Commercial Flooring Cooperative

Injury Free Company since 2004



**RD WEIS COMPANIES**
*Full-Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY  10573

# Invoice

**Invoice Number:**
40774

**Invoice Date:**
3/3/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ  07094

Attn:

**Ship to or Service Location:**
The Children's Place #6547
Jefferson Valley Mall
, NY

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NAT'L - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #855.2007 Furnish Milliken Broadloom carpet to the above location. | 11,176.61 |
| NOTE: Freight will be charged once carpet has left warehouse. | |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY  10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 11,176.61 |
| Sales Tax | |
| Total Invoice Amount | 11,176.61 |
| Payments Received | |
| **TOTAL** | $  11,176.61 |



**StarNET**
*Commercial Flooring Cooperative*

Injury Free Company since 2004

# RD WEIS COMPANIES
*Full-service Commercial Flooring Specialists*

200 William Street
Port Chester, NY 10573

# Invoice

**Invoice Number:**
40775

**Invoice Date:**
3/3/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ 07094

Attn:

**Ship to or Service Location:**
The Children's Place #6574
Meriden Square
, CT

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NATL - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #854.2007 Furnish Milliken Broadloom Carpet to the above location.<br>NOTE: Freight will be charged once carpet leaves the warehouse. | 10,645.51 |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY 10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 10,645.51 |
| Sales Tax | |
| Total Invoice Amount | 10,645.51 |
| Payments Received | |
| **TOTAL** | $ 10,645.51 |



Injury Free Company since 2004

**RD WEIS COMPANIES**
*Full-Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY 10573

# Invoice

**Invoice Number:**
40776

**Invoice Date:**
3/3/08

**Page:**
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ 07094

Attn:

**Ship to or Service Location:**
The Children's Place #6469
Holyoke Mall
, MA

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
| | Net 30 Days | HOOP RETAIL PRJ | ROSE NATL - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #856.2007 Furnish Milliken Broadloom Carpet to the above location.<br>NOTE: Freight will be charged once carpet leaves warehouse. | 11,062.47 |

**Remit Payments To:**
RD Weis Companies, Inc.
200 William Street
Port Chester, NY 10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 11,062.47 |
| Sales Tax | |
| Total Invoice Amount | 11,062.47 |
| Payments Received | |
| **TOTAL** | $ 11,062.47 |


**StarNet.**
*Commercial Flooring Cooperative*

Injury Free Company since 2004



**RD WEIS COMPANIES**
*Full-Service Commercial Flooring Specialists*

200 William Street
Port Chester, NY  10573

# Invoice

Invoice Number:
40777

Invoice Date:
3/3/08

Page:
1

**Sold To:**
Hoop Retail Stores
915 Secaucus Road
Secaucus, NJ  07094

Attn:

**Ship to or Service Location:**
The Children's Place #6474
Galleria at Crystal Run
Middletown, NY

| Customer PO | Payment Terms | Customer ID: | Sales Rep ID | Due Date |
|---|---|---|---|---|
|  | Net 30 Days | HOOP RETAIL PRJ | ROSE NAT'L - PJT | 4/2/08 |

| Description | Amount |
|---|---|
| PROJECT: #857.2007 Furnish Milliken Broadloom Carpet to the above location. | 9,619.53 |
| NOTE: Freight will be charged once carpet has left warehouse. | |

Remit Payments To:
RD Weis Companies, Inc.
200 William Street
Port Chester, NY  10573
Phone: 914.937.9337
Fax: 914.937.9620

| | |
|---|---|
| Subtotal | 9,619.53 |
| Sales Tax | |
| Total Invoice Amount | 9,619.53 |
| Payments Received | |
| **TOTAL** | $  9,619.53 |



**StarNET**
*Commercial Flooring Cooperative*

Injury Free Company since 2004



# Packing List

PAGE 1 OF 1

**SPECIAL INSTRUCTIONS:**

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

LOAD# - 0711
SHIP# - W5R0

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
LIZ SEXTON 800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

F/A R D WEIS & CO
Message:

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | CARRIER PRO NUMBER |
|---|---|---|---|---|---|
| 3-Jan-08 | 16039 | | 0712109485 | LGW EXPRESS STOPS | PREPAY O |

| CUSTOMER PRODUCT# | DESCRIPTION | SIDE MARK | PATTERN / PATTERN# | COLOR NAME / DYELOT# | MFG PIECE# | WIDTH | LENGTH | UNIT | ORDER QTY | SHIP QTY | SHIP-WGT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ROLL | CHILD PL 6573 | | 571414 / 92753 / 80890 | ROYAL ENH PAD / BROADLOOM | 325111380 | 13 FT 6 IN | 38 FT 5 IN | SQYD | 58 | 58 | 272 |
| ROLL | CHILD PL 6573 | | 571414 / 92753 / 80890 | ROYAL ENH PAD / BROADLOOM | 325111330 | 13 FT 6 IN | 74 FT 7 IN | SQYD | 112 | 112 | 517 |
| ROLL | CHILD PL 6573 | | 571414 / 92753 / 80890 | ROYAL ENH PAD / BROADLOOM | 325111326 | 13 FT 6 IN | 136 FT 5 IN | SQYD | 205 | 205 | 935 |
| ROLL | CHILD PL 6573 | | 571414 / 92753 / 80670 | ROYAL ENH PAD / BROADLOOM | 325111305 | 13 FT 6 IN | 72 FT 7 IN | SQYD | 109 | 109 | 503 |
| ROLL | CHILD PL 6573 | | 571414 / 92753 / 80890 | ROYAL ENH PAD / BROADLOOM | 325111357 | 13 FT 6 IN | 36 FT 10 IN | SQYD | 56 | 56 | 261 |

TOTALS: 5 PIECE(S)    WEIGHT 2488 LBS

*(handwritten)* Store # 6573 SAUGUS MALL SAUGUS, MA 01906

*(handwritten)* 926.07



# Packing List

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

LOAD# - 0711
SHIP# - W5RD

**SHIP TO:**
STOP OFF @PRIMAVERA DISTRIBUTING
PH# LIZ SEXTON PH# 800 255 9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406
F/A R D WEIS & CO
Message:

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

SPECIAL INSTRUCTIONS:

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | | | | | | CARRIER PRO NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 3-Jan-08 | 16040 | | 0712109476 | LGW EXPRESS STOPS | | | | | | PREPAY 0 |

| CUSTOMER PRODUCT# | DESCRIPTION SIDE MARK | PATTERN / COLOR NAME PATTERN / COLOR/DYELOT # | MFG PIECE # | LFR | WIDTH | | LENGTH | | UNIT | ORDER QTY SHIP-QTY SHIP-WGT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | FT | IN | FT | IN | | |
| ROLL | CHILDRENS PLACE | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80890 | 325111375 | PR 13 | 13 | 6 | 1587 | | SQYD 238 | 238    238    1085 |
| ROLL | CHILDRENS PLACE | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80890 | 325111376 | PT 13 | 13 | 6 | 1582 | | SQD 238 | 238    238    1082 |

| | | | TOTALS | | | | | | | 2 PIECE(S)    WEIGHT 2167 LBS |

Store # 6598
Amherst NY 14226

927.07



# Packing List

**PAGE 1 OF 1**

**SPECIAL INSTRUCTIONS:**

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
LIZ SEXTON 800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406
F/A R D WEIS & CO
Message:

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

LOAD# - 0711
SHIP# - W5RQ

PREPAY O

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO | CARRIER NAME | CARRIER PRO NUMBER |
|---|---|---|---|---|---|
| 3-Jan-08 | 16041 | | 0712109440 | LGW EXPRESS STOPS | |

| CUSTOMER/PRODUCT# | DESCRIPTION/SIDE MARK | PATTERN/COLOR NAME/DYELOT# | MFG PIECE # | WIDTH FT IN | LENGTH FT IN | UNIT SQYD | ORDER QTY | SHIP QTY | SHIP WGT |
|---|---|---|---|---|---|---|---|---|---|
| ROLL | CHILD PL 6615 | ROYAL ENH PAD / BROADLOOM  571414 / 92753 / 80890 | 325111364 | 13  6 | 15/0 | 225 | 225 | 225 | 1027 |
| ROLL | CHILD PL 6615 | ROYAL ENH PAD / BROADLOOM  571414 / 92753 / 80890 | 325111365 | 13  6 | 132/8 | 199 | 199 | 199 | 909 |
| ROLL | CHILD PL 6615 | ROYAL ENH PAD / BROADLOOM  571414 / 92753 / 80890 | 325111331 | 13  6 | 94/0 | 141 | 141 | 141 | 648 |

**TOTALS**   3 PIECE(S)   WEIGHT 2584 LBS

Store # 6615
460 Broadway Mall
Hicksville NY 11801

# Packing List

SPECIAL INSTRUCTIONS:

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
LIZ SEXTON 800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

LOAD# - 0711
SHIP# - W5RG

F/A R D WEIS & CO

Message:

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | CARRIER PRO NUMBER |
|---|---|---|---|---|---|
| 3-Jan-08 | 16042 | | 0712109456 | LGM EXPRESS STOPS | |

PREPAY O    PREPAY O

| CUSTOMER PRODUCT # | DESCRIPTION SIDE MARK | PATTERN / COLOR NAME PATTERN / COLOR /DYELOT # | MFG PIECE # | LPR WIDTH | LENGTH | UNIT QTY | ORDER SHIP-QTY | SHIP-WGT |
|---|---|---|---|---|---|---|---|---|
| ROLL CHILD PL 6556 | ROYAL ENH PAD / BROADLOOM | ROYAL ENH PAD / 92753 / 80890 | 325111367 | 13 FT 6 IN | FT 100/0 IN | SQYD ...... 150 | 150 | 689 |
| ROLL CHILD PL 6556 | ROYAL ENH PAD / BROADLOOM | ROYAL ENH PAD / 92753 / 80890 | 325111368 | 13 FT 6 IN | FT 99 5 IN | SQYD ...... 150 | 150 | 685 |
| ROLL CHILD PL 6556 | ROYAL ENH PAD / BROADLOOM | ROYAL ENH PAD / 92753 / 80890 | 325111329 | 13 FT 6 IN | FT 160/0 IN | SQYD ...... 240 | 240 | 1094 |

| | | TOTALS | 3 PIECE(S) | WEIGHT 2468 LBS |
|---|---|---|---|---|

Store 6556
Laguna Hills Mall
Laguna CA 92653

929.09





Store 6568
24201 W. Valencia Blvd.
Valencia CA 91355

930.07

# Packing List

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

LOAD# - 0711
SHIP# - W5RW

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
LIZ SEXTON 800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

F/A R D WEIS & CO
Message:

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

SPECIAL INSTRUCTIONS:

| DATE | CUSTOMER PRODUCT# | | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | CARRIER PRO. NUMBER | | | | | | | | | |
|------|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 3-Jan-08 | ROLL | 16043 | | 071210945I | LGW EXPRESS STOPS | | PREPAY O | | | | | | | | | |

| DESCRIPTION | SIDE MARK | PATTERN / PATTERN / COLOR NAME COLOR / DYELOT # | MFG PIECE # | LPR | WIDTH FT IN FT IN | LENGTH FT IN FT IN | UNIT SQYD SQYD | ORDER QTY | SHIP-QTY | SHIP-WGT |
|----|----|----|----|----|----|----|----|----|----|----|
| ROLL CHILD PL 6568 | | ROYAL ENE PAD / 92753 / BROADLOOM 80890 | 325111333 | 13 FT 6 IN | 13 FT 6 IN | 150/0 | 225 | 225 | 225 | 1027 |
| ROLL CHILD PL 6568 | | ROYAL ENE PAD / 92753 / BROADLOOM 80890 574141 / 92753 / 80890 | 325111334 | 13 FT 6 IN | 13 FT 6 IN | 1450 | 218 | 218 | 218 | 993 |

| TOTALS | 2 PIECE(S) | | WEIGHT 2020 LBS |
|--------|-----------|--|-----------------|



# Packing List

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

LOAD# - 0711
SHIP# - W5RX

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
LIZ SEXTON 800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

F/A R D WEIS & CO
Message:

PREPAY O

SPECIAL INSTRUCTIONS:

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | CARRIER PRO NUMBER |
|---|---|---|---|---|---|
| 3-Jan-08 | 16044 | | 0712109446 | LGW EXPRESS STOPS | |

| CUSTOMER PRODUCT# | DESCRIPTION SIDE MARK | PATTERN/COLOR NAME PATTERN/COLOR/DYELOT # | MFG PIECE # | LPR | WIDTH FT IN | LENGTH FT IN | UNIT SQYD | ORDER QTY SHIP-QTY | WEIGHT SHIP-QTY-WGT |
|---|---|---|---|---|---|---|---|---|---|
| ROLL | ROLL | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80890 | 325111335 | | 13 6 | 12'50 | 180 | 185 180 | 850 |
| CHILD PL 6422 | CHILD PL 6422 | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80890 | 325111336 | | 13 6 | 127'1 | 185 | 185 | 845 |

TOTALS: 2 PIECE(S) | WEIGHT 1703 LBS

Store 642a
6600 Menaul Blvd,
Albuquerque, NM 87110

931.07

# Packing List

**PAGE 1 OF 1**

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
LIZ SEXTON 800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

SPECIAL INSTRUCTIONS:

LOAD# - 1252
SHIP# - W7PM

F/A R D WEIS & CO
Message:

PREPAY O

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | | CARRIER PRO NUMBER |
|---|---|---|---|---|---|---|
| 8-Jan-08 | 16045 | | 0712109420 | LGW EXPRESS STOPS | | |



| CUSTOMER PRODUCT# / DESCRIPTION / SIDE MARK | PATTERN/COLOR/DYELOT# | PATTERN/COLOR NAME | MFG PIECE# | LFR | WIDTH FT IN | LENGTH FT IN | UNIT QTY | ORDER SHIP-QTY | SHIP-WGT |
|---|---|---|---|---|---|---|---|---|---|
| ROLL / CHILD PL 6637 | ROYAL RHE PAD / BROADLOOM | ROYAL RHE PAD / BROADLOOM | 571414 / 92753 / 80940 / 325111413 | | 13 FT 6 IN | 126 FT 1 IN | 190 SQYD | 190 | 865 |
| ROLL / CHILD PL 6637 | ROYAL RHE PAD / BROADLOOM | 571414 / 92753 / 80940 | 325111396 | | 13 FT 6 IN | 100 FT 0 IN | 150 SQYD | 150 | 689 |
| ROLL / CHILD PL 6637 | ROYAL RHE PAD / BROADLOOM | 571414 / 92753 / 80940 | 325111399 | | 13 FT 6 IN | 102 FT 2 IN | 154 SQYD | 154 | 703 |

**TOTALS** 3 PIECE(S)    WEIGHT 2257 LBS

Stolo 6637
2036 Hilltop Mall Rd.
Richmond CA 94806

932.07



Store 6432
3401 Dale Road
Modesto CA 95356

933.07



# Packing List

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

**SHIP TO:**
STOP OFF @PRIMAVERA DISTRIBUTING
PHN 800 255 9370 LIZ SEXTON
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

LOAD# -  0711
SHIP# -  WSRS

F/A R D WEIS & CO

Message:

SPECIAL INSTRUCTIONS:

| CUSTOMER PRODUCT# | DESCRIPTION SIDE MARK | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | CARRIER PRO NUMBER | | |
|---|---|---|---|---|---|---|---|
| DATE 3-Jan-08 | P.O. NUMBER 16047 | | 0712109406 | LGW EXPRESS STOPS | PREPAY O | | |

| PRODUCT# | DESCRIPTION SIDE MARK | PATTERN / COLOR / DYELOT # | MFG PIECE # | LPR | WIDTH FT IN | LENGTH FT IN | UNIT | QTY ORDER SHIP-QTY | SHIP-WGT |
|---|---|---|---|---|---|---|---|---|---|
| | ROLL CHILDRENS PLACE | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80890 | 325111360 | | 13 6 | 100'0 | SQYD 150 | 150 | 689 |
| | ROLL CHILDRENS PLACE | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80890 | 325111361 | | 13 6 | 103'6 | SQYD 156 | 156 | 712 |
| | ROLL CHILDRENS PLACE | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80890 | 325111347 | | 13 6 | 49'0 | SQYD 74 | 74 | 343 |

TOTALS | 3 PIECE(S) | WEIGHT 1744 LBS

Store 6509
3233 Linden Rd.
Flint MI 48509

93407

# Packing List

**PAGE 1 OF 1**

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
PH# 800 255 9370 LIZ SEXTON
2700 RIVERSIDE DR
CHATTANOOGA, TN, 37406

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

**SPECIAL INSTRUCTIONS:**

LOAD# - 0711
SHIP# - W5RJ

F/A R D WEIS & CO
Message:

PREPAY O

| LOAD# - 0711 | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | CUSTOMER PRODUCT# | DESCRIPTION SIDE MARK | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | PATTERN / COLOR / DYELOT # PATTERN / COLOR NAME | CARRIER NAME | MFG PIECE # | LPR | WIDTH FT IN FT IN | LENGTH FT IN FT IN | UNIT SQYD SQYD | ORDER QTY | SHIP-QTY | SHIP-WGT |
| 3-Jan-08 | | | 16048 | | 0712109393 | | LGW EXPRESS STOPS | | | | | | | | |
| | ROLL CHILDRENS PLACE | ROYAL ENK PAD / BROADLOOM 571414 / 92753 / 80890 | | | | 571414 / 92753 / 80890 | | 325111323 | FT 13 | IN 6 | FT 12 IN 50 | SQYD 188 | 188 | 858 | |
| | ROLL CHILDRENS PLACE | ROYAL ENK PAD / BROADLOOM 571414 / 92753 / 80890 | | | | 571414 / 92753 / 80890 | | 325111324 | FT 13 | IN 6 | FT 13 IN 08 | SQYD 202 | 202 | 923 | |

| TOTALS | | |
|---|---|---|
| 2 PIECE(S) | WEIGHT | 1781 LBS |

Store 6429
3400 Shelbyville Rd.
Louisville KY 40222

935.07





# Packing List

**PAGE 1 OF 1**

**SPECIAL INSTRUCTIONS:**

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

LOAD# - 0711
SHIP# - WSRH

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
LIZ SEXTON 800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

F/A R D WEIS & CO
Message:

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | CARRIER PRO NUMBER |
|---|---|---|---|---|---|
| 3-Jan-08 | 16050 | | 0712109385 | LGW EXPRESS STOPS | |

PREPAY O

| CUSTOMER PRODUCT# | DESCRIPTION SIDE MARK | PATTERN / COLOR NAME / INVENTORY # | MFG PIECE # | LPR | WIDTH FT IN | LENGTH FT IN | UNIT | ORDER QTY | SHIP QTY | SHIP-WGT |
|---|---|---|---|---|---|---|---|---|---|---|
| ROLL | CHD PL 6441 GA | ROYAL RNH PAD / BROADLOOM 571414 / 92753 / 80890 | 325111327 | 13 | 6 | 13 6 | 15 0 | SQYD | 225 | 225 | 1027 |
| ROLL | CHD PL 6441 GA | ROYAL RNH PAD / BROADLOOM 571414 / 92753 / 80890 | 325111328 | 13 | 6 | 13 6 | 10 9 | SQYD | 197 | 197 | 897 |

| | TOTALS | 2 PIECE(S) | WEIGHT 1924 LBS |
|---|---|---|---|

*(handwritten)* STOCC 6441
2100 Pleasant Hill Rd.
Duluth GA 30096

*(handwritten)* 937.07



# Packing List

**PAGE** 1 OF 1
**SPECIAL INSTRUCTIONS:**

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

LOAD# - 0711
SHIP# - W5RT

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
LIZ SEXTON 800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

F/A R D WEIS & CO
Message:     PREPAY O

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | CARRIER PRO NUMBER |
|---|---|---|---|---|---|
| 3-Jan-08 | 16051 | | 0712118567 | LGW EXPRESS STOPS | |

| CUSTOMER PRODUCT# | DESCRIPTION SIDE MARK | PATTERN //COLOR //DYELOT # | MFG PIECE # | IPR | WIDTH FT IN | LENGTH FT IN | UNITS SQYD | ORDER QTY SQYD | SHIP QTY | SHIP WGT |
|---|---|---|---|---|---|---|---|---|---|---|
| ROLL | CHILD PL 6549 571414 / 92753 / 80890 | ROYAL RNH PAD / BROADLOOM | 325111321 | | 13 6 | 100'0 | 150 | 150 | | 689 |
| ROLL | CHILD PL 6549 571414 / 92753 / 80890 | ROYAL RNH PAD / BROADLOOM | 325111322 | | 13 6 | 98'0 | 147 | 147 | | 675 |
| ROLL | CHILD PL 6549 571414 / 92753 / 80890 | ROYAL RNH PAD / BROADLOOM | 325111345 | | 13 6 | 106'0 | 159 | 159 | | 729 |

**TOTALS:** 3 PIECE(S)   WEIGHT 2093 LBS

STOP 6549
9501 Arlington Expressway
Jacksonville FL 32225

954.09
954.09

# Packing List



**PAGE 1 OF 1**

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

LOAD# - 1252
SHIP # - W7N6

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTION
LIB SEXTON 800-255-9370
2700 RIVERSIDE DR
CHATTANOOGA, TN, 37406

F/A R D WEIS & CO
Message:

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

PREPAY O

SPECIAL INSTRUCTIONS:

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | CARRIER PRO NUMBER |
|---|---|---|---|---|---|
| 8-Jan-08 | 16055 | 0712118451 | | LGM EXPRESS STOPS | |

| CUSTOMER PRODUCT# | DESCRIPTION SIDE MARK | PATTERN / COLOR NAME PATTERN/ COLOR /DYELOT # | MFG PIECE # | LPR | WIDTH | LENGTH | UNIT SOTD | ORDER QTY | SHIP-QTY SHIP-WGT |
|---|---|---|---|---|---|---|---|---|---|
| ROLL | ROLL CHILDPLACE3531 | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80940 | 325111406 | FT IN 13 6 | FT IN 6 | FT IN 167,0 | SQYD 240 | 149 | 1094 |
| ROLL | CHILDPLACE3531 | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80940 | 325111419 | FT IN 13 6 | FT IN 6 | FT IN 99.4 | SQYD 240 | 149 | 684 |

| TOTALS | 2 PIECE(S) | WEIGHT 1778 LBS |
|---|---|---|

Store 6531
320 West Kimberly Rd
Davenport IA 52806

939.07

# Packing List



**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

LOAD# - 0711
SHIP# - W5RP

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
LIZ SEXTON 800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

F/A R D WEIS & CO
Message:

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

SPECIAL INSTRUCTIONS:

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | CARRIER PRO NUMBER |
|---|---|---|---|---|---|
| 3-Jan-08 | 16063 | | 0712118377 | LGW EXPRESS STOPS | PREPAY O |

| CUSTOMER PRODUCT# | DESCRIPTION / SIDE MARK | PATTERN / COLOR / DYELOT # | PATTERN / COLOR NAME | MFG PIECE # | LPR | WEIGHT PT IN / FT IN | LENGTH FT IN | UNIT SQYD | ORDER QTY | SHIP-QTY | SHIP-WGN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ROLL | CHILD PL 6374 | ROYAL ENN PAD / BROADLOOM | 571414 / 92753 / 80890 | 325111350 | 13 | 13 6 PT IN | 1000 FT IN | 150 SQYD | 150 | 689 | |
| ROLL | CHILD PL 6374 | ROYAL ENN PAD / BROADLOOM | 571414 / 92753 / 80890 | 325113351 | 13 | 6 FT IN | 1495 FT IN | 219 SQYD | 219 | 996 | |

| | TOTALS | 2 PIECE(S) | WEIGHT 1685 LBS |
|---|---|---|---|

*(handwritten)* STORE 6374
3320 Silas Creek Pkwy
Winston-Salem NC 27103

*(handwritten)* 756.07



# Packing List

**PAGE 1 OF 1**

**SPECIAL INSTRUCTIONS:**

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

LOAD# - 0711
SHIP# - W5RL

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
LIZ SEXTON 800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

F/A R D WEIS & CO

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | | CARRIER PRO NUMBER |
|---|---|---|---|---|---|---|
| 3-Jan-08 | 16064 | | 0712118366 | LGW EXPRESS STOPS | PREPAY O | |

Message:

| CUSTOMER PRODUCT# | SIDE MARK | PATTERN / COLOR NAME | PATTERN / COLOR / DYELOT # | MFG PIECE # | LPR | WIDTH FT IN | LENGTH FT IN | UNIT | ORDER QTY | SHIP QTY | SHIP WGT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ROLL | CHILD PL 6444 | ROYAL ENH PAD / BROADLOOM | 571414 / 92753 / 80890 | 325111344 | 13 | 6 | 28 10 | SQYD | 44 | 44 | 207 |
| ROLL | CHILD PL 6444 | ROYAL ENH PAD / BROADLOOM | 571414 / 92753 / 80890 | 325111348 | 13 | 6 | 100 0 | SQYD | 150 | 150 | 699 |
| ROLL | CHILD PL 6444 | ROYAL ENH PAD / BROADLOOM | 571414 / 92753 / 80890 | 325111349 | 13 | 6 | 132 1 | SQYD | 199 | 199 | 906 |

| TOTALS | 3 PIECE(S) | WEIGHT 1802 LBS |
|---|---|---|

Store 6444
115 Quaker Bridge Mall
Lawrenceville NJ 08648

957.07



# Packing List

| | |
|---|---|
| **FROM:**<br>MILLIKEN & COMPANY<br>300 Lukken Ind Dr. W.<br>LaGrange, GA 30240 | **SHIP TO:**<br>STOP OFF @PRIMAVERA DISTRIBUTING<br>LIZ SEXTON 800-255-9370<br>2700 RIVERSIDE DRIVE<br>CHATTANOOGA, TN, 37406<br>F/A R D WEIS & CO |
| **LOAD# - 0711**<br>**SHIP# - W5RR** | **BILL TO:**<br>R D WEIS & CO<br>200 WILLIAM STREET<br>PORT CHESTER, NY, 10573 |

**PAGE 1 OF 1**
**SPECIAL INSTRUCTIONS:**

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. |
|---|---|---|---|
| 3-Jan-08 | 16065 | | 0712118314 |

**Message:**  PREPAY 0

| CUSTOMER PRODUCT# | DESCRIPTION SIDE MARK | PATTERN / PATTERN NUMBER | PATTERN / COLOR NAME COLOR / DYELOT # | MFG PIECE# | CARRIER NAME LGW EXPRESS STOPS | LPR | WIDTH FT IN | LENGTH FT IN | UNIT | ORDER QTY | SHIP-QTY SHIP-WGT WEIGHT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ROLL KENNER, LA | ROYAL ENH PAD / BROADLOOM | 571414 / 92753 / 80890 | 325111332 | | | 13 | 6 62 5 | FT IN | SQYD | 94 | 94 434 |
| ROLL KENNER, LA | ROYAL ENH PAD / BROADLOOM | 571414 / 92753 / 80890 | 325111373 | | | 13 | 6 100 0 | FT IN | SQYD | 150 | 150 689 |
| ROLL KENNER, LA | ROYAL ENH PAD / BROADLOOM | 571414 / 92753 / 80890 | 325111374 | | | 13 | 6 122 6 | FT IN | SQYD | 184 | 184 841 |
| ROLL KENNER, LA | ROYAL ENH PAD / BROADLOOM | 571414 / 92753 / 80890 | 325111343 | | | 13 | 6 15 5 | FT IN | SQYD | 24 | 24 110 |

| | TOTALS | 4 PIECE(S) | WEIGHT 2074 LBS |
|---|---|---|---|

*Handwritten:* Store 6575  1401 W. Esplanade Ave  Kenner LA 70065

*Handwritten:* 915.04



# Packing List

PAGE 1 OF 1

SPECIAL INSTRUCTIONS:

FROM:
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

SHIP TO:
STOP CP#@PRIMAVERA DISTRIBUTING
LIZ SEXTON 800 255 9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

BILL TO:
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

LOAD# - 1252
SHIP# - W7N5

P/A R D WEIS & CO
Message:

| CUSTOMER DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | CARRIER PRO NUMBER |
|---|---|---|---|---|---|
| 8-Jan-08 | 16066 | | 0712118303 | LGW EXPRESS STOPS | PREPAY O |

LGW EXPRESS STOPS — LPE — PREPAY O

| PRODUCT# | SIDE MARK | PATTERN / COLOR NAME PATTERN / COLOR/DYELOT # | MFG PIECE # | WIDTH FT IN | LENGTH FT IN | UNIT | ORDER QTY | SHIP-QTY SHIP-WGT |
|---|---|---|---|---|---|---|---|---|
| ROLL | CHILDRENS PLACE | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80940 | 325111405 | 13 6 | 71 0 | SQYD | 107 | 107   492 |
| ROLL | CHILDRENS PLACE | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80940 | 325111410 | 13 6 | 100 0 | SQYD | 150 | 689 |
| ROLL | CHILDRENS PLACE | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80940 | 325111411 | 13 6 | 100 3 | SQYD | 151 | 151   690 |

| TOTALS |
|---|
| 3 PIECE(S) / WEIGHT 1871 LBS |

Store 6482
7850 Mentor Ave
Mentor OH 44060

458.07



# Packing List

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

LOAD# - 0711
SHIP# - WSBN

**SHIP TO:**
STOP OFF@PRIMAVERA DISTRIBUTING
LIZ SEXTON 800 255 9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

F/A R D WEIS & CO

Message:

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

PREPAY O

SPECIAL INSTRUCTIONS:

| DATE | CUSTOMER PRODUCT# | DESCRIPTION SIDE MARK | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | PATTERN / COLOR NAME PATTERN / COLOR / DYELOT # | CARRIER NAME | MFG PIECE # | LPR. | CARRIER PRO NUMBER | WIDTH FT IN | LENGTH FT IN | UNIT QTY | ORDER QTY | SHIP-QTY | SHIP-WGT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-Jan-08 | 16067 | | | | 0712118034 | | LGW EXPRESS STOPS | | | | | | | | | |
| | ROLL HARRISBURG | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80890 | | | | | | 325111339 | FT IN 13 6 | | FT IN 1000 | SQYD ..... | SQYD 150 | 150 | 689 |
| | ROLL HARRISBURG | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80890 | | | | | | 325111340 | FT IN 13 6 | | FT IN 87 8 | SQYD ..... | SQYD 132 | 132 | 605 |
| | ROLL HARRISBURG | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80890 | | | | | | 325111387 | FT IN 13 6 | | FT IN 95 5 | SQYD ..... | SQYD 144 | 144 | 657 |

| | TOTALS | 3 PIECE(S) | WEIGHT 1951 LBS |
|---|---|---|---|

*Handwritten notes:*
STORE 6583
Route 83 & Paxton St.
Harrisburg PA 17111

946.07



# Packing List

**PAGE 1 OF 1**

**SPECIAL INSTRUCTIONS:**

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

**SHIP TO:**
STOP OFF @PRIMAVERA DISTRIBUTING
LIZ SEXTON 800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

LOAD# - 0711
SHIP# - W5RM

F/A R D WEIS & CO

Message:

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | CARRIER PRO NUMBER |
|---|---|---|---|---|---|
| 3-Jan-08 | 16068 | | 071211 8058 | LGW EXPRESS STOPS | PREPAY O |

| CUSTOMER PRODUCT# | DESCRIPTION SIDE MARK | PATTERN / COLOR NAME PATTERN / COLOR /DYELOT # | MFG PIECE # | LPR | WIDTH FT IN / FT IN | LENGTH FT IN / FT IN | UNIT | ORDER QTY | SHIP QTY | SHIP-QTY WGT |
|---|---|---|---|---|---|---|---|---|---|---|
| ROLL | CAMP HILL 17011 | ROYAL EMH PAD / BROADLOOM 571414 / 92753 / 80890 | 325111342 | 13 | 6 / 28 2 | | SQYD | 43 | 43 | 203 |
| ROLL | CAMP HILL 17011 | ROYAL EMH PAD / BROADLOOM 571414 / 92753 / 80890 | 325111337 | 13 | 6 / 100 0 | | SQYD | 150 | 150 | 689 |
| ROLL | CAMP HILL 17011 | ROYAL EMH PAD / BROADLOOM 571414 / 92753 / 80890 | 325111338 | 13 | 6 / 98 3 | | SQYD | 148 | 148 | 677 |
| ROLL | CAMP HILL 17011 | ROYAL EMH PAD / BROADLOOM 571414 / 92753 / 80890 | 325111341 | 13 | 6 / 128 0 | | SQYD | 192 | 192 | 878 |

| TOTALS | 4 PIECE(S) | WEIGHT 2447 LBS |
|---|---|---|

Store 6603
3571 Capital Mall Dr.
Camp Hill PA 17011

997.07



# Packing List

**PAGE 1 OF 1**

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

LOAD# - 1252
SHIP# - W7PJ

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
ATTN: LIZ SEXTON 800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

F/A R D WEIS & CO

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

SPECIAL INSTRUCTIONS:

Message:                                    PREPAY O

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO | CARRIER NAME |
|------|-------------|--------------|------------------|--------------|
| 8-Jan-08 | 16069 | | 0712118317 | LGM EXPRESS STOPS |

| CUSTOMER PRODUCT# | DESCRIPTION / SIDE MARK | PATTERN / COLOR NAME | PATTERN / COLOR /DYELOT # | MFG PIECE # | WIDTH FT IN / FT IN | LNGTH FT IN | UNIT QTY SQYD | ORDER SHIP-QTY | SHIP-WGT |
|---|---|---|---|---|---|---|---|---|---|
| ROLL | CHILD PL #6500 | ROYAL ERH PAD / BROADLOOM | 571414 / 92753 / 80940 | 325111409 | 13 FT 6 IN / 13 FT 6 IN | 12010 | 182 | 182 | 829 |
| ROLL | CHILD PL #6500 | ROYAL ERH PAD / BROADLOOM | 571414 / 92753 / 80940 | 325111408 | 13 FT 6 IN / 13 FT 6 IN | 1362 | 205 | 205 | 933 |

TOTALS: 2 PIECE(S)   WEIGHT 1762 LBS

Stone 6500
Montgomery Mall
North Wales PA 19454

959.07



# Packing List

**PAGE 1 OF 1**

**SPECIAL INSTRUCTIONS:**

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

LOAD# - 1252
SHIP# - WTPN

**SHIP TO:**
STOP OFF @PRIMAVERA DISTRIBUTING
LIZ SEXTON 800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

F/A R D WEIS & CO
Message:

PREPAY O

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | CARRIER PRO NUMBER |
|---|---|---|---|---|---|
| 8-Jan-08 | 16070 | | 0712118240 | LGW EXPRESS STOPS | |

| CUSTOMER PRODUCT# | DESCRIPTION/SIDE MARK | PATTERN/COLOR NAME/DYELOT# | MFG PIECE # | LPR | WIDTH FT IN | LENGTH FT IN | UNIT | ORDER QTY | SHIP-QTY | SHIP-WGT |
|---|---|---|---|---|---|---|---|---|---|---|
| ROLL | DAYTON OH | ROYAL EHR PAD / BROADLOOM 571414 / 92753 / 80940 | 325111425 | | 13 6 | 100'0 | SOYD | 150 | 150 | 689 |
| ROLL | DAYTON OH | ROYAL EHR PAD / BROADLOOM 571414 / 92753 / 80940 | 325111426 | | 13 6 | 86 4 | SOYD | 130 | 130 | 596 |
| ROLL | DAYTON OH | ROYAL EHR PAD / BROADLOOM 571414 / 92753 / 80940 | 325111428 | | 13 6 | 33 1 | SOYD | 50 | 50 | 236 |

| TOTALS | | |
|---|---|---|
| 3 PIECE(S) | WEIGHT 1521 LBS | |

Store: 654 N. Fairfield Rd.
Dayton, OH 45431

948.07



# Packing List

**PAGE 1 OF 1**

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
LIZ SEXTON 800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

**SPECIAL INSTRUCTIONS:**

| DATE | LOAD# - 1252 | SHIP# - WTPD | F/A R D WEIS & CO |
|---|---|---|---|
| 8-Jan-08 | | | |

| P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | CARRIER PRO NUMBER |
|---|---|---|---|---|
| 16071 | | 071212178869 | LGW EXPRESS STOPS | |

Message:  PREPAY 0

| CUSTOMER PRODUCT# | DESCRIPTION / SLIDE MARK | PATTERN / COLOR / DYELOT # | MFG PIECE # | LPR | WIDTH | | LENGTH | | UNIT | ORDER QTY | SHIP QTY | SHIP WGT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | FT | IN | FT | IN | | | | |
| ROLL | CHILD PL 6619 | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80940 | 325111424 | 13 | | 6 | 71 | 2 | SQYD | 107 | 107 | 1027 |
| ROLL | CHILD PL 6619 | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80940 | 325111403 | 13 | | 6 | 150 | 0 | SQYD | 225 | 225 | 493 |
| ROLL | CHILD PL 6619 | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80940 | 325111404 | 13 | | 6 | 128 | 3 | SQYD | 193 | 193 | 880 |
| ROLL | CHILD PL 6619 | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80940 | 325111412 | 13 | | 6 | 43 | 6 | SQYD | 66 | 66 | 306 |

| TOTALS | | | |
|---|---|---|---|
| | 4 PIECE(S) | WEIGHT 2706 LBS | |

*(handwritten, left margin)* 94907

*(handwritten, center)* $1000 6619 267 8016 Mill Ctr. Milton, FL 60714



# Packing List

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

LOAD# - 1252
SHIP# - W7N8

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
LIZ SEXTON 800 255 9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

F/A R D WEIS & CO

Message:

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

SPECIAL INSTRUCTIONS:

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | | | | | | CARRIER PRO NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| 8-Jan-08 | 16072 | | 0712118338 | LGW EXPRESS STOPS | | | | | | |

PREPAY 0

| PRODUCT# | DESCRIPTION STDS MARK | PATTERN / COLOR NAME/DYELOT / # | MFG PIECE # | LGW STOPS | WIDTH FT IN | LENGTH FT IN | UNIT | ORDER QTY | SHIP QTY | SHIP WGT |
|---|---|---|---|---|---|---|---|---|---|---|
| | ROLL CHILDRENS PLACE | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80940 | 325111389 | 13 | 6 | 13 6 | SQYD | 212 | 212 | 967 |
| | ROLL CHILDRENS PLACE | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80940 | 325111388 | 13 | 6 | 141 2 | SQYD | 150 | 150 | 689 |
| | ROLL CHILDRENS PLACE | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80940 | 325111429 | 13 | 6 | 100 0 | SQYD | 150 | 150 | 689 |
| | ROLL CHILDRENS PLACE | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80940 | 325111630 | 13 | 6 | 92 3 | SQYD | 139 | 139 | 636 |

| TOTALS | | | | | 4 PIECE(S) | | | WEIGHT 2981 LBS |

Handwritten:
Store 6630
159 Yorktown Ctr.
Lombard, IL 60148

950.07



# Packing List

**PAGE 1 OF 1**

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
ATTN: LIZ SEXTON 800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

**SPECIAL INSTRUCTIONS:**

| LOAD# - | 1252 |
| SHIP# - | W7N4 |

F/A R D WEIS & CO

Message:

PREPAY O

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | CARRIER PRO NUMBER |
|---|---|---|---|---|---|
| 8-Jan-08 | 16073 | | 0712127723 | LGW EXPRESS STOPS | |

| CUSTOMER PRODUCT# | DESCRIPTION SIDE MARK | PATTERN / COLOR PATTERN / COLOR / DYELOT # | MFG PIECE # | WIDTH FT IN | LENGTH FT IN | UNIT QTY | ORDER SHIP-QTY | SHIP-WGT |
|---|---|---|---|---|---|---|---|---|
| ROLL CHILDS PLM6309 | ROLL CHILDS PLM6309 | ROYAL BRH PAD / BROADLOOM 571414 / 92753 / 80940 | 3251113396 | 13 6 | 12'9 | SQYD 150 | SQYD 150 | 689 |
| ROLL CHILDS PLM6309 | ROLL CHILDS PLM6309 | ROYAL BRH PAD / BROADLOOM 571414 / 92753 / 80940 | 3251113397 | 13 6 | 12'9 | 192 | 192 | 876 |

| TOTALS | | | 2 PIECE(S) | | | | WEIGHT 1565 LBS |
|---|---|---|---|---|---|---|---|

*Store 6309*
*2000 Galleria Mall*
*Birmingham AL 35244.*

*960.07*



# Packing List

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

LOAD# - 0711
SHIP# - WSRV

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
LIZ SEXTON 800 255 9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

F/A R D WEIS & CO
Message:

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

SPECIAL INSTRUCTIONS:

PREPAY O

| DATE | P.O. NUMBER | CUSTOMER PRODUCT# | DESCRIPTION SIDE MARK | PATTERN / COLOR / DYELOT # | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | MFG PIECE | LPR | FT IN WIDTH | FT IN LENGTH | SQYD UNIT | ORDER QTY | SHIP-QTY | SHIP-WGT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-Jan-08 | 16074 | | | | | 0712118018 | LGW EXPRESS STOPS | | | | | | | | |
| | | ROLL CHILD FL 6508 | ROYAL ENH PAD / BROADLOOM | 571414 / 92753 / 80890 | | | | 325111355 | 13 FT 6 IN | 154 FT 0 IN | SQYD | 231 | 231 | 1054 |
| | | ROLL CHILD FL 6508 | ROYAL ENH PAD / BROADLOOM | 571414 / 92753 / 80890 | | | | 325111356 | 13 FT 6 IN | 100 FT 0 IN | SQYD | 150 | 150 | 689 |

TOTALS          2 PIECE(S)          WEIGHT 1743 LBS

Stone 6508
Bloomingdale IL 60108

951.07



Store 6360
Paul0910 04 1422S

982.07

# Packing List

PAGE 1 OF 1

SPECIAL INSTRUCTIONS:

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

LOAD# - 1252
SHIP# - W7PH

**SHIP TO:**
STOP OFF @PRIMAVERA DISTRIBUTING
LIZ SEXTON800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

Y/A R D WEIS & CO
Message:

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

| DATE | CUSTOMER PRODUCT# | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | | | | | | | CARRIER PRO NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8-Jan-08 | 16075 | | 0712118297 | | LGM EXPRESS STOPS | | | | | | | |

| DESCRIPTION | SIDE MARK | PATTERN / COLOR NAME | PATTERN / DYELOT # | MFG PIECE # | LPR | WIDTH FT IN | LENGTH FT IN | UNIT | ORDER QTY | SHIP QTY | SHIP WGT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ROLL BUFFALO NY | ROLL BUFFALO NY | ROYAL ENH PAD / BROADLOOM | 571414 / 92753 / 80940 | 325111402 | FT IN | 13 6 | 15 47 | SQYD | 232 | 232 | 1058 |
| ROLL BUFFALO NY | ROLL BUFFALO NY | ROYAL ENH PAD / BROADLOOM | 571414 / 92753 / 80940 | 325111418 | FT IN | 13 6 | 10 93 | SQYD | 163 | 163 | 744 |

| | TOTALS | 2 PIECE(S) | WEIGHT 1802 LBS |
|---|---|---|---|

PREPAY O



# Packing List

**PAGE 1 OF 1**

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
ATTN: LIZ SEXTON 800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

**SPECIAL INSTRUCTIONS:**

LOAD# - 1252
SHIP# - W7N7

F/A R D WEIS & CO

Message:

PREPAY 0

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | CARRIER PRO NUMBER |
|---|---|---|---|---|---|
| 8-Jan-08 | 160176 | | 071212715 | LGW EXPRESS STOPS | |

| CUSTOMER PRODUCT# | SIDE MARK | PATTERN / COLOR NAME | PATTERN/ COLOR/ DYELOT # | MFG PIECE # | LPR | | WIDTH FT IN | LNGTH FT IN | UNIT | ORDER QTY | SHIP QTY | SHIP WGT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROLL CHILD PI# 6473 | | ROYAL EHH PAD / BROADLOOM | 571414 / 92753 / 80940 | 325111407 | FT IN 13 6 | | FT IN 42 10 | SQYD | SQYD 65 | 65 | 302 |
| ROLL CHILD PI# 6473 | | ROYAL EHH PAD / BROADLOOM | 571414 / 92753 / 80940 | 325111390 | FT IN 13 6 | | FT IN 15.0 | SQYD | 225 | 225 | 1027 |
| ROLL CHILD PI# 6473 | | ROYAL EHH PAD / BROADLOOM | 571414 / 92753 / 80940 | 325111391 | FT IN 13 6 | | FT IN 13.9 | SQYD 198 | 198 | 903 |

| | TOTALS | 3 PIECE(S) | WEIGHT 2232 LBS |
|---|---|---|---|

*(handwritten)*
Store 6473
743 Park City Center
Lancaster PA 17601

983.07



# Packing List

PAGE 1 OF 1

SPECIAL INSTRUCTIONS:

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. N.
LaGrange, GA 30240

LOAD# - 1252
SHIP# - WPPL

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
LIZ SEXXON 800-285-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406
F/A R D WEIS & CO
Message:

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

| CUSTOMER PRODUCT# | DESCRIPTION / SIDE MARK | STORE NUMBER | SHIPPER ORDER NO. | PATTERN / COLOR NAME / PATTERN / COLOR DYELOT # | MFG PIECE # | CARRIER NAME | LPR | WIDTH FT IN | LENGTH FT IN | UNIT SQYD | ORDER SHIP-QTY QTY | SHIP-QTY SHIP-WGT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | LGW EXPRESS STOPS | | | | | PREPAY O | |
| ROLL CHILD PL 6651 | ROYAL ENH PAD / BROADLOOM | 0712127/8/70 | | 571414 / 92753 / 80940 | 325111401 | | | 13 6 | 111P | 168 | 168 | 767 |
| ROLL CHILD PL 6651 | ROYAL ENH PAD / BROADLOOM | | | 571414 / 92753 / 80940 | 325111427 | | | 13 6 | 1118 | 181 | 181 | 827 |
| ROLL CHILD PL 6651 | ROYAL ENH PAD / BROADLOOM | | | 571414 / 92753 / 80940 | 325111400 | | | 13 6 | 12210 | 200 | 200 | 911 |

DATE: 8-Jan-08    P.O. NUMBER: 16079

TOTALS: 3 PIECE(S)    WEIGHT 2505 LBS

Store 6651
Toronto Ontario,
ON M5B2H6

40.556

# Packing List



**PAGE 1 OF 1**

**SPECIAL INSTRUCTIONS:**

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA. 30240

LOAD# - 2233
SHIP# - XDDF

**SHIP TO:**
STOP OFF @PRIMAVERA DISTRIBUTING
LIZ SEXTON 800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

**F/A R D WEIS & CO**
Message:

| DATE | P.O. NUMBER |
|---|---|
| 15-Jan-08 | 16100 |

| CUSTOMER PRODUCT# | DESCRIPTION SIDE MARK | STORE NUMBER | SHIPPER ORDER NO. | PATTERN NUMBER | PATTERN / COLOR /DYELOT # | CARRIER NAME | MFG PIECE # | CARRIER PRO NUMBER |
|---|---|---|---|---|---|---|---|---|
| | | | 0712127654 | | | LGW EXPRESS STOPS | | |

| DESCRIPTION SIDE MARK | PATTERN / COLOR /DYELOT # | MFG PIECE # | WIDTH | LENGTH | UNIT | ORDER QTY | SHIP QTY |
|---|---|---|---|---|---|---|---|
| ROLL TORONTO ONTARIO | ROYAL EWE PAD / 92753 / 80940 | 325111466 | FT IN 13 6 | FT IN 100/0 | SQYD 150 | 150 | 689 |
| ROLL TORONTO ONTARIO | ROYAL EWE PAD / 92753 / 80940 | 325111467 | FT IN 13 6 | FT IN 99 6 | SQYD 150 | 150 | 687 |
| ROLL TORONTO ONTARIO | ROYAL EWE PAD / 92753 / 80940 | 325111465 | FT IN 13 6 | FT IN 137/3 | SQYD 206 | 206 | 940 |
| ROLL TORONTO ONTARIO | ROYAL EWE PAD / 92753 / 80940 | 325111346 | FT IN 13 6 | FT IN 28 0 | SQYD 42 | 42 | 201 |

| TOTALS | 4 PIECE(S) | WEIGHT 2517 LBS |
|---|---|---|

PREPAY O

*(handwritten notes)*
Store 6651
218 Yonge Street
Toronto Ontario   MSB2H6

972.07

# Packing List

SPECIAL INSTRUCTIONS:

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

LOAD# - 1252
SHIP# - WTPF

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
ATTN: LIZ SEXTON 800-255-3370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

F/A R D WEIS & CO

Message:

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

PREPAY O

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | CARRIER STOPS | | CARRIER PRO NUMBER |
|---|---|---|---|---|---|---|---|
| 8-Jan-08 | 16085 | | 0712118265 | LGW EXPRESS STOPS | | | |

| CUSTOMER PRODUCT# | DESCRIPTION SLIDE MARK | PATTERN / COLOR NAME | PATTERN / COLOR / DYELOT # | MFG PIECE # | LPR | | WIDTH | | LENGTH | | UNIT | ORDER QTY | ORDER SHIP-QTY | SHIP-WGT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | FT | IN | FT | IN | FT | IN | | | | |
| ROLL CHILD Pt #6559 | ROYAL ENH PAD / BROADLOOM | 571414 / 92753 / 80940 | | 325111392 | 13 | 6 | | 15'0 | | | SQYD | 225 | 225 | 1027 |
| ROLL CHILD Pt #6559 | ROYAL ENH PAD / BROADLOOM | 571414 / 92753 / 80940 | | 325111393 | 13 | 6 | | 15'0 | | | SQYD | 229 | 229 | 1041 |

| | | | TOTALS | 2 PIECE(S) | | | | WEIGHT 2068 LBS |
|---|---|---|---|---|---|---|---|---|

Store 6559
West morland Mall
Route 30 East
Greensburg, PA 15601

967.07





# Packing List

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

LOAD# - 1235
SHIP# - W7PC

**SHIP TO:**
STOP OFF @PRIMAVERA DISTRIBUTING
PH# 800 255 9370 LIZ SEXTON
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

F/A R D WEIS & CO

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

SPECIAL INSTRUCTIONS:

Message:

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO | CARRIER NAME | CARRIER PRO NUMBER |
|---|---|---|---|---|---|
| 8-Jan-08 | 15082 | | 0712127761 | SOUTHEASTERN | |

PREPAY 1

| CUSTOMER PRODUCT# SIDE MARK | DESCRIPTION | PATTERN / COLOR NAME PATTERN/DYELOT # | MFG PIECE # | PER | WIDTH FT IN FT CM | LENGTH FT IN FT IN | UNIT QTY SQYD | ORDER SHIP QTY | SHIP-WGT |
|---|---|---|---|---|---|---|---|---|---|
| | ROLL CHILD PL 6466 | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80940 | 325111422 | 13 | 6 | 1180 | 150 | 150 | 810 |
| | ROLL CHILD PL 6466 | ROYAL ENH PAD / BROADLOOM 571414 / 92753 / 80940 | 325111423 | 13 | 6 | 1000 | 177 | 177 | 689 |

| TOTALS | 2 PIECE(S) | WEIGHT 1699 LBS |
|---|---|---|

STORE 64966
3811 S. Cooper
Arlington, Tx 76015

964-07



# Packing List

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

LOAD# - 1252
SHIP# - W7FX

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
LIZ SEXTON 800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

F/A R D WEIS & CO
Message:

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

SPECIAL INSTRUCTIONS:

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | CARRIER PRO NUMBER |
|---|---|---|---|---|---|
| 8-Jan-08 | 16083 | | 071121277760 | LGW EXPRESS STOPS | |

PREPAY 0

| CUSTOMER PRODUCT# | DESCRIPTION SIDE MARK | PATTERN/ COLOR NAME / PATTERN/ / COLOR //DYELOT # | MFG PIECE # | WIDTH FT IN | LENGTH FT IN | UNIT SQYD QTY | ORDER SHIP-QTY | SHIP-WGT WEIGHT |
|---|---|---|---|---|---|---|---|---|
| | ROLL | ROYAL RNE PAD / BROADLOOM | | | | SQYD | SQYD | |
| | CHILD PL 6481 | 574414 / 92753 / 80940 | 325111394 | 13 6 | 100/0 | 150 | 150 | 689 |
| | ROLL | ROYAL RNE PAD / BROADLOOM | | | | | | |
| | CHILD PL 6481 | 574414 / 92753 / 80940 | 325111395 | 13 6 | 14/32 | 215 | 215 | 981 |

| | TOTALS |
|---|---|
| | 2 PIECE(S) |
| | WEIGHT 1670 LBS |

Stone 6481
204 Wyoming Valley Mall
Wilkes-Barre PA 18702

4.505.056



# Packing List

**PAGE 1 OF 1**

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
LIZ SEXTON 800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

F/A R D WEIS & CO
Message:

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

**SPECIAL INSTRUCTIONS:**

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

LOAD # - 1252
SHIP# - W7PG

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | | CARRIER PRO NUMBER |
|---|---|---|---|---|---|---|
| 8-Jan-08 | 16084 | 0712127766 | | LGW EXPRESS STOPS | PREPAY O | |

| CUSTOMER PRODUCT# | DESCRIPTION SIDE MARK | PATTERN / COLOR NAME PATTERN / COLOR/DYELOT # | MFG PIECE # | LPR | WIDTH FT IN FT IN | LENGTH FT IN FT IN | UNIT | ORDER QTY | SHIP QTY | SHIP WGT |
|---|---|---|---|---|---|---|---|---|---|---|
| | ROLL CHILD PL 6611 | ROYAL RNH PAD / BROADLOOM 571414 / 92753 / 80940 | 325111417 | PM 13 | 60 0 | 100 0 | SQYD | 90 | 90 | 418 |
| | ROLL CHILD PL 6611 | ROYAL RNH PAD / BROADLOOM 571414 / 92753 / 80940 | 325111420 | PM 13 | 60 0 | 100 0 | SQYD | 150 | 150 | 689 |
| | ROLL CHILD PL 6611 | ROYAL RNH PAD / BROADLOOM 571414 / 92753 / 80940 | 325111421 | PM 13 | 60 0 | 100 0 | SQYD | 150 | 150 | 689 |

| TOTALS | 3 PIECE(S) | WEIGHT 1796 LBS |
|---|---|---|

STORE 6511
206 The Mall @ Steamtown
Scranton PA 18503

966.07

# Packing List

**PAGE 1 OF 1**

**FROM:**
MILLIKEN & COMPANY
300 Lukken Ind Dr. W.
LaGrange, GA 30240

**SHIP TO:**
STOP OFF @ PRIMAVERA DISTRIBUTING
ATTN: LIZ SEXTON 800-255-9370
2700 RIVERSIDE DRIVE
CHATTANOOGA, TN, 37406

**BILL TO:**
R D WEIS & CO
200 WILLIAM STREET
PORT CHESTER, NY, 10573

**SPECIAL INSTRUCTIONS:**

| LOAD# - 4463 | F/A R D WEIS & CO | | PREPAY 1 |
|---|---|---|---|
| SHIP# - XMOV | | | |

Message:

| DATE | P.O. NUMBER | STORE NUMBER | SHIPPER ORDER NO. | CARRIER NAME | CARRIER PRO NUMBER |
|---|---|---|---|---|---|
| 31-Jan-08 | 16337 | 08011B6093 | SOUTHEASTERN | | |

| CUSTOMER PRODUCT# | DESCRIPTION / SIDE MARK | PATTERN / COLOR / DEVELOP # | PATTERN / COLOR NAME | MFG PIECE # | LFR | WIDTH FT IN | LNGTH FT IN | UNIT QTY. | ORDER SHIP-QTY. | SHIP-WGT |
|---|---|---|---|---|---|---|---|---|---|---|
| | ROLL | ROYAL ENH PAD / BROADLOOM | | 845257552 | | | | SQYD | 26 | 122 |
| | CHILD PLACK6472 | 571414 / 92753 / 80940 | | | 13 | 6 | 17 1 | 26 | 26 | |
| | ROLL | ROYAL ENH PAD / BROADLOOM | | 325111458 | | | | SQYD | 157 | 720 |
| | CHILD PLACK6472 | 571414 / 92753 / 80940 | | | 13 | 6 | 1047 | 157 | 157 | |
| | ROLL | ROYAL ENH PAD / BROADLOOM | | 325111325 | | | | SQYD | 152 | 695 |
| | CHILD PLACK6472 | 571414 / 92753 / 80940 | | | 13 | 6 | 1010 | 152 | 152 | |

| TOTALS | 3 PIECE(S) | WEIGHT 1537 LBS |
|---|---|---|

STORE 6472.
S300 SQ YD
LAREDO TX 78041

39.08

# 2007 Pink And Green Refresh

| # | Store Number | Name | Installation Total Cost Per Sq Yd | Installation of tufted carpet/material straight time / OT | Installation of tufted carpet/material straight time | Installation of tufted carpet Premium carpet Adhesive | Demo, removal and disposal | Furnish and install installation | Freight | Total Contract Store |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6837 | Hilltop Mall | $11.65 | $5,641 | $5,641 | $5,641 | 363 | $2,653 | 1,000 | $12,360.29 | 1,860.00 | 14,280.29 |
| 2 | 6441 | Gwinnett Place | $10.65 | $5,371 | $5,371 | $5,371 | 308 | 2,357 | 903 | 10,265.95 | 415.57 | 10,821.52 |
| 3 | 6444 | Oxmoor Center | $10.65 | $4,076 | $4,076 | $4,076 | 287 | 2,165 | 842 | 8,062.65 | 574.03 | 9,436.68 |
| 4 | 6429 | Great Lakes Mall | $10.65 | $4,146 | $4,146 | $4,146 | 282 | 2,141 | 856 | 8,096.64 | 356.00 | 8,852.64 |
| 5 | 6482 | Great Lakes Mall | $10.65 | $3,950 | $3,950 | $3,950 | 278 | 2,040 | 816 | 8,822.24 | 1,056.00 | 9,878.24 |
| 6 | 6428 | Willow Grove Park | $10.65 | $3,383 | $3,383 | $3,383 | 238 | 1,747 | 699 | 9,481.27 | 951.33 | 9,432.60 |
| 7 | 6472 | Mall Del Norte | $10.65 | $4,624 | $4,624 | $4,624 | 326 | 2,388 | 955 | 9,910.98 | 985.97 | 10,896.95 |
| 8 | 6559 | Westmoreland Mall | $10.65 | $5,167 | $5,167 | $5,167 | 324 | 2,378 | 1,075 | 11,161.56 | 688.94 | 11,850.52 |
| 9 | 6575 | The Esplanade | $10.65 | $4,601 | $4,601 | $4,601 | 330 | 989 | 960 | 7,386.17 | | |
| 10 | 6549 | Regency Square Mall | $4,690 | $4,690 | $4,690 | 330 | 837 | 989 | 5,283.72 | | |
| 11 | 6432 | Vintage Faire Mall | $11.65 | $3,349 | $3,349 | $3,349 | 216 | 546 | 832 | 5,168.44 | | |
| 12 | 6507 | Genesee Valley Center | $10.65 | $3,867 | $3,867 | $3,867 | 272 | 799 | 874 | 6,885.28 | | |
| 13 | 6566 | Aurora Mall | $10.65 | $4,229 | $4,229 | $4,229 | 298 | 785 | 827 | 5,975.76 | | |
| 14 | 6511 | Northpark Mall | $10.65 | $4,002 | $4,002 | $4,002 | 282 | 706 | 819 | 6,365.06 | | |
| 15 | 6274 | Hanes Mall | $10.65 | $3,668 | $3,668 | $3,668 | 258 | 694 | 757 | 6,243.46 | | |
| 16 | 6500 | Quaker Bridge Mall | $10.65 | $3,959 | $3,959 | $3,959 | 279 | 698 | 818 | 6,302.02 | | |
| 17 | 6300 | Montgomery Mall | $10.65 | $3,519 | $3,519 | $3,519 | 247 | 659 | 730 | 3,719.68 | | |
| 18 | 6438 | Riverchase Galleria | $10.65 | $3,695 | $3,695 | $3,695 | 274 | 695 | 738 | 6,208.96 | | |
| 19 | 6300 | Oxford Valley Mall | $10.65 | $3,346 | $3,346 | $3,346 | 236 | 597 | 692 | 5,411.98 | | |
| 20 | 6481 | The Parks at Arlington | $10.65 | $3,713 | $3,713 | $3,713 | 261 | 682 | 767 | 5,943.70 | | |
| 21 | 6511 | Wyoming Valley Mall | $10.65 | $3,889 | $3,889 | $3,889 | 280 | 708 | 820 | 6,317.03 | | |
| 22 | 6983 | The Mall at Steamtown | $10.65 | $4,236 | $4,236 | $4,236 | 298 | 875 | 875 | 6,705.77 | | |
| 23 | 6603 | Harrisburg Mall | $10.65 | $5,401 | $5,401 | $5,401 | 380 | 964 | 1,116 | 6,400.30 | | |
| 24 | 6514 | Capital City Mall | $10.65 | $3,460 | $3,460 | $3,460 | 246 | 623 | 721 | 5,619.10 | | |
| 25 | 6919 | Mall at Fairfield Commons | $10.65 | $6,195 | $6,195 | $6,195 | 438 | 1,105 | 1,280 | 5,586.01 | | |
| 26 | 6630 | Golf Mill Shopping Center | $10.65 | $6,833 | $6,833 | $6,833 | 467 | 1,183 | 1,370 | 10,193.90 | | |
| 27 | 6508 | Yorktown Shopping Center | $10.65 | $3,869 | $3,869 | $3,869 | 272 | 690 | 799 | 5,771.44 | | |
| 28 | 6380 | Stratford Square | $10.65 | $4,117 | $4,117 | $4,117 | 290 | 734 | 810 | 6,531.66 | | |
| 29 | 6473 | Walden Galleria | $10.65 | $5,053 | $5,053 | $5,053 | 356 | 902 | 1,044 | 7,954.49 | | |
| 30 | 6587 | Park City Center | $10.65 | $5,589 | $5,589 | $5,589 | 392 | 994 | 540 | 8,644.95 | | |

**Total** $228,550

# 2008 Pink And Green Refresh

Installer: Randall D. Wils

| # | Store Number | Name | Sq Yd | Date | Date | Unit Cost Per Sq Yard | Installation OT | Installation straight time | Installation OT | Premium Carpet Adhesives | demo existing / disposal / refresh | Furnish and install 7-cove base | Total Cost per Store |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6387 | Carousel Center | 433 | 12/19/2007 | 14-Jan-2008 | $11.65 | $4,589 | $4,589 | $4,589 | $295 | $746 | $540.00 | $7,040 |
| 2 | 6547 | Jefferson Valley Mall | 443 | 12/26/2007 | 14-Jan-2008 | $11.65 | $4,692 | $4,692 | $4,692 | $302 | $765 | $540.00 | $7,185 |
| 3 | 6874 | Meriden Square | 426 | 12/19/2007 | 14-Jan-2008 | $11.65 | $4,125 | $4,125 | $4,125 | $281 | $852 | $540.00 | $6,544 |
| 4 | 6469 | Holyoke Mall at Ingleside | 408 | 12/19/2007 | 14-Jan-2008 | $11.65 | $3,933 | $3,933 | $3,933 | $277 | $813 | $540.00 | $8,264 |
| 5 | 6474 | Galleria at Crystal Run | 385 | 12/19/2007 | 21-Jan-2008 | $11.65 | $4,081 | $4,081 | $4,081 | $263 | $771 | $540.00 | $6,321 |
| 6 | 6557 | Springhill Mall | 434 | 12/19/2007 | 28-Jan-2008 | $11.65 | $4,207 | $4,207 | $4,207 | $296 | $750 | $540.00 | $6,692 |
| 7 | 6488 | Coolsprings Galleria | 358 | 12/19/2007 | 28-Jan-2008 | $11.65 | $3,560 | $3,560 | $3,560 | $251 | $735 | $540.00 | $5,721 |
| 8 | 6558 | Hamilton Mall | 397 | 12/19/2007 | 4-Feb-2008 | $11.65 | $3,839 | $3,839 | $3,839 | $270 | $783 | $540.00 | $6,128 |
| 9 | 6573 | Square One - Saugus | 585 | 12/19/2007 | 4-Feb-2008 | $11.65 | $5,474 | $5,474 | $5,474 | $385 | $977 | $540.00 | $8,507 |
| 10 | 6565 | Boulevard Mall | 510 | 14-Jan-2008 | 18-Feb-2008 | $11.65 | $5,404 | $5,404 | $5,404 | $348 | $1,000 | $540.00 | $8,193 |
| 11 | 6815 | Broadway Mall | | 14-Jan-2008 | 18-Feb-2008 | $11.65 | $6,321 | $6,321 | $6,321 | $407 | $1,031 | $540.00 | $9,492 |
| 12 | 6552 | Fresno Fashion Fair | 6447 | 14-Jan-2008 | 25-Feb-2008 | $11.65 | $4,738 | $4,738 | $4,738 | $305 | $773 | $540.00 | $7,251 |
| 13 | 6556 | Laguna Hills Mall | 675 | 14-Jan-2008 | 25-Feb-2008 | $11.65 | $6,092 | $6,092 | $6,092 | $392 | $994 | $540.00 | $9,168 |
| 14 | 6558 | Valencia Town Center | 1490 | 14-Jan-2008 | 25-Feb-2008 | $11.65 | $4,917 | $4,917 | $4,917 | $317 | $1,150 | $540.00 | $7,505 |
| 15 | 6422 | Coronado Center | 390 | 14-Jan-2008 | 25-Feb-2008 | $11.65 | $3,771 | $3,771 | $3,771 | $266 | $779 | $540.00 | $6,029 |

Total: $108,009

**RD Weis & Co., Inc.**
200 William Street
Port Chester, NY 10573

Voice:   (914) 937-9337
Fax:     (914) 937-9620

RECEIVED
MAR 17 [ ]
ACCOUNTS PAYABLE
DEPARTMENT

# INVOICE

| | |
|---|---|
| Invoice Number: | 40278 |
| Invoice Date: | Jan 31, 2008 |
| Page: | 1 |
| *Duplicate* | |

| Bill To | Ship to |
|---|---|
| Hoop Retail Stores<br>915 Secaucus Road<br>Secaucus, NJ 07094 | The Children's Place #6637<br>2236 Hilltop Mall Road<br>Richmond, CA 94806 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| HOOP RETAIL PRJ | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| ROSE NAT'L - PJT | None | | 3/1/08 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | | PROJECT: #932.2007 Furnish and install Milliken Broadloom Carpet. | | |
| 1.00 | | Pixie Dust Strike Off #CC2808-07 | 12,821.52 | 12,821.52 |
| 1.00 | | LABOR | 12,563.00 | 12,563.00 |
| 1.00 | | FLOOR PREP (2 hrs @ $110.00 per) | 220.00 | 220.00 |
| 1.00 | | FREIGHT | 1,880.00 | 1,880.00 |
| 1.00 | | SALES TAX PASS THROUGH FROM MILL | 990.48 | 990.48 |

0500-06637-624300

| | |
|---|---|
| Subtotal | 28,475.00 |
| Sales Tax | |
| Total Invoice Amount | 28,475.00 |
| Payment/Credit Applied | |
| **TOTAL** | 28,475.00 |

Check/Credit Memo No:

45833

**RD Weis & Co., Inc.**
200 William Street
Port Chester, NY 10573

# INVOICE

Invoice Number: 40279
Invoice Date: Jan 31, 2008
Page: 1

*Duplicate*



RECEIVED
MAR 17 2008
ACCOUNTS PAYABLE
DEPARTMENT

Voice:  (914) 937-9337
Fax:    (914) 937-9620

| Bill To: | Ship To: |
|---|---|
| Hoop Retail Stores<br>915 Secaucus Road<br>Secaucus, NJ 07094 | The Children's Place #6441<br>2100 Pleasant Hill Road<br>DULUTH, GA 30096 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| HOOP RETAIL PRJ | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| ROSE NAT'L - PJT | None | | 3/1/08 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | | PROJECT: #937.2007 Furnish and install Milliken Broadloom Carpet. | | |
| 1.00 | | PIXIE DUST STIKE OFF #CC2808-07 | 10,997.32 | 10,997.32 |
| 1.00 | | LABOR | 10,465.00 | 10,465.00 |
| 1.00 | | FLOOR PREP (3 HRS. @ $110.00 PER) | 330.00 | 330.00 |
| 1.00 | | FREIGHT | 615.57 | 615.57 |
| 1.00 | | SALES TAX PASS THROUGH FROM MILL | 580.91 | 580.91 |

0500- 06441- 624 300

| | | |
|---|---|---|
| Subtotal | | 22,988.80 |
| Sales Tax | | |
| Total Invoice Amount | | 22,988.80 |
| Payment/Credit Applied | | |
| **TOTAL** | | **22,988.80** |

Check/Credit Memo No:

**RD Weis & Co., Inc.**
200 William Street
Port Chester, NY 10573

45833

# INVOICE

Invoice Number:  40280
Invoice Date:    Jan 31, 2008
Page:            1

*Duplicate*

RECEIVED
MAR 17 2008
ACCOUNTS PAYABLE
DEPARTMENT

Voice:  (914) 937-9337
Fax:    (914) 937-9620

| Bill To: | Ship to: |
|---|---|
| Hoop Retail Stores<br>915 Secaucus Road<br>Secaucus, NJ 07094 | The Children's Place #6429<br>7900 Shelbyville Road<br>Louisville, KY 40222 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| HOOP RETAIL PRJ | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| ROSE NAT'L - PJT | None | | 3/1/08 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | | PROJECT: #935.2007 Furnish and install | | |
| | | Milliken Broadloom Carpet | | |
| 1.00 | | PIXIE DUST STRIKE OFF #CC2808-07 | 10,163.40 | 10,163.40 |
| 1.00 | | LABOR | 9,012.00 | 9,012.00 |
| 1.00 | | FLOOR PREP (3 HRS. @ $110.00 PER) | 330.00 | 330.00 |
| 1.00 | | FREIGHT | 574.03 | 574.03 |
| 1.00 | | SALES TAX PASS THROUGH FROM MILL | 537.28 | 537.28 |

0500-06429-624 300

| | |
|---|---|
| Subtotal | 20,616.71 |
| Sales Tax | |
| Total Invoice Amount | 20,616.71 |
| Payment/Credit Applied | |
| **TOTAL** | **20,616.71** |

Check/Credit Memo No:

**RD Weis & Co., Inc.**
200 William Street
Port Chester, NY 10573

# INVOICE

Invoice Number: 40281
Invoice Date: Jan 31, 2008
Page: 1

*Duplicate*

Voice: (914) 937-9337
Fax: (914) 937-9620

*45833*

*RECEIVED*
*MAR 17 2008*
*ACCOUNTS PAYABLE*
*DEPARTMENT*

| Bill to: | Ship to: |
|---|---|
| Hoop Retail Stores<br>915 Secaucus Road<br>Secaucus, NJ 07094 | The Children's Place<br>7850 Mentor Avenue<br>Mentor, OH 44060<br><br>#6482 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| HOOP RETAIL PRJ | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| ROSE NAT'L - PJT | None | | 3/1/08 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | | PROJECT: #958.2007 Furnish and install Milliken Broadloom Carpet. | | |
| 1.00 | | PIXIE DUST STRIKE OFF #CC2808-07 | 10,632.48 | 10,632.48 |
| 1.00 | | LABOR | 9,378.00 | 9,378.00 |
| 1.00 | | FLOOR PREP (11 HRS @ $110.00 PER) | 1,210.00 | 1,210.00 |
| 1.00 | | FREIGHT | 856.00 | 856.00 |
| 1.00 | | SALES TAX PASS THROUGH FROM MILL | 584.64 | 584.64 |

*0500-06482- 624300*

| | | |
|---|---|---|
| Subtotal | | 22,661.12 |
| Sales Tax | | |
| Total Invoice Amount | | 22,661.12 |
| Payment/Credit Applied | | |
| **TOTAL** | | **22,661.12** |

Check/Credit Memo No:

**RD Weis & Co., Inc.**
200 William Street
Port Chester, NY 10573

Voice:  (914) 937-9337
Fax:    (914) 937-9620

# INVOICE

Invoice Number:  40282
Invoice Date:    Jan 31, 2008
Page:            1

*Duplicate*



45833





| Bill To: | Ship to: |
|---|---|
| Hoop Retail Stores<br>915 Secaucus Road<br>Secaucus, NJ  07094 | The Children's Place<br>2500 Moreland Road<br>Willow Grove, PA  19090<br><br># 6426 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| HOOP RETAIL PRJ | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| ROSE NAT'L - PJT | None | | 3/1/08 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | | PROJECT: #961.2007 Furnish and install Milliken Broadloom Carpet. | | |
| 1.00 | | PIXIE DUST STRIKE OFF #CC2808-07 | 11,831.24 | 11,831.24 |
| 1.00 | | LABOR | 10,314.00 | 10,314.00 |
| 1.00 | | FLOOR PREP (4 HRS. @ $110.00 PER) | 440.00 | 440.00 |
| 1.00 | | FREIGHT | 1,056.00 | 1,056.00 |
| 1.00 | | SALES TAX PASS THROUGH FROM MILL | 526.76 | 526.76 |

0500 - 06426 - 624300

| | |
|---|---|
| Subtotal | 24,168.00 |
| Sales Tax | |
| Total Invoice Amount | 24,168.00 |
| Payment/Credit Applied | |
| **TOTAL** | **24,168.00** |

Check/Credit Memo No:

**RD Weis & Co., Inc.**
200 William Street
Port Chester, NY 10573

4/5833



RECEIVED
MAR 1 7 2008
ACCOUNTS PAYABLE
DEPARTMENT

# INVOICE



Invoice Number:  40283
Invoice Date:    Jan 31, 2008
Page:            1
*Duplicate*

Voice:  (914) 937-9337
Fax:    (914) 937-9620

| Bill To: | Ship to: |
|---|---|
| Hoop Retail Stores<br>915 Secaucus Road<br>Secaucus, NJ 07094 | The Children's Place #6559<br>Westmoreland Mall<br>Route 30 East<br>Greensburg, PA 15601-0844 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| HOOP RETAIL PRJ | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| ROSE NAT'L - PJT | None | | 3/1/08 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | PROJECT: #967.2007 Furnish and install Milliken Broadloom carpet. | | |
| 1.00 | | PIXIE DUST STRIKE OFF #CC2808-07 | 9,954.92 | 9,954.92 |
| 1.00 | | LABOR | 8,849.00 | 8,849.00 |
| 1.00 | | FLOOR PREP (4 HRS. @ $110.00 PER) | 440.00 | 440.00 |
| 1.00 | | FREIGHT | 985.97 | 985.97 |
| 1.00 | | SALES TAX PASS THROUGH FROM MILL. | 625.21 | 625.21 |

0500-06559-624300

| | |
|---|---|
| Subtotal | 20,855.10 |
| Sales Tax | |
| Total Invoice Amount | 20,855.10 |
| Payment/Credit Applied | |
| **TOTAL** | **20,855.10** |

Check/Credit Memo No:

**RD Weis & Co., Inc.**
200 William Street
Port Chester, NY 10573

45833



# INVOICE

Invoice Number:  40284
Invoice Date:    Jan 31, 2008
Page:            1

*Duplicate*



Voice:  (914) 937-9337
Fax:    (914) 937-9620

| Bill To: | Ship to: |
|---|---|
| Hoop Retail Stores<br>915 Secaucus Road<br>Secaucus, NJ 07094 | The Children's Place #6575<br>1401 West Esplanade Avenue<br>Kenner, LA 70065 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| HOOP RETAIL PRJ | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| ROSE NAT'L - PJT | None | | 3/1/08 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | | PROJECT: #945.2007 Furnish and install Milliken Broadloom carpet. | | |
| 1.00 | | PIXIE DUST STRIKE OFF #CC2808-07 | 11,753.06 | 11,753.06 |
| 1.00 | | LABOR | 11,606.00 | 11,606.00 |
| 1.00 | | FLOOR PREP (5 HRS @ $110.00 PER) | 550.00 | 550.00 |
| 1.00 | | FREIGHT | 688.94 | 688.94 |
| 1.00 | | SALES TAX PASS THROUGH FROM MILL | 906.26 | 906.26 |

0500-06575-624300

|  |  |
|---|---|
| Subtotal | 25,504.26 |
| Sales Tax | |
| Total Invoice Amount | 25,504.26 |
| Payment/Credit Applied | |
| **TOTAL** | **25,504.26** |

Check/Credit Memo No:

**RD Weis & Co., Inc.**
200 William Street
Port Chester, NY 10573

*4,833*



RECEIVED
MAR 17 2008
ACCOUNTS PAYABLE
DEPARTMENT

# INVOICE

Invoice Number:    40431
Invoice Date:      Jan 31, 2008
Page:              1

*Duplicate*

Voice:   (914) 937-9337
Fax:     (914) 937-9620

| Bill To: | Ship to: |
|---|---|
| Hoop Retail Stores<br>915 Secaucus Road<br>Secaucus, NJ  07094 | Disney Store<br>5300 San Dario<br>Laredo, TX<br>#6472 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| HOOP RETAIL PRJ | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| ROSE NAT'L - PJT | None | | 3/1/08 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | | PROJECT: #39.2008 Furnish and Install Milliken Broadloom Carpet. | | |
| 1.00 | | PIXIE DUST STRIKE OFF #CC2808-07 | 9,616.14 | 9,616.14 |
| 1.00 | | LABOR | 9,691.00 | 9,691.00 |
| 1.00 | | FLOOR PREP (4 HRS @ $110.00 PER) | 440.00 | 440.00 |
| 1.00 | | FREIGHT | 941.33 | 941.33 |
| 1.00 | | SALES TAX PASS THROUGH FROM MILL | 633.51 | 633.51 |

0500-06472-624300

| | | |
|---|---|---|
| Subtotal | | 21,321.98 |
| Sales Tax | | |
| Total Invoice Amount | | 21,321.98 |
| Payment/Credit Applied | | |
| **TOTAL** | | **21,321.98** |

Check/Credit Memo No: