**ELEFANTE & PERSANIS, LLP**
ATTORNEYS AT LAW
670 WHITE PLAINS ROAD, SUITE 321
SCARSDALE, NEW YORK 10583

(914) 725-4000
FACSIMILE: (914) 722-6756

RALPH J. ELEFANTE*
MATTHEW PERSANIS

*ALSO ADMITTED IN NJ*

BARBARA CURTIS
OF COUNSEL

MARJORIE CAMPBELL
PARALEGAL

July 11, 2008

**Via Electronic Filing**
Honorable District Court Judge William C. Conner
United States District Court – SDNY
300 Quarropas Street, Room 630
White Plains, New York 10601

Re: R.D. Weis & Company v. The Children's Place
08-cv-4245 (WCC)

Dear Honorable District Court Judge Conner:

This letter application serves as a request to the Court to endorse the following schedule for the motion to dismiss filed by Defendant, The Children's Place Retail Stores, Inc. in the above matter. Counsel for both parties has agreed to August 6, 2008 for opposition papers to be filed by plaintiff, with defendant's reply to be filed on August 20, 2008. No scheduling order has been entered into yet in this matter as the motion was filed in response to the initial complaint. This is the first request for a motion schedule, and it is with the consent of all parties.

Respectfully submitted,

Barbara Curtis (BC 0689)
Elefante & Persanis LLP
Counsel for Plaintiff