UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.D. WEIS & COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CHILDREN'S PLACE RETAIL )<br>STORES, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 08-4245 (WCC) |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE  )
                   ) SS
NEW CASTLE COUNTY  )

  Melissa L. Bertsch, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to The Children's Place Retail Stores, Inc. in the above-captioned matter, and that on 8th of July 2008, she caused a copy of the following pleading(s) to be served, in the manner indicated, to the party on the attached service list:

- **Motion of the Children's Place Retail Stores, Inc., A Delaware Corporation to Dismiss the Complaint of R.D. Weis & Company [Docket No. 3]**

- **Memorandum In Support of the Motion of The Children's Place Retail Stores, Inc., A Delaware Corporation to Dismiss the Complaint of R.D. Weis & Company [Docket No. 4]**

_____
Melissa L. Bertsch

SWORN TO AND SUBSCRIBED before me this 11 day of July, 2008.

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

**SERVICE LIST**
**Hoop Holdings, LLC**
**7/08/2008**

Matthew M. Persanis, Esq.
Elefante & Persanis, LLP
670 White Plains Road, Suite 321
Scarsdale, NY 10583
*mp@elefantepersanis.com*
***Federal Express & Electronic Mail***