UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.D. WEIS & COMPANY, INC., )
                       Plaintiff, )
                                         )
v. ) Civil Action No. 08-4245 (WCC)
                                         )
THE CHILDREN'S PLACE RETAIL )
STORES, INC., ) **MOTION TO ADMIT COUNSEL**
                                         ) ***PRO HAC VICE***
                    Defendant. )

      Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert S. Brady, a member in good standing of the bar of this Court, hereby moves for an order allowing the admission *pro hac vice* of

John T. Dorsey
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6712
Facsimile: (302) 576-3401
Email: jdorsey@ycst.com

      Mr. Dorsey is a member in good standing of the bar of the state of Delaware. There are no pending disciplinary proceedings again Mr. Dorsey in any state or federal court.

Dated: July 10, 2008
      Wilmington, Delaware

Respectfully submitted,

_____
Robert S. Brady
SDNY Bar No. 6690
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6690
Facsimile: (302) 576-3283
Email: rbrady@ycst.com

067281.1003

DB02:6961664.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.D. WEIS & COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CHILDREN'S PLACE RETAIL STORES, INC., <br><br> Defendant. | Civil Action No. 08-4245 (WCC) <br><br> **AFFIDAVIT OF ROBERT S. BRADY IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Robert S. Brady, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Young Conaway Stargatt & Taylor, LLP in Wilmington, Delaware, counsel to the Defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit John T. Dorsey as counsel *pro hac vice* to represent the Defendant in this matter.

2. I am a member in good standing of the bar of the states of Delaware and New York, and was admitted to practice law in 1990. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Dorsey since 2003.

4. Mr. Dorsey is a partner with the law firm of Young Conaway Stargatt & Taylor, LLP in Wilmington, Delaware.

5. I have found Mr. Dorsey to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of John T. Dorsey *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of John T. Dorsey *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit John T. Dorsey *pro hac vice* to represent the Defendant in the above-captioned matter be granted.

Dated: July 10, 2008
Wilmington, Delaware

Respectfully submitted,

Robert S. Brady
SDNY Bar No. 6690

SWORN TO AND SUBSCRIBED before me this 10th day of July, 2008.

Notary Public, State of Delaware
My Commission Expires

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

# CERTIFICATE OF GOOD STANDING

I, PETER T. DALLEO, Clerk of the United States District Court for the District of Delaware,

DO HEREBY CERTIFY THAT

**John T. Dorsey**, Delaware Bar I.D. No. **2988**,

was duly admitted to practice in said Court

on the 13th day of February 1992

and is in good standing as a member of the bar of this Court.

PETER T. DALLEO, Clerk, U.S. District Court

BY: _____
Deputy Clerk

(Seal of the Court)

Dated at Wilmington, Delaware

on the 8th day of July 2008

AO 136 Certificate of Good Standing
(Delaware, Rev. 2/99)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.D. WEIS & COMPANY, INC.,       )
                                 )
            Plaintiff,           )
                                 )
      v.                         )      Civil Action No. 08-4245 (WCC)
                                 )
THE CHILDREN'S PLACE RETAIL      )
STORES, INC.,                    )      **ORDER FOR ADMISSION *PRO***
                                 )      ***HAC VICE* ON WRITTEN**
            Defendant.           )      **MOTION**
                                 )

      Upon the motion of Robert S. Brady, attorney for The Children's Place Retail Stores, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

John T. Dorsey
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6712
Facsimile: (302) 576-3401
Email: jdorsey@ycst.com

is admitted to practice *pro hac vice* as counsel for The Children's Place Retail Stores, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2008        _____
       White Plains, New York       United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.D. WEIS & COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CHILDREN'S PLACE RETAIL )<br>STORES, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 08-4245 (WCC) |

### CERTIFICATE OF SERVICE:

I hereby certify that on July _10_, 2008, I caused a copy of the Motion to Admit Counsel *Pro Hac Vice* to be served via First Class mail upon the following:

> Matthew M. Persanis, Esq.
> Elefante & Persanis, LLP
> 670 White Plains Road, Suite 321
> Scarsdale, NY 10583

_____
Robert S. Brady
SDNY Bar No. 6690

DB02:6961664.1

067281.1003