**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| R.D. WEIS & COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-4245 (WCC) |
| ) | ECF CASE |
| THE CHILDREN'S PLACE RETAIL ) | |
| STORES, INC., ) | ORDER FOR ADMISSION *PRO* |
| ) | *HAC VICE* ON WRITTEN |
| Defendant. ) | MOTION |
| ) | |

      Upon the motion of Robert S. Brady, attorney for The Children's Place Retail Stores, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

John T. Dorsey
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6712
Facsimile: (302) 576-3401
Email: jdorsey@ycst.com

is admitted to practice *pro hac vice* as counsel for The Children's Place Retail Stores, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: July 16, 2008
White Plains, New York

Sr. _William C. Conner_ (signature)
United States District/~~Magistrate~~ Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

E-
COPIES MAILED TO COUNSEL OF RECORD

DB02:6961664.1

067281.1003