UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

R.D. WEIS & COMPANY, INC.,                          :        Index No.
                                                     :        **08 CV 4245 (WCC)**
                                 Plaintiff,          :        ECF Case
                                                     :
        v.                                           :
                                                     :
                                                     :
THE CHILDREN'S PLACE RETAIL                          :
STORES, INC.,                                        :
                                                     :
                                                     :
                                 Defendant.          :

---

**DECLARATION OF DEANA SPAK IN SUPPORT OF DEFENDANT'S REPLY
MEMORANDUM IN SUPPORT OF THE MOTION OF THE CHILDREN'S PLACE
RETAIL STORES, INC., A DELAWARE CORPORATION TO DISMISS THE
COMPLAINT OF R.D. WEIS & COMPANY, INC.**

STATE OF NEW JERSEY    )
                       ) ss.
COUNTY OF HUDSON       )

Deana Spak, being duly sworn, deposes and says:

1.      I am Senior Director of Human Resources of The Children's Place

Services Company, LLC ("Services Company"), located at 915 Secaucus Road, Secaucus, New

Jersey, 07094.  This Declaration is submitted in support of the *Defendant's Reply Memorandum*

*In Support Of The Motion Of The Children's Place Retail Stores, Inc., A Delaware Corporation*

*To Dismiss The Complaint Of R.D. Weis & Company, Inc.* ("Reply Memorandum").

2.      The following persons, were at all times relevant to the present dispute,

employed by Services Company and not by The Children's Place Retail Stores, Inc., which is a

separate legal entity.

        a.      Name:  Andi Priftani

Title: Manager, Strategic Sourcing
Email: APriftani@childrensplace.com
Department: Non-Merchandise Strategic Sourcing
Status: Termination Date: 3/27/08

b.   Name: Chris Labrosse
     Title: Analyst
     Email: Clabrosse@childrensplace.com
     Department: Real Estate
     Status: Active employee

c.   Name: John Nowak
     Title: Vice President of Construction and Store Facilities
     Email: JNowak@childrensplace.com
     Department: Store Construction
     Status: Active employee

d.   Name: Sushcil Joshi
     Title: Senior Director of Non-Merchandise Strategic Sourcing
     Department: Non-Merchandise Strategic Sourcing
     Email: SJoshi@childrensplace.com
     Status: Active employee

e.   Name: Kenneth Sysyn
     Title: Director of Purchasing Fixtures / OFI
     Department: Non-Merchandise Strategic Sourcing
     Email: Ksysyn@childrensplace.com
     Status: Active employee

f.   Name: Belinda Frost
     Title: Invoice Coordinator
     Email: BFrost@childrensplace.com
     Department: Store Planning / Design
     Status: Termination Date: 3/21/08

g.   Name: Dara Neugroschl
     Title: Disney Refresh Coordinator / Maintenance Coordinator
     Email: Dneugroschi@childrensplace.com
     Department: Store Construction
     Status: Termination Date: 5/28/08

h.   Name: Andrew Meyers
     Title: Project Manager
     Email: Ameyers@childrensplace.com
     Department: Store Construction
     Status: Active employee

i.    Name: Michael Toro
      Title: Senior Manager, Purchasing
      Email: Mtoro@childrensplace.com
      Department: Non-Merchandise Strategic Sourcing
      Status: Active employee

j.    Name: Roxanne Chaves
      Title: Senior Analyst Strategic Sourcing
      Email: Rchaves@childrensplace.com
      Department: Non-Merchandise Strategic Sourcing
      Status: Active employee

3.    Andi Priftani and other employees of Services Company, who were part of

a shared service department, performed services on behalf of the Disney Stores.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing

is true and correct.

Dated: August 20, 2008

_____
Deana Spak
Senior Director of Human Resources,
The Children's Place Services Company, LLC